```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT
```

| | |
|---|---|
| 145 SISSON AVENUE, LLC ) | |
| ) | |
| PLAINTIFF ) | CIVIL ACTION NO.: |
| ) | |
| V. ) | 3:23-CV-00903-MPS |
| ) | |
| ARON PURETZ ) | |
| ) | |
| DEFENDANT ) | AUGUST 14, 2023 |

**AFFIDAVIT OF NOTICE RE: CERTIFIED MAIL**

I, Houston Putnam Lowry, do affirm and say:

1. I am over the age of 18 years.

2. I believe in the obligation of an affirmation.

3. I have personal knowledge of the facts contained herein.

4. According to the printout from the United States Post Office web site attached as Exhibit 1, the certified mail addressed to Aron Puretz (#12) was delivered on Saturday, August 12, 2023 at 1:16 pm.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on Monday, August 14, 2023.

                                              Houston Putnam Lowry

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed on this 14th day of August, 2023 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

                                              Houston Putnam Lowry, Esq.

# EXHIBIT 1

# USPS Tracking®

FAQs >

**Tracking Number:**

## 70222410000097656386

Remove ✕

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to an individual at the address at 1:16 pm on August 12, 2023 in STATEN ISLAND, NY 10308.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered
**Delivered, Left with Individual**

STATEN ISLAND, NY 10308
August 12, 2023, 1:16 pm

See All Tracking History

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Feedback