```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF CONNECTICUT
```

|   |   |
|---|---|
| 145 SISSON AVENUE, LLC | |
|     PLAINTIFF | CIVIL ACTION NO.: |
| V. | 3:23-CV-00903-MPS |
| ARON PURETZ | |
|     DEFENDANT | AUGUST 21, 2023 |

## MOTION TO CONFORM

Plaintiff 145 Sisson Avenue, LLC moves to conform the ECF information for this case to reflect the proper spelling of Defendant's name is Aron Puretz (*see* amendment dated August 8, 2023 #11).

```
_____
Houston Putnam Lowry, Esq.
Counsel for Plaintiff Fresh Funding
    Solutions, Inc.
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar #CT05955
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 21st day of August, 2023 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

_____
Houston Putnam Lowry, Esq.

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty action\145 Sisson v. Gurantor motion to confirm 2023-08-21.doc