UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 SISSON AVENUE, LLC ) | |
| ) | |
| PLAINTIFF ) | CIVIL ACTION NO.: |
| ) | |
| V. ) | 3:23-CV-00903-MPS |
| ) | |
| ARON PURETZ ) | |
| ) | |
| DEFENDANT ) | |
| ) | SEPTEMBER 1, 2023 |

MOTION FOR DEFAULT

Pursuant to Federal Rule of Civil Procedure 55(a), Plaintiff 145 Sisson Avenue, LLC moves for the clerk to enter a default against Defendant Aron Puretz for the following reasons:

1. This court issued a summons on July 11, 2023 which required a response to the complaint to be filed within 21 days after service.

2. On August 11, 2023, Plaintiff filed a return of service indicating Defendant was served on August 10, 2023 (#12).

3. According to the printout from the United States Post Office web site, the certified mail addressed to Aron Puretz (#13) was delivered on Saturday, August 12, 2023 at 1:16 pm.

    4.    Defendant was required to respond by Thursday, August 31, 2023, which he has not done.

    5.    A default should issue.

```
                    Houston Putnam Lowry, Esq.
                    Counsel for Plaintiff Fresh Funding
                        Solutions, Inc.
                    FORD & PAULEKAS, LLP
                    280 Trumbull Street - Suite 2200
                    Hartford, CT 06103
                    Direct: (860) 808-4213
                    Mobile: (860) 543-4372
                    Fax: (860) 249-7500
                    Email: PTL@HPLowry.com
                    Federal Bar #CT05955
```

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was mailed on this 1st day of September, 2023 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

                                                    Houston Putnam Lowry, Esq.