```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF CONNECTICUT


_____)
                                      )
145 SISSON AVENUE, LLC                )
                                      )
                 PLAINTIFF            )    CIVIL ACTION NO.:
                                      )
V.                                    )    3:23-CV-00903-MPS
                                      )
ARON PURETZ                           )
                                      )
                 DEFENDANT            )
_____)    SEPTEMBER 11, 2023
```

## MOTION FOR DEFAULT JUDGMENT

Pursuant to Federal Rule of Civil Procedure 55(b), Plaintiff 145 Sisson Avenue, LLC moves for a default judgment to enter against Defendant Aron Puretz because this court defaulted him on September 9, 2023.

Judgment should enter for $512,019.00 in accordance with Kyle pre-judgment remedy affidavit (#3), which is incorporated by reference.

```
                    _____
                    Houston Putnam Lowry, Esq.
                    Counsel for Plaintiff Fresh Funding
                         Solutions, Inc.
                    FORD & PAULEKAS, LLP
                    280 Trumbull Street - Suite 2200
                    Hartford, CT 06103
                    Direct: (860) 808-4213
                    Mobile: (860) 543-4372
                    Fax: (860) 249-7500
                    Email: PTL@HPLowry.com
                    Federal Bar #CT05955
```

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 11th day of September, 2023 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

_____
Houston Putnam Lowry, Esq.