UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____
                                        )
145 SISSON AVENUE, LLC                   )
                                        )
              PLAINTIFF                  )    CIVIL ACTION NO.:
                                        )
V.                                       )    3:23-CV-00903-MPS
                                        )
ARON PURETZ                              )
                                        )
              DEFENDANT                  )    NOVEMBER 15, 2023
_____)

**<u>AFFIDAVIT OF APPRAISER</u>**

I, Charles A. Liberti, GRI, CRB, GAA, after being duly sworn, depose and say:

1.    I am over the age of 18 years.

2.    I have personal knowledge of the facts contained herein.

3.    I believe in the obligation of an oath.

4.    I am licensed by the Connecticut Department of Consumer Protection as a certified general real estate appraiser (license #RCG.0000647).  This license expires April 30, 2024.

5.    I am familiar with real estate values in Hartford, Connecticut.

6.    At the request of 145 Sisson Avenue, LLC, I appraised the property commonly known as 145 Sisson Avenue, Hartford, Connecticut (which consists of multiple condominium units).

7.   A true and correct copy of my appraisal report is attached.

10.   My fee for this appraisal was $2,500.00.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 15, 2023 at West Haven, Connecticut.

Charles A. Liberti

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty action\145 Sisson v. Gurantor - appraiser affidavit 2023-11-09.doc

# *Blue Ribbon Appraisals, LLC*



**APPRAISAL OF THE PROPERTY
LOCATED AT**

**145 SISSON AVENUE
HARTFORD, CT
06105**

**APPRAISAL REPORT**

**EFFECTIVE DATE OF APPRAISAL:**

**NOVEMBER 9, 2023**

**APPRAISED FOR:**

**ATTORNEY HOUSTON PUTNAM LOWRY,
FCIARB & CHARTERED ARBITRATOR
FORD & PAULEKAS, LLP
280 TRUMBULL STREET – SUITE 2200
HARTFORD, CT 06103**

# *Blue Ribbon Appraisals, LLC*

●Residential                    ●Industrial                    ●Commercial

November 14, 2023

Attorney Houston Putnam Lowry.
FCIArb & Chartered Arbitrator
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT, 06103

Re: 145 Sisson Avenue, Hartford, CT., 06105

Dear Attorney Lowry,

At your request, I have examined the above referenced property for the purpose of estimating its fee simple market value. The effective date of the appraisal and the date of my most recent exterior property inspection is, November 9, 2023.  The intended use of the appraisal is to estimate market value for refinance purposes.

The subject property is located in the western portion of the City of Hartford, CT in a section commonly known as West Boulevard Historic District.  The neighborhood consists of mostly, residential multi-family, public use, commercial retail and service use properties.

The subject site is situated on the west side of Sisson Avenue, Hartford, CT.  The site has a total area of 1.03 acres, and is zoned, NX-2 and has level topography. The site is not located in a flood zone, as identified by applicable FEMA flood hazard zone map.

The site is currently improved with a three-story 50-unit residential rental building and was built in 1969, containing 35,552 gross building area sq ft and 26,664 gross living area sq ft. The original use of the improvement was residential apartments. In 2021-2022 the apartment complex was converted into condominiums and the units are currently rented.  The current use is a residential complex with 32 two-bedroom units and 18 one-bedroom units. This information was obtained from public records in the City of Hartford Assessor Department. The Highest and Best Use is concluded to be for present use in conformance with applicable building codes.  The condition of the improvement is presumed to be Below Average based by an exterior inspection only.

**AN EXTRAORDINARY ASSUMPTION** is being used in the development of this appraisal. This report was developed from an exterior inspection only. The extraordinary assumption is that the interior of the subject property is in the same condition as the exterior, below average. If this extraordinary assumption is found to be false it could alter the analysis and conclusions found in this report.

In valuing the property, all three approaches to value have been considered.  The Sales Comparison and Income Approaches were developed.  The Sales Comparison Approach was concluded to be the most applicable approach.

This appraisal assignment is an appraisal and was developed under **USPAP STANDARD RULE #1 – "REAL PROPERTY APPRAISAL DEVELOPMENT."**

The report contained herein has been prepared in accordance with **USPAP STANDARD RULE # 2 – "REAL PROPERTY APPRAISAL REPORTING".**

The reference to USPAP is the 2020 – 2021 Edition of Uniform Standards of Professional Appraisal Practice issued by **THE APPRAISAL STANDARDS BOARD OF THE APPRAISAL FOUNDATION.**  The 2020 – 2021 USPAP will now be effective until December 31, 2023.

Based upon information in the following appraisal report, and an interior inspection of the property, it is my opinion that the fee simple market value as of, November 9, 2023, is:


### ONE MILLION NINE HUNDRED THOUSAND DOLLARS

### $1,900,000


Respectfully submitted,


Charles A. Liberti, GAA
CT. Certified General Appraiser
License # RCG.0000647
Expiration date: 04/30/2024
Date of Signature: 11/14/2023

Joseph D. Nardini
CT Certified Residential Appraiser
License # RCR 0000377
Expiration date: 04/30/2024
Date of Signature: 11/14/2023


**AN EXTRAORDINARY ASSUMPTION** is being used in the development of this appraisal. This report was developed from an exterior inspection only. The extraordinary assumption is that the interior of the subject property is in the same condition as the exterior, below average. If this extraordinary assumption is found to be false it could alter the analysis and conclusions found in this report.

# TABLE OF CONTENTS

Summary of Salient Facts                                          5

Subject Property Photos                                          6

State Map                                                        7

Certification of Appraiser                                      8, 9

History of the Subject Property and Scope                       10

Definition of Market Value                                      11

Location Map                                                    12

Assessment, Taxes and Zoning                                   13

Community and Neighborhood Data                              14 - 20

Site Data                                                      21

Site Plat Map                                                  22

Description of the Improvements                              23, 24

Building Sketch                                                25

Highest & Best Use                                           26, 27

Valuation Premise                                             28

Sales Comparison Approach and Cost Approach                 29 - 41

Income Capitalization Approach                              42, 43

Correlation and Final Value Conclusion                        44

Addendum

145 Sission Avenue, Hartford   BR130249

## SUMMARY OF SALIENT FACTS

| | |
|---|---|
| Property Address: | 145 Sisson Avenue, Hartford, CT., 06105 |
| Owner of Record: | Paxe Sisson CT Limited Partnership |
| Deed Reference: | The current owners took ownership by Warranty Deed on May 18, 2021.  Purchase price was $ 3,000,000. |
| Assessors Reference: | Map 135 Block 390 Lot 245 |
| Purpose of the Appraisal: | To determine market value for foreclosure purposes |
| Appraisal Reporting Option: | Appraisal report |
| Property Rights Appraised: | Fee Simple |
| Effective Date of Appraisal: | November 9, 2023 |
| Estimated Market Time / Exposure time: | 9-12 months / 9-12 months |
| Type of Property: | Residential rentals |
| Zoning: | NX-2 |
| Flood Zone: | Zone X is not considered a designated flood hazard zone |
| Land Area: | 1.03 acres |
| Gross Living Area: | 26,664 sq ft |
| Gross Building Area | 35,552 sq ft |
| Present Use: | Condominiums being rented as individual apartments |
| Highest & Best Use: | Present use |
| COST APPROACH | $ N/A |
| SALES COMPARISON APPROACH: | **$ 1,900,000** |
| INCOME CAPITALIZATION APPROACH: | **$ N/A** |
| FINAL VALUATION: | **$ 1,900,000** |

## SUBJECT PROPERTY PHOTOS



Front



South side elevation



North side elevation



Rear gated lot



Street facing north



Street scene facing south

145 Sission Avenue, Hartford   BR130249

## MAP OF CONNECTICUT



State of Connecticut
Towns by County

145 Sission Avenue, Hartford   BR130249

## <u>CERTIFICATION OF APPRAISER</u>

The undersigned hereby certify that to the best of my knowledge and belief:

The statements of fact contained in this report are true and correct.

The reported analyses, opinions, and conclusions are limited only by the reported assumptions and limiting conditions as set forth in the appraisal, and are my personal, impartial and unbiased professional analyses, opinions, and conclusions.

I have no present or prospective interest in the property that is the subject of this report, and I have no personal interest or bias with respect to the parties involved.

My compensation is not contingent upon the reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value estimate, the attainment of a stipulated result, or the occurrence or a subsequent event directly related to the intended use of this appraisal.

That my opinion of the market value is based upon my independent appraisal and the exercise of my professional judgment without collaboration or direction as to said value.

This appraisal assignment was not based on a requested minimum valuation, a specific valuation, or the approval of a loan.

I have made a personal inspection of the property that is the subject of this report. An exterior inspection was most recently made on November 9, 2023.

Joe Nardini has provided significant professional assistance to the persons signing this report.

The appraiser has both the knowledge and experience necessary to complete this appraisal assignment competently. Please refer to the Qualifications section for the educational and professional background and certification status of the appraisers.

The reported analyses, opinions, and conclusions were developed, and this report has been prepared, in conformity with the requirements of the Code of Professional Ethics and Standards of Professional Appraisal Practice of the Appraisal Institute.

The reported analyses, opinions, and conclusions were developed, and in this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice (USPAP)

The use of this report is subject to the requirements of the Appraisal Institute relating by its duly authorized representatives.

As of the date of this report, I, Charles Liberti, have completed the continuing education program for Practicing Affiliates of the Appraisal Institute.

145 Sission Avenue, Hartford   BR130249

## CERTIFICATION OF APPRAISER – CONTINUED

Neither all nor any part of the contents of this report (especially any conclusions as to value, the identity of the appraiser or the firm with which he is connected, or any reference to the National Association of Realtors Appraisal Section, or to the GAA designations) shall be disseminated to the public through advertising media, public relations media, news media, or any other public means of communication without the prior written consent and approval of the undersigned.

To the best of the appraiser's knowledge, the appraiser has not appraised the subject property within the past 3 years.

As of the effective date of this appraisal report, November 9, 2023, the Fee Simple Market Value of the subject property is estimated to be:

### ONE MILLION NINE HUNDRED THOUSAND DOLLARS

### $ 1,900,000

Charles A. Liberti, GAA
CT. Certified General Appraiser
License # RCG.0000647
Expiration date: 04/30/2024
Date of Signature: 11/14/2023

Joseph D. Nardini
CT Certified Residential Appraiser
License # RCR 0000377
Expiration date: 04/30/2024
Date of Signature: 11/14/2023

**AN EXTRAORDINARY ASSUMPTION** is being used in the development of this appraisal. This report was developed from an exterior inspection only. The extraordinary assumption is that the interior of the subject property is in the same condition as the exterior, below average. If this extraordinary assumption is found to be false it could alter the analysis and conclusions found in this report.

## HISTORY OF THE SUBJECT PROPERTY

The property is located at 145 Sisson Avenue, Hartford, CT.  The Owner of Record is Paxe Sisson CT Limited Partnership. The legal description is contained in a deed located in the City of Hartford Land Records in Volume 7766 Page 4.  There has been no change in the ownership of the property since May 18, 2021. A prior transfer on July 5, 2016 lists the buyers as 145 Sisson Avenue, LLC and the sellers listed as Hartford Sisson LLC. The sale price is recorded as $2,700,000 and found in volume 7087 page 304 in the City of Hartford Land Records.      .
Analysis:
The current owner has owned the subject for two years.

## PROPERTY RIGHTS APPRAISED

The Fee Simple interest is the property right being appraised. The term is used in this appraisal based upon its definition herein.

## EFFECTIVE DATE OF APPRAISAL / EXPOSURE TIME

The effective date of this appraisal is November 9, 2023.  Subject property was most recently inspected on November 9, 2023, by Charles A. Liberti and Joe Nardini. The exposure time necessary to consummate a sale of the subject property is estimated to be within the 9-12 months prior to the effective date of the appraisal at the estimated value herein.

## PURPOSE AND FUNCTION OF THE APPRAISAL

The purpose of this appraisal is to estimate the market value of the Fee Simple interest in the subject with an effective date of, November 9, 2023.  "Market Value" and "Fee Simple" are defined herein.

The function of this appraisal is to assist the client in determining present market value for foreclosure purposes. The client is Constitution Management.

## SCOPE OF THE APPRAISAL

The scope of this appraisal consists of the following:

an appraisal made in conformance with USPAP.

An exterior inspection of the property on November 9, 2023,

research and analysis of public record data relative to the subject property and comparable sales

an analysis of comparable sales, market conditions, actual and projected income and expenses, if applicable, a review of appropriate industry sources and all factors which, in my opinion, affect market value

a reconciliation of all pertinent data and a final valuation which is concluded to be market reflective and appropriately supported by the applicable approaches to value developed herein.

# DEFINITIONS

<u>Definition of Market Value[1]</u>
Market value is defined as the most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, with the buyer and seller each acting prudently and knowledgeable, and assuming the price is not affected by undue stimulus.  Implicit in this definition is the consummation of a sale as of a specified date and passing of title from seller to buyer under conditions whereby:

a.   The buyer and seller are typically motivated;
b.   Both parties are well informed or well advised and each acts in what he considers his own best interest;
c.   A reasonable time is allowed for exposure in the open market;
d    Payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and
e.   The price represents the normal consideration for property sold, unaffected by special or creative consideration or financing, or sales concessions granted by anyone associated with the sale.

## HYPOTHETICAL CONDITION AND EXTRAORDINARY ASSUMPTION

**A hypothetical condition is defined as:**

A condition, directly related to a specific assignment, which is contrary to what is known by the appraiser to exist on the effective date of the assignment results, but is used for the purpose of analysis.

Comment: Hypothetical conditions are contrary to known facts about physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.

**An extraordinary assumption is defined as:**

an assignment-specific assumption, as of the effective date regarding uncertain information used in an analysis, which, if found to be false, could alter the appraiser's opinions or conclusions.

Comment: Uncertain information might include physical, legal, or economic characteristics of the subject property; or conditions external to the property, such as market conditions or trends; or the integrity of data used in an analysis.

## FEE SIMPLE ESTATE OF INTEREST

Fee Simple Estate is the absolute ownership unencumbered by any other interest or estate; subject only to the limitations of eminent domain, escheat, police power and taxation.

## MOST PROBABLE SELLING PRICE

The price at which a property would most probably sell if exposed on the market for a reasonable time, under the market conditions prevailing on the date of the appraisal.

## MARKETING TIME

Marketing time is defined as the average amount of time necessary to expose a property to the open market and achieve a sale. Based upon information from local realtors, sellers and historical sales data, it is estimated that the subject could be sold within 12-15 months at the estimated value herein under market conditions existing as of the effective date of the appraisal.

## EXPOSURE TIME*

The estimated length of time the property interest being appraised would have been offered on the market prior to the hypothetical consummation of a sale at market value on the effective date of the appraisal; a retrospective estimate based on an analysis of past events assuming a competitive and open market. Exposure time is always presumed to occur prior to the effective date of the appraisal.
Exposure time was estimated at 12-15 months.

Source:   The Dictionary of Real Estate Appraisal, Fourth Edition, 2002

---

[1] Department of the Treasury, Office of the comptroller of the Currency. 12 CFR Part 34, dated Aug. 24, 1990 (Section 34.42 – Definitions)

## SITE LOCATION MAP



145 Sission Avenue, Hartford    BR130249

# ASSESSMENT AND TAXES

|  |  | 70% VALUE | 100% VALUE |
|---|---|---|---|
| Assessment: | Land: | $0.00 | $ 0.00 |
|  | Building: | $ 2,164,239 | $ 3,091,770 |
| TOTAL ASSESSMENT: |  | $ 2,164,239 | $3,091,770 |
| Basis: |  | 70% of market value |  |
| Current Mill Rate: |  | 68.95 |  |
| Last Revaluation: |  | 2021 |  |
| Current Annual Taxes: |  | $ 149,224 |  |

An interview with Brian Penney from the City of Hartford assessors office provided the details regarding the assessment and tax process for the subject property.

# ZONING

The subject is located in a Zone NX-2 (Neighborhood Mix). The following bulk requirements of said zone are taken from the Hartford Zoning Regulations.  It is noted that the site is conforming and the current use is a permitted use.

Bulk Requirements:

| | |
|---|---|
| Minimum Lot Frontage: | 50 Feet |
| Minimum Front Setback: | Feet |
| Minimum Side Yards: | 5 Feet |
| Minimum Rear Yard: | 5 Feet |
| Maximum Lot Coverage: | 65% |
| Maximum Building Height: | 4 Stories |

See addendum for details

## COMMUNITY AND NEIGHBORHOOD DATA

### Community data

2023 Town Profile                                                                        1 / 2

# Hartford, Connecticut

## General
ACS, 2017-2021

| | Hartford | State |
|---|---|---|
| Current Population | 121,562 | 3,605,330 |
| Land Area *m*² | 17 | 4,842 |
| Population Density *people per m*² | 6,994 | 745 |
| Number of Households | 46,879 | 1,397,324 |
| Median Age | 33 | 41 |
| Median Household Income | $37,477 | $83,572 |
| Poverty Rate | 28% | 10% |

## Economy

**Top Industries**
Lightcast, 2021 (2 and 3 digit NAICS)

| | Jobs | Share of Industry |
|---|---|---|
| 1 Health Care and Social Assistance | 20,954 | |
| *Hospitals* | | 39% |
| 2 Finance and Insurance | 19,445 | |
| *Insurance Carriers & Related Activities* | | 76% |
| 3 Professional, Scientific, and Tech Svc | 8,874 | |
| *Professional, Scientific, and Tech Svc* | | 100% |
| 4 Admin and Support and Waste Mgt | 5,743 | |
| *Administrative and Support Services* | | 98% |
| 5 Educational Services | 4,292 | |
| *Educational Services* | | 100% |
| Total Jobs, All Industries | 83,105 | |

**SOTS Business Registrations**
Secretary of the State, August 2023

New Business Registrations by Year

| Year | 2018 | 2019 | 2020 | 2021 | 2022 |
|---|---|---|---|---|---|
| Total | 974 | 1,026 | 1,327 | 1,847 | 1,741 |

Total Active Businesses   13,753

**Key Employers**
Data from Municipalities, 2023

1 Hartford Hospital
2 Hartford Financial Services Group
3 The Hartford
4 Aetna
5 Travelers

## Demographics
ACS, 2017-2021

### Age Distribution

| | | | State |
|---|---|---|---|
| Under 10 | 15,048 | 12% | 11% |
| 10 to 19 | 16,060 | 16% | 13% |
| 20 to 29 | 21,131 | 17% | 13% |
| 30 to 39 | 17,074 | 14% | 12% |
| 40 to 49 | 15,431 | 13% | 12% |
| 50 to 59 | 13,627 | 11% | 15% |
| 60 to 69 | 11,226 | 9% | 12% |
| 70 to 79 | 6,742 | 5% | 7% |
| 80 and over | 3,223 | 3% | 4% |

### Race and Ethnicity

| | | State |
|---|---|---|
| Asian | 2% | 5% |
| Black | 34% | 10% |
| Hispanic or Latino/a | 45% | 17% |
| White | 15% | 65% |
| Other | 3% | 4% |

*Hispanic indicates those of any race. Remaining racial groups include only non-hispanic. 'Other' includes American Indian, Alaska Native, Native Hawaiian, Pacific Islander, two or more races.*

### Language Spoken at Home

| | Hartford | State |
|---|---|---|
| English | 57% | 78% |
| Spanish | 12% | 9% |

### Educational Attainment

| | Hartford | State |
|---|---|---|
| High School Diploma Only | 26% | 34% |
| Associate Degree | 6% | 8% |
| Bachelor's Degree | 10% | 22% |
| Master's Degree or Higher | 7% | 16% |

## Housing
ACS, 2017-2021

| | Hartford | State |
|---|---|---|
| Median Home Value | $172,100 | $286,700 |
| Median Rent | $1,057 | $1,260 |
| Housing Units | 55,272 | 1,527,039 |

| | Hartford | State |
|---|---|---|
| Owner-Occupied | 25% | 66% |
| Detached or Semi-Detached | 20% | 65% |
| Vacant | 8% | 15% |

## Schools
CT Department of Education, 2022-23

| School Districts | Available Grades | Total Enrollment | Pre-K Enrollment | 4-Year Grad Rate (2021-22) |
|---|---|---|---|---|
| Achievement First Hartford Academy | k-12 | 1,041 | 0 | 88% |
| Capitol Region Education Council | PK-12 | 8,942 | 1,063 | 93% |
| Hartford School District | PK-12 | 16,774 | 1,315 | 74% |
| Jumoke Academy District | PK-12 | 629 | 59 | * |
| Statewide | - | 513,513 | 19,014 | 89% |

**Smarter Balanced Assessments**
Met or Exceeded Expectations, 2021-22

| | Math | ELA |
|---|---|---|
| Achievement First Hartford Academy | 26% | 41% |
| Capitol Region Education Council | 17% | 26% |
| Hartford School District | 13% | 19% |
| Jumoke Academy District | 18% | 22% |
| Statewide | 42% | 46% |

**ADVANCE CT**
CONNECTICUT

**Connecticut**

**CT data**

2023 Town Profile                                    2 / 2

# Hartford, Connecticut

## Labor Force
CT Department of Labor, 2022

| | Hartford | State |
|---|---|---|
| Employed | 49,527 | 1,851,993 |
| Unemployed | 3,464 | 80,470 |
| | | |
| Unemployment Rate | 4 ▌6% | |
| Self-Employment Rate* | 5 ▌12% | |

*ACS, 2017-2021

### Catchment Areas of 15mi, 30mi, and 60mi



Population within 60 minutes: 2,003,569

## Access
ACS, 2017-2021

| | Hartford | State |
|---|---|---|
| Mean Commute Time * | 21 min | 26 min |
| No Access to a Car | 8 ▌23% | |
| No Internet Access | 9 ▌16% | |

### Commute Mode

| | | |
|---|---|---|
| Public Transport | 4 ▌12% | |
| Walking or Cycling | 3 ▌8% | |
| Driving | 74 ▌82% | |
| Working From Home * | 5 ▌10% | |

### Public Transit

| | |
|---|---|
| CT*transit* Service | Local, Ctfastrak |
| Other Public Bus Operations | Greater Hartford Transit District (ADA Paratransit Services) |
| Train Service | Amtrak, Hartford Line |

* 5 year estimates include pre-pandemic data

## Fiscal Indicators
CT Office of Policy and Management, State FY 2020-21

### Municipal Revenue

| | |
|---|---|
| Total Revenue | $671,277,000 |
| Property Tax Revenue | $299,217,000 |
| *per capita* | $2,388 |
| *per capita, as % of state avg.* | 74% |
| Intergovernmental Revenue | $350,660,000 |
| Revenue to Expenditure Ratio | 120% |

### Municipal Expenditure

| | |
|---|---|
| Total Expenditure | $561,310,000 |
| Educational | $313,407,000 |
| Other | $247,903,000 |

### Grand List

| | |
|---|---|
| Equalized Net Grand List | $7,482,907,669 |
| *per capita* | $62,060 |
| *per capita, as % of state avg.* | 38% |
| Commercial/Industrial Share of Net Grand List | 32% |
| Actual Mill Rate | 45.00 |
| Equalized Mill Rate | 38.48 |

### Municipal Debt

| | |
|---|---|
| Moody's Rating (2023) | Ba2 |
| S&P Rating (2023) | BBB |
| Total Indebtedness | $467,575,000 |
| *per capita* | $3,878 |
| *per capita, as % of state avg.* | 142% |
| *as percent of expenditures* | 83% |
| Annual Debt Service | $58,364,000 |
| *as % of expenditures* | 10% |

 Search AdvanceCT's **SiteFinder**, Connecticut's most comprehensive online database of available commercial properties. advancect.org/site-selection/ct-sitefinder

### About Town Profiles

The Connecticut Town Profiles are two-page reports of demographic and economic information for each of Connecticut's 169 municipalities. Reports for data are available from profiles.ctdata.org

Feedback is welcome, and should be directed to info@ctdata.org

These Profiles can be used free of charge by external organizations, as long as AdvanceCT and CTData Collaborative are cited. No representation or warranties, expressed or implied, are given regarding the accuracy of this information.



**ADVANCE CT**
CONNECTICUT

Connecticut

 **CT** data

145 Sission Avenue, Hartford   BR130249

## Neighborhood Data

The West Boulevard Historic District is located in the West End of Hartford between and parallel with Capitol and Farmington Avenues, close to the city line. West Boulevard is 100 feet wide with a central median of 25 feet. Three rows of mature sugar maple shade trees adjoin both sidewalks and run down the center of the median. The houses are located on both sides of West Boulevard between South Whitney Street and Beacon Street and both sides of Rodney Street. All but one[1] were built c.1915/1925. All are 1-, 2-, and 3-family homes, all but three with garages. All are of wood frame construction, covered with shingles or clapboards, except four which are covered with stucco.[2] The houses are similar to one another because all were built according to a single master plan and all by the same developer and contractor.

Most of the houses in the West Boulevard Historic District are in the Colonial Revival style. Single-family homes predominate on the north side of West Boulevard and west side of Rodney Street, following the developer's deed restrictions while two-family homes predominate on the south side of West Boulevard, again according to information found in the Hartford land records. Lots are small, about 0.185 acre on the north side of West Boulevard and 0.220 acre on the south. The representative design in the row on the south side of West Boulevard, outnumbering other designs in the district, consists of a 2-story building with attic floor, oblong in shape consistent with the proportions of the parcel, with gable or hip roof. A porch, originally open but now often enclosed, with round or paneled square columns rising from solid balustrade, runs across the full width of the front elevation. A second-story half porch is common. Most of these houses have a three-sided bay on one side elevation.

West Boulevard Historic District is significant historically because it is an example of neighborhood planning successfully carried out and completed by private development to the master plan of Horace W. Fox. His plan for layout and character, which reflected the then highly regarded City Beautiful Movement, was faithfully executed for the entire district. Almost all the houses, which are grouped around a carefully planted tree-lined central boulevard, are in the Colonial Revival style, built c.1920s, giving a uniformity of design and integrity of appearance. The West Boulevard Historic District has survived intact without demolition or intrusion to represent a historically significant and distinguishable entity.[4]

The West Boulevard Historic District also reflects the influence of the late-19th century and early-20 century urban parks movement, which envisioned a ring of parks around the city, linked by a set of parkways which themselves would add beauty to the city. West Boulevard is the first of Hartford's five boulevards to be fully built out.

Moreover, the West Boulevard Historic District evidences a unique aspect of the historic demographic development of the city. West Boulevard filled a development gap between the homes of Hartford's professional class to the north of Farmington Avenue and the industrial district of Parkville to the south. It drew its residents from the upwardly mobile working class — independent businessmen, skilled journeymen, and white collar workers seeking to escape the dirt and grime of the central parts of the city.

The West Boulevard Historic District was deliberately designed to attract a modest but upwardly mobile population. The deeds for most of the undeveloped lots contained a standard restriction that houses built in the next 20 years must be either single-family at a cost of at least $6,000 or two-family at a cost of not less than $9,000. At least three lots on the north side of West Boulevard were deed-restricted to single-family usage at a cost of not less than $6,000.[15] The prohibition on apartment buildings and the inclusion of a minimum construction cost made clear that a certain level of "quality" was to be maintained in this new development and reinforced the distinction between West Boulevard and the nearby apartment house district on Capitol Avenue. The emphasis on single-family houses on the north side of the boulevard reflected the planning decision to group the single-family houses in one part of the development.[16] Moreover, the boulevard served as a barrier to encroachment from industrial Parkville.[17] While two streets, Regent and Rodney, permit entry to West Boulevard from the north, there is no entry from Capitol Avenue to the south at any point in the three-block stretch between Beacon Street and South Whitney Street. Thus the layout and alignment of the West Boulevard Historic District is by no means accidental.

145 Sission Avenue, Hartford   BR130249


**Records Search**

POPULATION DEMOGRAPHICS

145 Sisson Ave, Hartford, CT 06105-4046

Currently viewing demographics for **Hartford County, CT Tract 5042 Block Group 2**

2020 Census Data
for Hartford County, CT Tract 5042 Block Group 2

POPULATION PROFILE TOTAL POPULATION: 1522

| Age | 0-14 | | 15-21 | | 22-34 | | 35-44 | | 45-54 | | 55-64 | | 65+ | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent | Number | Percent |
| Male | 129 | 8.48% | 109 | 7.16% | 69 | 4.53% | 51 | 3.35% | 259 | 17.02% | 19 | 1.25% | 48 | 3.15% |
| Female | 95 | 6.24% | 130 | 8.54% | 187 | 12.29% | 188 | 12.16% | 127 | 8.34% | 101 | 6.64% | 13 | 0.85% |

SOCIO-ECONOMIC PROFILE MEDIAN HOUSEHOLD INCOME:

| Household Income | | | Profession | | | Education | | | Cars Owned | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | | Number | Percent | | Number | Percent | | Number | Percent |
| $0-10k | 173 | 20.14% | Management/Professional | 322 | 35.27% | No Diploma | 195 | 21.19% | 1 | 425 | 48.91% |
| $10-25k | 277 | 31.86% | Service | 261 | 28.59% | HS Diploma | 482 | 52.92% | 2 | 63 | 7.25% |
| $25-35k | 102 | 11.74% | Sales/Admin | 151 | 16.54% | AA Diploma | 49 | 5.61% | 3 | 37 | 4.26% |
| $35-50k | 121 | 13.92% | Trades | 13 | 1.42% | BA/BS Degree | 95 | 10.88% | 4 | 0 | 0.00% |
| $50-75k | 90 | 10.36% | Production/Transportation | 166 | 18.15% | Grad Degree | 82 | 9.39% | 5+ | 0 | 0.00% |
| $75-100k | 51 | 5.87% | | | | | | | None | 344 | 39.59% |
| $100k+ | 53 | 6.10% | | | | | | | | | |

These amounts represent the total number for the area.

HOUSING PROFILE

| Occupancy | | | Bedrooms | | | Move-In | | | Built | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | | Number | Percent | Year | Number | Percent | Year | Number | Percent |
| Owner | 85 | 8.74% | No Bedrooms | 63 | 9.47% | 2019+ | | | 2019+ | 0 | 0.00% |
| Renter | 784 | 80.58% | 1 Bedrooms | 651 | 66.91% | 2015-18 | | | 2010-14 | 0 | 0.00% |
| SFR Det | 72 | 7.40% | 2 Bedrooms | 137 | 14.08% | 2010-14 | 66 | 7.46% | 2000-09 | 0 | 0.00% |
| SFR Att | 13 | 1.34% | 3 Bedrooms | 87 | 8.94% | 2000-09 | 110 | 12.66% | 1990-99 | 10 | 1.03% |
| MF 2-4 | 161 | 16.60% | 4 Bedrooms | 35 | 3.60% | 1990-99 | 20 | 2.30% | 1980-89 | 96 | 9.87% |
| MF 5+ | 707 | 72.66% | 5+ Bedrooms | 0 | 0.00% | Before 1990 | 48 | 5.52% | Before 1980 | 867 | 89.11% |
| Mobile Home | 0 | 0.00% | | | | | | | | | |
| Others | 0 | 0.00% | | | | | | | | | |

| Mortgage as % of Income | | | Mortgage Costs | | | Rent as % of Income | | | Gross Rent | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Number | Percent | | Number | Percent | | Number | Percent | | Number | Percent |
| 0-24% | 37 | 100.00% | $0 - 499 | 0 | 0.00% | 0-24% | 159 | 20.54% | $0 - 299 | 55 | 7.11% |

COPYRIGHT © 2023 COURTHOUSE RETRIEVAL SYSTEM. ALL RIGHTS RESERVED.
Information Deemed Reliable But Not Guaranteed.

**Demographics for 145 SISSON AVE. cont.**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-29% | 0 | 0.00% | $500 - 799 | 0 | 0.00% | 25-29% | 100 | 12.92% | $300 - 549 | 85 | 10.98% |
| 30-34% | 0 | 0.00% | $800 - 1499 | 37 | 100.00% | 30-34% | 56 | 7.24% | $550 - 749 | 65 | 8.40% |
| 35%+ | 0 | 0.00% | $1500+ | 0 | 0.00% | 35%+ | 443 | 57.24% | $750+ | 569 | 73.51% |
| | | | Average | | | | | | Average | $888 | |

These amounts represent the total number for the area.



AREA STATISTICS

Area Statistics around **145 Sisson Ave (Parcel ID: Htfd M:135 B:390 L:245)**

IMPROVED RESIDENTIAL PROPERTIES

| Distance from Subject Property | 1 Mile | 3 Miles | 5 Miles |
|---|---|---|---|
| Number of Residential Properties | 6,387 | 38,545 | 67,247 |
| Average Square Feet | 1,847 | 1,912 | 1,785 |
| Average Acres | < 1 | < 1 | < 1 |
| Average Sales Price (if sold in last 2 years) | $16,314,355 | $7,296,073 | $4,681,232 |
| Median Sales Price (if sold in last 2 years) | $258,000 | $213,337 | $202,500 |
| Average Total Appraisal | | | |
| Median Total Appraisal | | | |

IMPROVED COMMERCIAL PROPERTIES

| Distance from Subject Property | 1 Mile | 3 Miles | 5 Miles |
|---|---|---|---|
| Number of Commercial Properties | 1,021 | 4,763 | 6,273 |
| Average Square Feet | 17,633 | 19,344 | 18,020 |
| Average Acres | < 1 | 1 | 1.6 |
| Average Sales Price (if sold in last 2 years) | $1,511,475 | $936,260 | $842,571 |
| Median Sales Price (if sold in last 2 years) | $1 | $227,500 | $210,000 |
| Average Total Appraisal | | | |
| Median Total Appraisal | | | |

COPYRIGHT © 2023 COURTHOUSE RETRIEVAL SYSTEM. ALL RIGHTS RESERVED.
Information Deemed Reliable But Not Guaranteed.



**SEARCH RESULTS**

Area Sales Trend Report for Commercial Property Type(s) 3 mile(s) radius around:
**145 Sisson Ave, Hartford, CT 06105-4046**

Report generation date: 11/9/2023

|  | 30-60 Days Ago | 60-90 Days Ago | 90-120 Days Ago | 120-180 Days Ago |
|---|---|---|---|---|
| Average Sale Price | $507,143 | $1,143,143 | $594,246 | $775,333 |
| Median Sale Price | $370,000 | $825,000 | $542,400 | $398,500 |
| Percent Change (medians) | -55.15% | 52.10% | 36.11% | |
| Total Sales | $3,550,000 | $16,004,000 | $7,130,950 | $18,608,000 |
| Number of Properties | 7 | 14 | 12 | 24 |

**Average Sale Price**



COPYRIGHT © 2023 COURTHOUSE RETRIEVAL SYSTEM. ALL RIGHTS RESERVED.
Information Deemed Reliable But Not Guaranteed.

145 Sission Avenue, Hartford   BR130249

**Median Sale Price**



**Total Sales**



COPYRIGHT © 2023 COURTHOUSE RETRIEVAL SYSTEM. ALL RIGHTS RESERVED.
Information Deemed Reliable But Not Guaranteed.

## SITE DATA

The following site data is based on a personal inspection, data in the Hartford public records and site plans included in this report.

| | |
|---|---|
| Dimensions & Area: | 44,867 sq. ft., 1.03 acres +/- |
| Frontage: | Approximately 100 feet on Sisson Avenue, Hartford |
| Assessor Map Reference | Map 135 Block 390 Lot 245 |
| Shape: | Irregular |
| Nearest Intersection: | The subject is located at approximately 50 feet north of West Boulevard. |
| Street Improvements: | Sisson Avenue is a two-lane asphalt paved roadway with turn lanes at the busier intersections with streetlights, sidewalks, curbs, storm drains and sanitary sewers. |
| Topography: | Level at street grade |
| Utilities: | Municipal telephone, electricity, water and gas |
| Easements & Encroachments: | No adverse easements or encroachments that would affect the marketability of the subject |
| Access to Major Highways: | The subject is .01 miles north of exit 46 on I-84 |
| Parking: | Approximately 50 cars on site. |
| Flood Plain:    (1) | Zone X Map Panel 0364F |
| Landscaping: | Minimum, typical. |
| Soil and Subsoil Conditions: | Site inspection did not indicate any adverse soil and subsoil conditions or any apparent site contamination.  If engineering tests were to be made and disclosed an adverse soil condition requiring correction, it would be necessary to revise this report to reflect this condition. |

(1) As identified by the National Flood Insurance Program, Zone X is not a special flood hazard area.



**City of Hartford - Property Map**

SITE (PLAT) MAP

145 Sission Avenue, Hartford   BRI30249

22

## DESCRIPTION OF THE IMPROVEMENTS

General Description: Residential rental units

Construction: Wood Frame

Gross Building Area: 35,552 sq ft

Gross Living Area: 26,664 sq ft

Actual Age: Built 1969

Effective Age: 35 years

Estimated Remaining Economic Life: 65 Years. This estimate considers the amount of updates and renovations that have been completed to the asset, and anticipates a continued effort to maintain and upgrade the asset as needed.

Foundation: Concrete

Basement: Full unfinished (assumed)

Exterior Walls: Brick veneer

Roof: Tar and gravel composition (public records)

Interior Walls: Drywall (assumed)

Ceilings: Drywall (assumed)

Floors: Carpet/tile (assumed)

Lighting: Incandescent (assumed)

Insulation: Unknown

Electrical: Unknown

Plumbing: 50 three-fixture bathrooms and 50 kitchen sinks (assumed)

## DESCRIPTION OF THE IMPROVEMENTS CONTINUED

Heating/Cooling:                       Steam (assumed)

Sprinkler System:                      Unknown

Deferred Maintenance:                  (See below)

Functional Obsolescence:               None

External Obsolescence:                 None

Comments: This report is based on an exterior inspection only. Any reference to interior descriptions are based on public records from the City of Hartford. The exterior exhibits some deferred maintenance in the form of pointing on the bricks, exterior paint on some of the trim and doors. There appears to be overgrown vines on the north side of the building, which if left unattended could undermine the mortar on the bricks. The roof is assumed to be in average condition with no leaking or maintenance needed.

## BUILDING SKETCH



55

28

3

162

TFL
SFL
FFL
BMT
(10908)

174

8

40

60

145 Sission Avenue, Hartford   BR130249

## HIGHEST AND BEST USE

The Highest & Best Use is that use which would provide the greatest net return over a given period of time.

Highest & Best Use is defined as follows:

> *"The reasonably probable and legal use of vacant land or an improved property, which is physically possible, appropriately supported, financially feasible and results in the highest value. The four criteria the Highest & Best Use must meet are legal permissibility, physical possibility, financial feasibility and maximum profitability."*

**Source: The Dictionary of Real Estate Appraisal**
The Second Edition, 1989
American Institute of Real Estate Appraisers

A Highest & Best Use analysis requires an application of the four criteria cited within the above definition to the site as vacant and to the site as improved.

## HIGHEST & BEST USE - AS VACANT

### *LEGALLY PERMISSIBLE*

Legally permissible uses of land must consider zoning and building codes, governmental and deed restrictions and environmental factors which may preclude certain uses. The legally permissible uses to which this site may be developed are subject to applicable Hartford zoning and Hartford building codes. There are no known deeds, governmental or environmental restrictions.

### *PHYSICALLY POSSIBLE*

Physically possible uses of land must consider the size, shape, soil and topography availability of utilities and subsoil conditions of the site. The utility of the use of the site depends upon these characteristics.

The subject site is approximately 1.03 acres.  It is an irregular shaped parcel with level topography with access to most public utilities.  Subsoil conditions are unknown.  There does not appear to be any site characteristics that would prevent site development on the parcel.

## FINANCIALLY FEASIBLE

After the legally permissible and physically possible uses are determined, that use which generates an income equal to, or greater than, that necessary to amortize debt and pay operating expenses is concluded to be financially feasible.

## MAXIMUM PROFITABILITY

The maximally productive use of this site is that financially feasible use which will provide the greatest net return over a given period of time.

## HIGHEST & BEST USE "AS VACANT" CONCLUSION

The Highest & Best Use of the subject land, as vacant, is concluded to be for residential development of apartments/condominiums subject to applicable Hartford zoning requirements.

## HIGHEST & BEST USE AS IMPROVED CONCLUSION

The same four criteria are applied in determining the Highest & Best Use of the subject property as improved. In my opinion, that use is its present use as residential apartments/condominiums. It is legally permissible relative to Hartford zoning, physically possible because it exists, financially feasible because of availability of funds, and maximally productive considering the size and location of the site.

## HIGHEST AND BEST USE

A property's highest and best use is the foundation upon which the entire valuation rests.  A study of the highest and best use identifies that property use which is the most profitable for which the property can be put, at a certain point in time.  Highest and best use, as used in this report, is defined as: "The reasonably probable and legal use of vacant land or an improved property, that is physically possible, appropriately supported, and financially feasible and that results in the highest value".[2]

---

[2] Appraisal Institute: The Appraisal of Real Estate, 13th Edition, 2008, page 277

## APPROACHES TO VALUE DEFINITIONS

There are three traditionally accepted approaches to the valuation of real estate. These approaches are defined as follows:

**COST APPROACH -** Approach through which an appraiser derives a value indication of the fee simple interest in a property by estimating the current cost to construct a reproduction of or replacement for the existing structure, deducting for all evidence of accrued depreciation from the cost new of the reproduction or replacement structure, and adding the estimated land value plus an entrepreneurial profit.  Adjustments may be made to the indicated fee simple value of the subject property to reflect the value indication of the property interest being appraised.

**DIRECT SALES COMPARISON APPROACH -** Approach through which an appraiser derives a value indication by comparing the property being appraised to similar properties that have been sold recently, applying appropriate units of comparison and making adjustments, based on the elements of comparison to the sales prices of the comparables.

**INCOME CAPITALIZATION APPROACH -** Approach through which an appraiser derives a value indication for income-producing property by converting anticipated benefits, i.e., cash flows and reversions, into property value.  This conversion can be accomplished in two ways: One year's income expectancy or an annual average of several years' income expectancies may be capitalized at a market-derived capitalization rate or a capitalization rate that reflects a specified income pattern, return on investment, and change in the value of the investment; secondly, the annual cash flows may be discounted for the holding period and the reversion at a specified yield rate.

From:  **THE DICTIONARY OF REAL ESTATE APPRAISAL**, second edition American Institute of Real Estate Appraisers.

## SALES COMPARISON APPROACH TO VALUE

**Methodology**

The Sales Comparison Approach produces an estimate of value by comparing recent sales of similar properties in the surrounding or competing area to the subject property. Inherent in this approach is the principle of substitution which holds that "when a property is replaceable in the market, its value tends to be set at the cost of acquiring an equally desirable substitute property, assuming that no costly delay is encountered in making the substitution."

By analyzing sales, which qualify as arms-length transactions between willing, knowledgeable buyers and sellers with reasonable market exposure, I can identify price trends from which value parameters may be extracted. Comparability in physical, locational and economic characteristics is an important criteria in evaluating the sales in relation to the subject property. The basic steps involved in the development of this approach are as follows:

(1)     Researching recent relevant property sales throughout the competitive area.

(2)     Analyzing the selected comparable sale properties concerning time of sale and any change in economic conditions which may have occurred to the date of value; locational factors such as ease of access and proximity to public transportation and highways; age; condition; physical, functional and economic characteristics and any other relevant factors of comparison.

(3)     Reducing the sale price to common units of comparison (i.e., price per square foot of building area).

(4)     Making estimated adjustments to the comparable properties as they compare to the subject property.

(5)     Interpreting the adjusted sales data and reaching a market reflective conclusion.

**Analysis and Conclusions**

In my research and analysis of the market for improved properties with characteristics similar to those of the subject, I have attempted to gather what I consider relevant data so that reasonable comparisons could be made.

**Comment on cost approach:**

The cost approach combines an estimate of land value with an estimate of depreciated reproduction or replacement cost of the improvements.  The principle of substitution is the basis of the cost approach, in that no rational person will pay more for a property than the amount for which he can obtain, by purchase of a site and construction of a building, with undue delay, a property of equal desirability and utility.

## COMPARABLE SALES LOCATION MAP



145 Sission Avenue, Hartford   BR130249

## COMPARABLE SALE # 1
## 252 SISSON AVENUE, HARTFORD, CT



| | |
|---|---|
| Sale Price: | $615,000 |
| Sale Date: | 1/21/2020 |
| Deed Reference: | Volume 7574 Page 65 |
| Assessor Reference: | Map 134 Block 394 Lot 202 |
| Grantor: | 252 Sisson Ave, LLC |
| Grantee: | 252 Sisson House LLC |
| Age: | Built 1920 |
| Data Source: | Town Land Records |
| Land Area: | .18 acre |
| Building Area: | 8,742sq ft |
| Zone: | NX 2 |
| Sale Price unit. | $ 51,250 |

### COMPARABLE SALE # 1-COMMENTS

Sale #1 is located in the same city as the subject on the same street as the subject making sale #1 a good comparable for the subject.  Sale #1 has similar location and utility as the subject making sale #1 a good comparable for the subject. Sale #1 shares the same economic characteristics as the subject.  The economic characteristics are an important aspect in determining value and sale #1 makes a good comparable due to the similar economic characteristics. There is a mortgage recorded in the City of Hartford Land Records found in volume 7574 page 67 listing the lender as Ice Lander and the borrower as 252 Sisson House LLC. The loan amount is $457,500. There is no specific interest rate recorded for this loan.

## COMPARABLE SALE # 2
## 7 SISSON AVENUE, HARTFORD, CT



| | |
|---|---|
| Sale Price: | $ 280,000 |
| Sale Date: | 5/2/2019 |
| Deed Reference: | Volume 7470 Page 265 |
| Assessor Reference: | Map 136 Block 393 Lot 226 |
| Grantor: | Filomena Marinelli, et al |
| Grantee: | Sepino Investments LLC |
| Age: | Built 1964 |
| Data Source: | Town Land Records |
| Land Area: | .21 acre |
| Building Area: | 9,576 sq ft |
| Zone: | NX 1 |
| Sale Price per unit. | $ 28,000 |

### COMPARABLE SALE #2-COMMENTS

Comparable sale #2 is located in the same city as the subject on the same street as the subject making sale #2 a good comparable for the subject.  Sale #2 has similar location, age and utility as the subject making sale #2 a good comparable for the subject. Sale #2 shares the same economic characteristics as the subject.  The economic characteristics are an important aspect in determining value and sale #2 makes a good comparable due to the similar economic characteristics. There is no mortgage recorded at the time of sale.

### COMPARABLE SALE # 3
### 258 LAWRENCE STREET, 108 WARD STREET, 314 BELLEVUE STREET, HARTFORD, CT



| | |
|---|---|
| Sale Price: | $ 1,285,000 |
| Sale Date: | 1/19/2021 |
| Deed Reference: | Volume 7703 Page 331-341 |
| Assessor Reference: | Map 202 Block 428 Lot 082 |
| | Map 204 Block 536 Lot 197 |
| | Map 264 Block 175 Lot 052 |
| Grantor: | Amber Properties LLC |
| Grantee: | Sloane Square LLC |
| Age: | Built 1910 |
| | Built 1901 |
| | Built 1900 |
| Data Source: | Town Land Records |
| Land Area: | .46 acre |
| Building Area: | 28,418 sq ft |
| Zone: | NX 2 |
| Sale Price per unit | $ 45,893 |

### COMPARABLE SALE # 3-COMMENTS

Comparable sale #3 is located in the same city as the subject making sale #3 a good comparable for the subject.  Sale #3 has similar location, building area and utility as the subject making sale #3 a good comparable for the subject. Sale #3 shares the same economic characteristics as the subject. The economic characteristics are an important aspect in determining value and sale #3 makes a good comparable due to the similar economic characteristics.  There is no mortgage recorded at the time of sale.

145 Sission Avenue, Hartford    BR130249

## COMPARABLE SALE # 4
### 95 VINE STREET, HARTFORD, CT



| | |
|---|---|
| Sale Price: | $ 1,550,000 |
| Sale Date: | 7/7/2021 |
| Deed Reference: | Volume 7792 Page 122 |
| Assessor Reference: | Map 197 Block 208 Lot 87 |
| Grantor: | Better Housing Associates L.P. |
| Grantee: | Hartford Preservation, LLC |
| Age: | Built 1966 |
| Data Source: | Town Land Records |
| Land Area: | .31 acre |
| Building Area: | 40,398 sq ft |
| Zone: | NX 1 |
| Sale Price per unit | $ 50,000 |

## COMPARABLE SALE # 4-COMMENTS

Comparable sale #4 is located in the same city as the subject making sale #4 a good comparable for the subject. Sale #4 has similar location, age, building area and utility as the subject making sale #4 a good comparable for the subject. Sale #4 shares the same economic characteristics as the subject. The economic characteristics are an important aspect in determining value and sale #4 makes a good comparable due to the similar economic characteristics. There is a mortgage recorded in the City of Hartford Land Records found in volume 7792 page 199 listing the lender a Connecticut Housing Financial Authority and the borrower as Hartford Preservation LLC. The loan amount is $20,900,000 for a term of 42 years. There is no specific interest rate recorded for this loan.

## SALES COMPARISON GRID

| SALES COMPARABLE GRID | | | | | |
|---|---|---|---|---|---|
| | Subject | Sale 1 | Sale 2 | Sale 3 | Sale 4 |
| ADDRESS | 145 Sisson Avenue, Hartford | 252 Sisson Avenue, Hartford | 7 Sisson Avenue, Hartford | 258 Lawrence Street, 108 Ward Street, 314 Bellevue Street, Hartford | 95 Vine Street, Hartford |
| Sale Price | N/A | $915,000 | $280,000 | $1,285,000 | $1,550,000 |
| Sale Date | Appraisal Date 11/9/2023 | 1/21/2020 | 5/2/2019 | 1/19/2021 | 7/7/2021 |
| Location | Average | Average | Average | Average | Average |
| Building Area in square feet | 26,664 | 8,742 | 9,576 | 28,418 | 40,398 |
| Age | 1969 | 1920 | 1964 | Circa 1905 | 1966 |
| Condition | Below average | Average | Average | Average | Average |
| Land Area in Acres | 1.03 | 0.18 | 0.21 | 0.46 | 0.31 |
| Land area sq ft | 44,867 | 7,841 | 9,148 | 20,038 | 13,504 |
| Land/Building Ratio | 1.68:1 | 0.90:1 | 0.96:1 | 0.71:1 | 0.33:1 |
| Utility/Use | 50 residential rental units | 12 residential rental units | 10 residential rental units | 28 residential rental units | 31 residential rental units |
| Price Per Unit | | $51,250 | $28,000 | $45,893 | $50,000 |

## CONDITION LEGEND

| | |
|---|---|
| New: | New construction within 1 year |
| Very Good: | Recently built, 1-5 years and / or superior interior fit-up |
| Good: | Built between 5 & 15 years, or updated same period |
| Above Average: | Average + partial updates |
| Average: | Average for age, considering normal wear and tear |
| Below Average: | Obvious deferred maintenance, some building components need repairs, updating |
| Fair: | Lack of general maintenance, issues of dis-repair |
| Poor: | Uninhabitable, high degree of obsolescence and major neglect, often potential demolition |

## CONVERTING QUALITATIVE ANALYSIS TO A QUANTITATIVE BASIS

The following technique involves application of a qualitative adjustment process, based on an incremental scale, and conversion of the qualitative adjustments to a quantitative basis.  This practical technique emphasizes reasonable judgment and recognizes the difficulties involved with supporting quantified adjustments from relatively small sample sizes.

| Non-Incremental Qualitative Adjustment Grid | | | | | |
|---|---|---|---|---|---|
| Elements of Comparison | Subject | Sale 1 | Sale 2 | Sale 3 | Sale 4 |
| | 145 Sisson Avenue, Hartford | 252 Sisson Avenue, Hartford | 7 Sisson Avenue, Hartford | 258 Lawrence Street, 108 Ward Street, 314 Bellevue | 95 Vine Street, Hartford |
| TRANSACTIONAL | | | | | |
| Sale Price | N/A | $915,000 | $280,000 | $1,285,000 | $1,550,000 |
| Real Property Rights Conveyed | Fee Simple | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| *Adjustment* | | | | | |
| Financing Terms | Cash | Cash | Cash | Cash | Cash |
| *Adjustment* | | | | | |
| Conditions of Sale | Arm's Length | Arm's Length | Arm's Length | Arm's Length | Arm's Length |
| *Adjustment* | | | | | |
| Expenditures Made Immediate | None | None | None | None | None |
| *Adjustment* | | | | | |
| Market Conditions (Date of Sa | N/A | 1/21/2020 | 5/2/2019 | 1/19/2021 | 7/7/2021 |
| *Adjustment* | | | (+)(+) | | |
| PROPERTY | | | | | |
| Location | Average | Average | Average | Average | Average |
| *Adjustment* | | | | | |
| Building Area square feet | 26,664 | 8,742 | 9,576 | 28,418 | 40,338 |
| *Adjustment* | | | | | |
| Condition | Below average | Average | Average | Average | Average |
| *Adjustment* | | (–) | (–) | (–) | (–) |
| Size (Acres) | 1.03 | 0.18 | 0.21 | 0.46 | 0.31 |
| Square Feet) | 44,867 | 7,841 | 9,148 | 20,038 | 13,504 |
| *Adjustment* | | | | | |
| Topography and | Level | Level | Level | Level | Level |
| Floodplain | None X | None X | None X | None X | None X |
| *Adjustment* | | | | | |
| Shape | Irregular | Rectangle | Rectangle | Irregular | Irregular |
| *Adjustment* | | | | | |
| Zoning | NX 2 | NX 2 | NX 1 | NX 2 | NX 1 |
| Utility | 50 residential rental units | 12 residential | 10 residential rental units | 28 residential | 31 residential rental units |
| *Adjustment* | | | | | |
| Land Building Ratio | 1.68:1 | 0.90:1 | 0.96:1 | 0.71:1 | 0.33:1 |
| *Adjustment* | | | | | |
| Price Per Unit | N/A | $51,250 | $28,000 | $45,893 | $50,000 |
| **Total Qualitative Adjustments** | | (–) | (+) | (–) | (–) |

### Seven Point Qualitative Adjustment Scale

| | |
|---|---|
| Upward (+)(+)(+) | Substantial upward adjustment |
| Upward (+)(+) | Moderate upward adjustment |
| Upward (+) | Slight upward adjustment |
| No Adjustment | Property is similar to the subject |
| Downward (–) | Slight downward adjustment |
| Downward (–)(–) | Moderate downward adjustment |
| Downward (–)(–)(–) | Substantial downward adjustment |

The aggregation of adjustments made for specific elements of comparison is appropriate and provides an indication of the magnitude of overall adjustments required for the comparable properties.

145 Sisson Avenue, Hartford   BR130249

# EXPLANATION OF ADJUSTMENTS

**Market Conditions: (Time):** The market appears stable since 2020.  A moderate upward adjustment has been made to sale #2 for Market Conditions (Time).  The residential rental market has experienced an increase brought on by the COVID 19 pandemic.  Sale #2 closed shortly before the increase and a moderate upwards adjustment is made.

**Location:** There are no adjustments for Location.  All of the comparable sales are considered to be Average as is the subject.

**Building Area:** Adjustments reflect inverse relationship between sale price and sale price per sq. ft.  Sales with less building area than the subject property require minus adjustments to the sale price per sq. ft.; sales with more building area require plus adjustments.  All sales are in the small to medium category 8,500 to 40,000 sq. ft.  No adjustments were considered necessary.

**Condition/ Age:** The subject is being considered for a foreclosure action. The vacancy rate as of December 2022 was reported as 28%. Normal properties experiencing these two conditions are typically below average condition.  All of the sales used are considered to be in Average Condition. Therefore, each sale was giving a slight negative adjustment for Condition/Age. Each sale was adjusted for age and condition based on visual exterior inspection and research by the appraiser.

**Topography and Flooplain:**  There have been no adjustments for Topography and Floodplain.  All of the comparable sales used are considered to be the same as the subject.

**Shape:**  There have been no adjustments made for shape. Although there are three sales with different shape, there appears to be no market reaction for the difference in shape.

**Zoning:**  All of the comparable sales used have a similar Zone as the subject and there are no adjustments for zone.

**Land/Building Ratio:** Reflects the amount of land per building area.  The higher ratio represents larger sites, which can produce more on-site parking.  The lower ratio often indicates less potential parking.  Residential rental unit space is influenced by on-site parking. No adjustments have been made for Land/Building Ratio.

**Utility:.**  All of the sales used are the same utility as the subject, residential rental units.  No adjustments have been made for Utility.

**Qualitative Adjust Array**

| Sale | Price per Unit | Qualitative Adjustment |
|------|----------------|------------------------|
| 1 | $51,250 | Downward (-) |
| 2 | $28,000 | Upward (+) |
| 3 | $45,893 | Downward (-) |
| 4 | $50,000 | Downward (-) |

**Converting the Total Qualitative Adjustments to a Numeric Value**

| Sale | Total Qualitative Adjustment | Numeric Value |
|------|------------------------------|---------------|
| 1 | Downward (-) | -1 |
| 2 | Upward (+) | 1 |
| 3 | Downward (-) | -1 |
| 4 | Downward (-) | -1 |

**Differences in Qualitative Adjustments**

| Paired Sales | Δ Qualitative Adjustments |
|--------------|---------------------------|
| 1 and 2 | 2 |
| 1 and 3 | 0 |
| 1 and 4 | 0 |
| 2 and 3 | 2 |
| 2 and 4 | 2 |
| 3 and 4 | 0 |

The Qualitative Adjust Array chart above for each comparable sale shows the total qualitative adjustments relative to the unit prices adjusted for any quantitative elements of comparison. The Differences in Qualitative Adjustments chart displays the numeric value of the difference in qualitative adjustments for each pair of sales as compared. The resultant numeric differences for each pair then are used to establish the difference in unit price per qualitative adjustment increment.

145 Sission Avenue, Hartford   BR130249

**Absolute Value of Differences in Unit Prices**

| Paired Sales | $ Per Unit | Absolute $ Per Unit |
|---|---|---|
| 1 and 2 | $23,250 | $23,250 |
| 1 and 3 | $5,357 | $5,357 |
| 1 and 4 | $1,250 | $1,250 |
| 2 and 3 | ($17,893) | $17,893 |
| 2 and 4 | ($22,000) | $22,000 |
| 3 and 4 | ($4,107) | $4,107 |

Any Sale that has the same number of qualitative adjustments will result in a numeric difference of zero and must be eliminated from the calculation of the unit price difference per qualitative adjustments

**Unit Price per Qualitative Adjustment Increment (QA)**

| Paired Sales | Absolute $ per Unit | Numeric Difference in QA | $ per Unit QA |
|---|---|---|---|
| 1 and 2 | $23,250.00 | 2 | $11,625 |
| 1 and 3 | $5,357.00 | 0 | - |
| 1 and 4 | $1,250.00 | 0 | - |
| 2 and 3 | $17,893.00 | 2 | $8,947 |
| 2 and 4 | $22,000.00 | 2 | $11,000 |
| 3 and 4 | $4,107.00 | 0 | - |

| | |
|---|---|
| **LOW** | $8,947 |
| **High** | $11,625 |
| **Mean** | $10,524 |
| **Median** | $11,000 |

The Unit Price per Qualitative Adjustment Increment chart above involves dividing the absolute difference in unit price for each pair of sales by the numeric difference in qualitative adjustments between each pair of sales, unless the number is zero (see explanation above). The result of this calculation is the quantified difference in unit price per qualitative adjustment.

**Summary:** The Unit Price per Qualitative Adjustment Increment chart above indicates a high of $11,625and a low of $8,947 a mean of $10,524 and a median of $11,000. The subject adjustment price per unit is concluded to be $10,500 which is fully supported in the calculation above.

| | | | **Conversion of Qualitative Adjustments to Quantitative Basis** | | | |
|---|---|---|---|---|---|---|
| Sale | Actual $ per Unit | Total Qualitative Adjustment (QA) | Numeric Value of QA | $ per Unit QA | Quantified Adjustment | Adjusted Price per Unit |
| 1 | $51,250 | Downward (-) | -1 | $10,500 | ($10,500) | $40,750 |
| 2 | $28,000 | Upward (+) | 1 | $10,500 | $10,500 | $38,500 |
| 3 | $45,893 | Downward (-) | -1 | $10,500 | ($10,500) | $35,393 |
| 4 | $50,000 | Downward (-) | -1 | $10,500 | ($10,500) | $39,500 |
| | | | | | **Low** | $35,393 |
| | | | | | **High** | $40,750 |
| | | | | | **Mean** | $38,536 |
| | | | | | **Median** | $39,000 |

**Conclusion:**

The process of Converting Qualitative analysis to Quantitative analysis, forces the appraiser to consider the magnitude of incremental differences associated with the qualitative adjustment process. The technique also provides a tool that is useful in analyses of mathematically small sample sizes. The reliability and credibility of the analysis is directly related to the appraiser's professional judgment and analysis of forces within the marketplace. Application of an incremental scale provides a technique that addresses consistency of qualitative adjustments. This adjustment technique provides the appraiser an opportunity to demonstrate the logic and thought processes used in the analysis.

The adjusted values indicate a low of $35,393 per unit and a high of $40,750 per unit. The mean is $38,536 per unit and the median is $39,000 per unit.

It is determined that a per unit price of $38,000 will be used to reconcile the Sales Comparable Approach to value, which is fully supported by the research, analysis and data above.

## SALES COMPARISON APPROACH CONCLUSION/VALUE

The quality and quantity of the comparable sales data is rated Good. All sales have been analyzed as they compare to the subject property and all elements of comparison have been considered. The estimated adjustment to the sales data result in an adjusted sales price per unit range between $ 35,393 and $ 40,750 with an average sales price per unit. of $ 38,536.  After careful consideration, it is my opinion that the subject property has a supportable per unit value of $38,000.

Therefore:

50 units   X   $ 38,000 = $ 1,900,000

**ESTIMATED VALUE VIA THE SALES COMPARISON APPROACH =**

**ONE MILLION NINE HUNDRED THOUSAND DOLLARS**

**$ 1,900,000**

145 Sission Avenue, Hartford   BR130249

# INCOME APPROACH

A request was made for current leases for the subject property, none were provided.  However a summary of the rental income was made available. The rental summary provided indicates a current, as of December 2022, Actual Gross Income of $52,319 and a Potential Gross Income of $60,900. No expenses were provided.

**Conclusion:** The summary rental analysis below was provided as a rental income summary.  No leases were provided, and no expense reports were provided.  It is determined that the information provided relative to the rental income of the subject is inadequate due to the age of the information and the vagueness of the information, and therefore deemed unreliable to determine the current Net Operating Income. The appraiser is unable to determine the actual lease values, the current vacancy rate and the actual expenses relative to the subject property. Given this uncertainty as to income and expenses it would be unrealistic to determine an accurate Income Approach to Value, therefore no Income Approach to Value will be developed for this report.

## Rent Roll Analysis
**Property: Sisson Apartments**
*As of 12/31/22*

| Unit | Tenant Name | Unit Type | Sq Ft | Market | Rent | Vacancy | Misc |
|------|-------------|-----------|-------|--------|------|---------|------|
| 145-A1 | Malave, Pedro | 145 1A | 0 | 1,125.00 | 750.00 | 0.00 | 0.00 |
| 145-A2 | Miguel *, Rosie | 145 1A | 0 | 1,125.00 | 731.00 | 0.00 | 0.00 |
| 145-A3 | Rosa, Miguel | 145 1A | 0 | 1,125.00 | 1,125.00 | 0.00 | -775.00 |
| 145-A4 | Alvarado *, Evelyn | 145 1A | 0 | 1,125.00 | 825.00 | 0.00 | 0.00 |
| 145-A5 | Ivette Hill, Rose | 145 2A | 0 | 1,275.00 | 850.00 | 0.00 | 0.00 |
| 145-A6 | Perry, Shyreshia | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-A7 | Miledge *, Kenneth | 145 2A | 0 | 1,275.00 | 950.00 | 0.00 | 0.00 |
| 145-A8 | Arouna, Kelly | 145 2A | 0 | 1,275.00 | 725.00 | 0.00 | 0.00 |
| 145-A9 | Parker, Yolonda | 145 2A | 0 | 1,275.00 | 0.00 | 0.00 | 0.00 |
| 145-A10 | Samuels, Sada | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 35.00 |
| 145-A11 | Waring, Willie | 145 2A | 0 | 1,275.00 | 1,250.00 | 0.00 | 0.00 |
| 145-A12 | Guzman, Raymond | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-A13 | <VACANT> | 145 1A | 0 | 1,125.00 | 1,125.00 | 1,125.00 | 0.00 |
| 145-A14 | <VACANT> | 145 1A | 0 | 1,125.00 | 1,125.00 | 1,125.00 | 0.00 |
| 145-AA1 | Howey, Jordan | 145 2A | 0 | 1,225.00 | 1,225.00 | 0.00 | 0.00 |
| 145-AA2 | Collazo, Julisabel | 145 2A | 0 | 1,225.00 | 1,225.00 | 0.00 | 0.00 |
| 145-AA3 | Wadood, Jaleel | 145 2A | 0 | 1,225.00 | 1,125.00 | 0.00 | 0.00 |
| 145-AA4 | Ducant*, Aleena | 145 2A | 0 | 1,225.00 | 1,175.00 | 0.00 | 0.00 |
| 145-AA5 | White, Hector | 145 2A | 0 | 1,225.00 | 1,175.00 | 0.00 | 0.00 |
| 145-AA6 | Vega, Gladys | 145 2A | 0 | 1,225.00 | 1,275.00 | 0.00 | 0.00 |
| 145-AA7 | Garner, Ray | 145 1A | 0 | 1,125.00 | 650.00 | 0.00 | 0.00 |
| 145-AA8 | Villanueva, Carlos | 145 1A | 0 | 1,125.00 | 725.00 | 0.00 | 0.00 |
| 145-B1 | White, Thomas | 145 2A | 0 | 1,275.00 | 1,125.00 | 0.00 | 0.00 |
| 145-B2 | Valle, William | 145 1A | 0 | 1,125.00 | 1,300.00 | 0.00 | 0.00 |
| 145-B3 | Maldonado *, Ana | 145 1A | 0 | 1,125.00 | 1,094.00 | 0.00 | 0.00 |
| 145-B4 | <VACANT> | 145 2A | 0 | 1,275.00 | 1,275.00 | 1,275.00 | 0.00 |
| 145-B5 | Saint Jean, Ghentjve | 145 2A | 0 | 1,275.00 | 0.00 | 0.00 | 0.00 |
| 145-B6 | Perez, Veronica | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-B7 | Sims, Alivia | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-B8 | Marshall, Lexus | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-B9 | Galarza, Francheska | 145 2A | 0 | 1,275.00 | 1,325.00 | 0.00 | 0.00 |
| 145-B10 | Heaven, Josian | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-B11 | <VACANT> | 145 2A | 0 | 1,275.00 | 1,275.00 | 1,275.00 | 0.00 |
| 145-B12 | Noyes, Valery | 145 2A | 0 | 1,275.00 | 938.00 | 0.00 | 0.00 |
| 145-B13 | Mooy, Raoan | 145 1A | 0 | 1,125.00 | 1,125.00 | 0.00 | 0.00 |
| 145-B14 | Liberto, James | 145 1A | 0 | 1,125.00 | 1,125.00 | 0.00 | 0.00 |
| 145-C1 | Ndaylsenge, Eloi | 145 1A | 0 | 1,125.00 | 0.00 | 0.00 | 0.00 |
| 145-C2 | <VACANT> | 145 2A | 0 | 1,275.00 | 1,275.00 | 1,275.00 | 0.00 |
| 145-C3 | <VACANT> | 145 1A | 0 | 1,125.00 | 1,125.00 | 1,125.00 | 0.00 |
| 145-C4 | <VACANT> | 145 2A | 0 | 1,125.00 | 1,125.00 | 1,125.00 | 0.00 |
| 145-C5 | Walters *, Arteourt | 145 2A | 0 | 1,275.00 | 830.00 | 0.00 | 0.00 |
| 145-C6 | Djamal, Koriko | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-C7 | <VACANT> | 145 2A | 0 | 1,275.00 | 1,275.00 | 1,275.00 | 0.00 |
| 145-C8 | <VACANT> | 145 2A | 0 | 1,275.00 | 1,275.00 | 1,275.00 | 0.00 |
| 145-C9 | <VACANT> | 145 2A | 0 | 1,275.00 | 1,275.00 | 1,275.00 | 0.00 |
| 145-C10 | Delucca, Sahhia | 145 2A | 0 | 1,275.00 | 850.00 | 0.00 | 0.00 |
| 145-C11 | Anderson, Christopher | 145 2A | 0 | 1,275.00 | 750.00 | 0.00 | 0.00 |
| 145-C12 | Thompson, Chanel | 145 2A | 0 | 1,275.00 | 1,275.00 | 0.00 | 0.00 |
| 145-C13 | <VACANT> | 145 1A | 0 | 1,125.00 | 1,125.00 | 1,125.00 | 0.00 |
| 145-C14 | Sieow, Swee Hong Justin | 145 1A | 0 | 1,125.00 | 1,125.00 | 0.00 | 0.00 |
| | | | 0 | 60,900.00 | 52,319.00 | 13,275.00 | -740.00 |

145 Sisson Avenue, Hartford   BR130249

## CORRELATION AND FINAL VALUE CONCLUSION

**Cost Approach**                                        $ N/A
**Income Approach**                                      $ N/A
**Sales Comparison Approach**                            $ 1,900,000

The *Direct Sales Comparison Approach* was developed in this report. This approach reflects the action of buyers and sellers in the market place and is also considered to be a reliable method of valuing investment real estate. This approach is most reliable when comparable sales data exists.

The *Income Approach* is considered to be a reliable and realistic method of valuation inasmuch as it directly reflects the individual income producing capabilities of the subject.

The *Cost Approach* was considered but was concluded to not be applicable. This approach was not developed due to current market conditions that indicate the value of existing properties is less than the cost to construct comparable properties.

Predicated upon information set forth in this appraisal, together with my judgment and experience, it is my opinion that the subject property has an indicated Fee Simple market value on November 9, 2023, of:

### ONE MILLION NINE HUNDRED THOUSAND DOLLARS

### $ 1,900,000

Charles A. Liberti, GAA
CT. Certified General Appraiser
License # RCG.0000647
Expiration date: 04/30/2024
Date of Signature: 11/14/2023

Joseph D. Nardini
CT Certified Residential Appraiser
License # RCR 0000377
Expiration date: 04/30/2024
Date of Signature: 11/14/2023

**AN EXTRAORDINARY ASSUMPTION** is being used in the development of this appraisal. This report was developed from an exterior inspection only. The extraordinary assumption is that the interior of the subject property is in the same condition as the exterior, below average. If this extraordinary assumption is found to be false it could alter the analysis and conclusions found in this report.

## CONTINGENT AND LIMITING CONDITIONS

The certification of the appraiser appearing in the appraisal report is subject to the following limiting conditions.

1.      The appraiser assumes no responsibility for matters of a legal nature affecting the property appraised or the title thereto, nor does the appraiser render any opinion as to the title, which is assumed to be good and marketable. The property is appraised as though under responsible ownership. All existing liens and encumbrances have been disregarded and the property is appraised as though free and clear, unless otherwise specified.

2.      The maps, plats, and exhibits included in this report are for illustration only to help the reader visualize the property. They should not be considered as surveys or relied upon for any other purpose. No appraiser responsibility is assumed in connection therewith.

3.      It is assumed, unless specifically disclosed, that there are no structural defects hidden by floor or wall coverings or any other hidden or unapparent conditions of the property; that all mechanical equipment and appliances are in good working condition; and that all electrical components and the roofing are in good condition. If the client has any questions regarding these items, it is the client's responsibility to order the appropriate inspections. The appraiser does not have the skill or expertise needed to make such inspections. The appraiser assumes no responsibility for these items.

4.      No soil borings or analysis has been made of the subject. It is assumed that soil conditions are adequate to support standard construction consistent with the highest and best use as stated in this report.

5.      It is assumed that all required licenses, consents, or other legislative or administrative authority from any local, state, or national government or private entity or organization have been or can be obtained or renewed for any use on which the noncompliance is stated and considered in this report.

6.      When the Discounted Cash Flow Analysis is utilized, it is prepared on the basis of information and assumptions stipulated in this report. The achievement of any financial projections will be affected by fluctuating economic conditions and is dependent upon the occurrence of other future events that cannot be assured. Therefore, the actual results achieved may well vary from the projections and such variations may be material.

## <u>CONTINGENT AND LIMITED CONDITIONS - CONTINUED</u>

7.      The appraiser is not required to give testimony or appear in court because of having made the appraisal with reference to the property in question, unless arrangements have been previously made therefore.

8.      Any distribution of the valuation in the report between land and improvements applies only under the existing program of utilization. The separate valuations for land and building must not be used in conjunction with any other appraisal and are invalid if so used.

9.      Information, estimates, and opinions furnished to the appraiser, and contained in the report, were obtained from sources considered reliable and believed to be true and correct. However, the appraiser can assume no responsibility for accuracy of such items furnished the appraiser.

10.      Disclosure of the contents of the appraisal report is governed by the Bylaws and Regulations of the professional appraisal organization with which the appraiser is affiliated.

11.      Neither all, nor any part of the report, or copy thereof (including conclusions as to the property value, the identity of the appraiser, professional designations, reference to any professional appraisal organizations, or the firm with which the appraiser is connected), shall be used for any purposes by anyone but the client specified in the report, the borrower if appraisal fee paid by the same, the mortgagee or its successors and assigns, mortgage insurers, consultants, professional appraisal organizations, any state or federally approved financial institution, any department, agency, or instrumentality of the United States or any state or the District of Columbia, without the previous written consent and approval of the appraiser.

12.      On all appraisals of property under construction or renovation, the appraisal report and value conclusion are contingent upon satisfactory completion of the improvements in a workmanlike manner.

13.      The individual values estimated for the various components of the subject property are valid only when taken in the context of this report and are invalid if considered individually or as components in connection with any other appraisal.

14.      The date of value to which the opinions expressed in this report is set forth in a letter of transmittal. The appraiser assumes no responsibility for economic or physical factors occurring at some later date that may affect the opinions herein stated.

145 Sission Avenue, Hartford   BRI30249

## CONTINGENT AND LIMITING CONDITIONS - CONTINUED

15.     If this report is used within a credit sale-leaseback-type transaction, or the offering structure of a syndicate or syndication partnership, joint venture, or association, it is to be noted that the market value estimate rendered is restricted exclusively to the underlying real property rights defined in this report. No consideration whatsoever is given to the value of any partnership units or interest(s), broker or dealer selling commissions, general partners' acquisition fees, operating deficit reserves, offering expenses, atypical financing, and other similar considerations.

16.     My value estimate presumes that all benefits, terms, and conditions have been disclosed in any lease agreements, and I have been fully informed of any additional considerations (i.e., front-end cash payments, additional leasehold improvement contributions, space buybacks, free rent, equity options).

17.     This appraisal was prepared for the confidential use of the client for the purpose specified and must not be used in any other manner without the written consent of the appraiser. The report and the data herein contained, except that provided by the client, remain the exclusive property of Blue Ribbon Appraisals, LLC.

18.     This appraisal report includes sufficient information to indicate that the appraiser complies with the requirements of Standards Rule 1 of USPAP, including the requirements governing any permitted departures from the appraisal guidelines.

19.     **AN EXTRAORDINARY ASSUMPTION** is being used in the development of this appraisal. This report was developed from an exterior inspection only. The extraordinary assumption is that the interior of the subject property is in the same condition as the exterior, below average. If this extraordinary assumption is found to be false it could alter the analysis and conclusions found in this report.

## CRITICAL ASSUMPTIONS AND LIMITING CONDITIONS

The value estimate in this appraisal report is subject to the following critical assumption(s) and limiting condition(s), in addition to the standard Assumptions and Limiting Conditions herein.

This appraisal is predicated on the assumption that hazardous substances do not exist at the subject property. Hazardous substances cover any material within, around, or near a property that may have a negative effect on its value, including, without limitation, hazards that may be contained within the property, such as friable asbestos, and external hazards, such as toxic waste or contaminated ground water. No apparent evidence of contamination or potentially hazardous materials are observed on the date of inspection. The appraiser, however, is not qualified to determine the existence of, nor do I make any certification as the presence or absence of, any hazardous substances. No responsibility is assumed for any such conditions, nor for any expertise or engineering knowledge required to discover them.

**ADA:** I have not made a specific compliance survey and analysis of this property to determine whether or not it is in conformity with the various detailed requirements of the Americans with Disabilities Act (ADA), nor have I considered possible compliance with the requirements of ADA in estimating the value of the property.

# ADDENDUM

## LEGAL DESCRIPTION

### SCHEDULE A

A certain piece or parcel of land with the improvements thereon known as No. 145 Sisson Avenue situated in the City of Hartford in said County and being more particularly bounded and described as follows:

Beginning at a point in the westerly line of Sisson Avenue at the southeasterly corner of land now or formerly of John H. Scoville et al, Trustees; thence running westerly in a line forming a 90 degree angle with the westerly line of Sisson Avenue along land now or formerly of John H. Scoville et al, Trustees, One hundred fifty (150) feet to a point; thence running northerly in a line forming an interior angle of 270 degree with the last described line along land now or formerly of John H. Scoville et al, Trustees, Ten (10) feet to a point; thence running westerly in a line forming an interior angle of 88 degree 15' 25" with the last described line along land now or formerly of John H. Scoville et al, Trustees, land now or formerly of Tillie Book et al, land now or formerly of Paul E. Condon et al, and land now or formerly of Marie V. Rosengren, partly along each, in all One hundred twenty-one and two-tenths (121.2) feet to a point; thence running southerly in a line forming an interior angle of 90 degrees 14' 25" with the last described line along land now or formerly of Albert Maucci et al, land now or formerly of Joseph Barile, land now or formerly of Raymond Boulanger et al, land now or formerly of Orin M. Kerey et al, land now or formerly of Antonio Pezendes et al and land now or formerly of Francisco O. Vincelett et al partly along each, in all, Two hundred sixty-six and twelve one hundredths (266.12) feet; thence running easterly in a line forming an interior angle of 93 degree 19' 09" with the last described line along West Boulevard, Fifty (50) feet to a point; thence running northerly in a line forming an interior angle of 88 degree 10' with the last described line along land now or formerly of the State of Connecticut, Sixty-Eight (68) feet to a point; thence running easterly in a line forming an interior angle of 271 degrees 50' with the last described line along land now or formerly of the State of Connecticut, Seventy-four and thirty-eight one-hundredths (74.38) feet to a point; thence running northerly in a line forming an interior angle of 88 degree 10' with the last described line along land now or formerly of Kevin J. Mahoney et al, Thirty-five (35) feet to a point; thence running easterly in a line forming an interior angle of 271 degree 50' with the last described line, along land now or formerly of Kevin J. Mahoney et al, One hundred forty (140) feet to a point; thence running northerly in a line forming an interior angle of 88 degree 10' with the last described line along the westerly line of Sisson Avenue, One hundred and fourteen one-hundredths (100.14) feet to a point, thence running westerly in a line forming an interior angle of 90 degree with the last described line along land now or formerly of Sarah Horan, One hundred forty(140) feet to a point; thence running northerly in a line forming an interior angle of 270 degree with the last described line along land now or formerly of Sarah Horan, fifty (50) feet to a point; thence running easterly in a line forming an interior angle of 270 degree with the last described line along land now or formerly of said Sarah Horan, One hundred forty (140) feet to a point; thence running northerly along the westerly line of Sisson Avenue, fifteen (15) feet to the point or place of beginning.

LESS AND EXCEPTING THEREFROM:
Premises situated in the Town of Hartford, County of Hartford and State of Connecticut, on the northerly side of Present State Road 503, West Boulevard, and bounded:

SOUTHERLY- by Present State Road 503, West Boulevard, 50 feet;
WESTERLY-by land now or formerly of Francis Omer Vincelett et al, 13 feet, more or less;
NORTHERLY- by owners' remaining land, 50 feet, more or less, by a line designated as "Taking Line", as shown on the map hereinafter referred to;
EASTERLY-by land of the State of Connecticut, 18 feet, more or less.

And said parcel contains 0.02 of an acre, more or less, together with all appurtenances, all of which more particularly appears on a map attached hereto herein before and hereinafter referred to entitled: "City of Hartford, Map Showing Land Acquired from Jack L. Rosenblit et al by The State of Connecticut, State Road 503, Scale I" = 40', Feb. 1973, George S. Koch, Deputy Transportation Commissioner- Bureau of Highways." (63-212-1)

145 Sission Avenue, Hartford   BR130249

# FIELD CARDS ALL UNITS

## General Property Data

(First unit — text illegible)

## Current Property Assessment

## Building Description

## Legal Description

## Narrative Description of Property

## Property Images

---

## General Property Data

(Second unit — text illegible)

## Current Property Assessment

## Building Description

## Legal Description

## Narrative Description of Property

## Property Images

---

## General Property Data

Parcel ID 135-350-257
Prior Parcel ID
Property Owner PAXE SISSON CT LIMITED PARTNERSHIP

Mailing Address 139 OCEAN AVE

City LAKEWOOD
Mailing State NJ          Zip 08701
ParcelZoning NX-2

Account Number

Property Location 145 SISSON AVE, Unit AA3
Property Use CONDO CONV APT
Most Recent Sale Date 5/10/2021
Legal Reference 07760-0024
Grantor 145 SISSON AVENUE HARTFORD LLC
Sale Price 3,000,000
Land Area 0.000 acres

## Current Property Assessment

| Card 1 Value | Building Value $7,540 | Xtra Features Value 0 | Land Value 0 | Total Value $7,540 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1969 , having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | | |
|---|---|---|
| Parcel ID  129-393-258 | | Account Number |
| Prior Parcel ID | | Property Location 145 SISSON AVE  Unit AA4 |
| Property Owner  PAKE S SISON CT LIMITED PARTNERSHIP | | Property Use CONDO CONV APT |
| | | Most Recent Sale Date 5/18/2015 |
| Mailing Address 128 OCEAN AVE | | Legal Reference 5770/0258 |
| | | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | | Sale Price 1,090,909 |
| Mailing State NJ | Zip 08701 | Land Area 0.272 acres |
| Parcel/Zoning NX-2 | | |

### Current Property Assessment

| Card 1 Value | Building Value 57,543 | Xtra Features Value 0 | Land Value 0 | Total Value 57,543 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1925 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.272 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1925, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

| | | |
|---|---|---|
| Parcel ID  129-393-233 | | Account Number |
| Prior Parcel ID | | Property Location 145 SISSON AVE  Unit AA2 |
| Property Owner  PAKE S SISON CT LIMITED PARTNERSHIP | | Property Use CONDO CONV APT |
| | | Most Recent Sale Date 5/18/2015 |
| Mailing Address 128 OCEAN AVE | | Legal Reference 5770/0258 |
| | | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | | Sale Price 1,090,909 |
| Mailing State NJ | Zip 08701 | Land Area 0.091 acres |
| Parcel/Zoning NX-2 | | |

### Current Property Assessment

| Card 1 Value | Building Value 57,543 | Xtra Features Value 0 | Land Value 0 | Total Value 57,543 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1925 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.091 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1925, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

| | | |
|---|---|---|
| Parcel ID  129-393-222 | | Account Number |
| Prior Parcel ID | | Property Location 145 SISSON AVE  Unit AA6 |
| Property Owner  PAKE S SISON CT LIMITED PARTNERSHIP | | Property Use CONDO CONV APT |
| | | Most Recent Sale Date 5/18/2015 |
| Mailing Address 128 OCEAN AVE | | Legal Reference 5770/0258 |
| | | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | | Sale Price 1,090,909 |
| Mailing State NJ | Zip 08701 | Land Area 0.091 acres |
| Parcel/Zoning NX-2 | | |

### Current Property Assessment

| Card 1 Value | Building Value 57,543 | Xtra Features Value 0 | Land Value 0 | Total Value 57,543 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1925 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.091 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1925, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

145 Sission Avenue, Hartford   BR130249

### General Property Data

| | |
|---|---|
| Parcel ID   129-280-011 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit A41 |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2021 |
| Mailing Address 139 OCEAN AVE | Legal Reference 07730-0016 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip 08701 | Sale Price 3,000,000 |
| Parcel/Zoning NX-2 | Land Area 0.000 acres |

### Current Property Assessment

| Card 1 Value | Building Value 22,670 | Xtra Features Value 0 | Land Value 0 | Total Value 22,670 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type CORONATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor CORONATION |
| Year Built 1959 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Features 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1959, having N/A exterior and Tar & Gravel roof cover, with 1 residential unit(s). 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



---

### General Property Data

| | |
|---|---|
| Parcel ID   129-280-012 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit A42 |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2021 |
| Mailing Address 139 OCEAN AVE | Legal Reference 07730-0016 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip 08701 | Sale Price 3,000,000 |
| Parcel/Zoning NX-2 | Land Area 0.000 acres |

### Current Property Assessment

| Card 1 Value | Building Value 21,470 | Xtra Features Value 0 | Land Value 0 | Total Value 21,470 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type CORONATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor CORONATION |
| Year Built 1959 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Features 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1959, having N/A exterior and Tar & Gravel roof cover, with 1 residential unit(s). 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



---

### General Property Data

| | |
|---|---|
| Parcel ID   129-280-013 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit A43 |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2021 |
| Mailing Address 139 OCEAN AVE | Legal Reference 07730-0016 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip 08701 | Sale Price 3,000,000 |
| Parcel/Zoning NX-2 | Land Area 0.000 acres |

### Current Property Assessment

| Card 1 Value | Building Value 22,670 | Xtra Features Value 0 | Land Value 0 | Total Value 22,670 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type CORONATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor CORONATION |
| Year Built 1959 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Features 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1959, having N/A exterior and Tar & Gravel roof cover, with 1 residential unit(s). 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

## General Property Data

| | |
|---|---|
| Parcel ID  130-260-266 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE Unit A2 |
| | Property Use CONDO CONV APT |
| Mailing Address 120 OCEAN AVE | Most Recent Sale Date 3/10/2021 |
| | Legal Reference 9770-0326 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State NJ            Zip 00751 | Sale Price $100,900 |
| Parcel/Zoning NV-Z | Land Area 0.00 acres |

### Current Property Assessment

| Card 1 Value | Building Value 33,970 | Xtra Features Value 0 | Land Value 0 | Total Value 33,970 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1909 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1909, having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s). 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  130-260-476 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE Unit A1 |
| | Property Use CONDO CONV APT |
| Mailing Address 120 OCEAN AVE | Most Recent Sale Date 3/10/2021 |
| | Legal Reference 9770-0326 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State NJ            Zip 00751 | Sale Price $100,900 |
| Parcel/Zoning NV-Z | Land Area 0.00 acres |

### Current Property Assessment

| Card 1 Value | Building Value 33,970 | Xtra Features Value 0 | Land Value 0 | Total Value 33,970 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1909 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1909, having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s). 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  130-260-266 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE Unit A4 |
| | Property Use CONDO CONV APT |
| Mailing Address 120 OCEAN AVE | Most Recent Sale Date 3/10/2021 |
| | Legal Reference 9770-0326 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State NJ            Zip 00751 | Sale Price $100,900 |
| Parcel/Zoning NV-Z | Land Area 0.00 acres |

### Current Property Assessment

| Card 1 Value | Building Value 33,970 | Xtra Features Value 0 | Land Value 0 | Total Value 33,970 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1909 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1909, having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s). 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

## General Property Data

| | |
|---|---|
| Parcel ID  135-285-207 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit A5 |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/16/2021 |
| Mailing Address 129 OCEAN AVE | Legal Reference 07750-0004 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State NJ          Zip 08701 | Sale Price 3,000,000 |
| Parcel/Zoning M4-2 | Land Area 0.061 acres |

## Current Property Assessment

| Card 1 Value | Building Value AD 950 | Xtra Features Value 0 | Land Value 0 | Total Value AD,850 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type CONDFNATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor CONDFNATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot/Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N.A. | Siding N.A. | Air Conditioning 0% |
| Finished Area (SF) N.A. | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 1/4 Baths 1 | # of 1/2 Baths 1 | # of Other Fixtures 1 |

## Legal Description

## Narrative Description of Property

This property contains 0.061 acres of land mainly classard as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-285-208 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit A6 |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/16/2021 |
| Mailing Address 129 OCEAN AVE | Legal Reference 07750-0004 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State NJ          Zip 08701 | Sale Price 3,000,000 |
| Parcel/Zoning M4-2 | Land Area 0.061 acres |

## Current Property Assessment

| Card 1 Value | Building Value 37,540 | Xtra Features Value 0 | Land Value 0 | Total Value 37,540 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type CONDFNATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor CONDFNATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot/Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N.A. | Siding N.A. | Air Conditioning 0% |
| Finished Area (SF) N.A. | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 1/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.061 acres of land mainly classard as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-285-209 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit A7 |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/16/2021 |
| Mailing Address 129 OCEAN AVE | Legal Reference 07750-0004 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State NJ          Zip 08701 | Sale Price 3,000,000 |
| Parcel/Zoning M4-2 | Land Area 0.061 acres |

## Current Property Assessment

| Card 1 Value | Building Value AD,950 | Xtra Features Value 0 | Land Value 0 | Total Value AD,950 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type CONDFNATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor CONDFNATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot/Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N.A. | Siding N.A. | Air Conditioning 0% |
| Finished Area (SF) N.A. | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 1/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.061 acres of land mainly classard as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images

## General Property Data

| | |
|---|---|
| Parcel ID  128-284-273 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE, U-H-I-K2 |
| | Property Use CONDO CONV APT |
| Mailing Address 135 OCEAN AVE | Most Recent Sale Date 9-16-2024 |
| | Legal Reference 07156-0034 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip 89764 | Sale Price 2,000,000 |
| Parcel/Zoning MX-2 | Land Area 0.000 acres |

## Current Property Assessment

| Card # Value | Building Value 29,550 | Xtra Features Value 0 | Land Value 0 | Total Value 49,550 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 5 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with an/d Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  128-284-274 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE, U-H-I-K3 |
| | Property Use CONDO CONV APT |
| Mailing Address 135 OCEAN AVE | Most Recent Sale Date 9-16-2024 |
| | Legal Reference 07156-0034 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip 08701 | Sale Price 2,000,000 |
| Parcel/Zoning MX-2 | Land Area 0.000 acres |

## Current Property Assessment

| Card # Value | Building Value 57,540 | Xtra Features Value 0 | Land Value 0 | Total Value 57,540 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 5 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with an/d Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  128-284-275 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE, U-H-I-K4 |
| | Property Use CONDO CONV APT |
| Mailing Address 135 OCEAN AVE | Most Recent Sale Date 9-16-2024 |
| | Legal Reference 07156-0034 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip 08701 | Sale Price 2,000,000 |
| Parcel/Zoning MX-2 | Land Area 0.000 acres |

## Current Property Assessment

| Card # Value | Building Value 57,540 | Xtra Features Value 0 | Land Value 0 | Total Value 57,540 |
|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 5 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with an/d Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



55                                        145 Sisson Avenue, Hartford    BR130249

## General Property Data

Parcel ID   129/263-371
Prior Parcel Id
Property Owner   PARE SISSON CT LIMITED PARTNERSHIP

Mailing Address 139 OCEAN AVE

City LAKEWOOD
Mailing State  NJ                    Zip 03731
Parcel/Zoning NX-2

Account Number
Property Location 545 SISSON AVE, Unit #11
Property Use CONDO CONV APT
Most Record Sale Date 5/19/2023
Legal Reference 07751-0356
Grantor 545 SISSON AVENUE HARTFORD LLC
Sale Price 3,000,000
Land Area 0.000 acres

### Current Property Assessment

Card # Value        Building Value 57,540        Xtra Features Value 0        Land Value 0        Total Value 57,540

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 1 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s). It rooms(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

Parcel ID   129/263-374
Prior Parcel Id
Property Owner   PARE SISSON CT LIMITED PARTNERSHIP

Mailing Address 139 OCEAN AVE

City LAKEWOOD
Mailing State  NJ                    Zip 03731
Parcel/Zoning NX-2

Account Number
Property Location 545 SISSON AVE, Unit #A12
Property Use CONDO CONV APT
Most Record Sale Date 5/19/2023
Legal Reference 07751-0356
Grantor 545 SISSON AVENUE HARTFORD LLC
Sale Price 3,000,000
Land Area 0.000 acres

### Current Property Assessment

Card # Value        Building Value 57,540        Xtra Features Value 0        Land Value 0        Total Value 57,540

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 1 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s). 4 rooms(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

Parcel ID   129/263-375
Prior Parcel Id
Property Owner   PARE SISSON CT LIMITED PARTNERSHIP

Mailing Address 139 OCEAN AVE

City LAKEWOOD
Mailing State  NJ                    Zip 03731
Parcel/Zoning NX-2

Account Number
Property Location 545 SISSON AVE, Unit #A13
Property Use CONDO CONV APT
Most Record Sale Date 5/19/2023
Legal Reference 07751-0356
Grantor 545 SISSON AVENUE HARTFORD LLC
Sale Price 3,000,000
Land Area 0.000 acres

### Current Property Assessment

Card # Value        Building Value 52,640        Xtra Features Value 0        Land Value 0        Total Value 52,640

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s). 2 rooms(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

## General Property Data

| | |
|---|---|
| Parcel ID  105-288-276 | Account Number |
| Prior Parcel ID | Property Location 143 SISSON AVE, Unit 01A |
| Property Owner  PIKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5.16.2021 |
| Mailing Address 135 OCEAN AVE | Legal Reference 8770-0004 |
| City LAKEWOOD | Grantor 143 SISSON AVENUE→HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,002,093 |
| Parcel/Zoning NX-2            Zip 08701 | Land Area 9.590 acres |

### Current Property Assessment

| Card 1 Value | Building Value 52,545 | Xtra Features Value 0 | Land Value 0 | | Total Value 52,545 |
|---|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 1 | | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 9.503 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building  built about 1969  having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s). 1 bedroom(s). 1 bath(s). 0 half bath(s).

### Property Images

---

## General Property Data

| | |
|---|---|
| Parcel ID  105-288-277 | Account Number |
| Prior Parcel ID | Property Location 143 SISSON AVE, Unit 01B1 |
| Property Owner  PIKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5.16.2021 |
| Mailing Address 135 OCEAN AVE | Legal Reference 8770-0004 |
| City LAKEWOOD | Grantor 143 SISSON AVENUE→HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,002,093 |
| Parcel/Zoning NX-2            Zip 08701 | Land Area 9.590 acres |

### Current Property Assessment

| Card 1 Value | Building Value 52,545 | Xtra Features Value 0 | Land Value 0 | | Total Value 52,545 |
|---|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 1 | | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 9.503 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building  built about 1969  having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s). 1 bedroom(s). 1 bath(s). 0 half bath(s).

### Property Images

---

## General Property Data

| | |
|---|---|
| Parcel ID  105-288-278 | Account Number |
| Prior Parcel ID | Property Location 143 SISSON AVE, Unit 02 |
| Property Owner  PIKE SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5.16.2021 |
| Mailing Address 135 OCEAN AVE | Legal Reference 8770-0004 |
| City LAKEWOOD | Grantor 143 SISSON AVENUE→HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,002,093 |
| Parcel/Zoning NX-2            Zip 08701 | Land Area 0.000 acres |

### Current Property Assessment

| Card 1 Value | Building Value 37,542 | Xtra Features Value 0 | Land Value 0 | | Total Value 37,542 |
|---|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 9.503 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building  built about 1969  having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s). 2 bedroom(s). 1 bath(s). 0 half bath(s).

### Property Images

## General Property Data

| | |
|---|---|
| Parcel ID  135-D9-273 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSCW CT LIMITED PARTNERSHIP | Property Location 141 S SSON AVE  Unit B1 |
| | Property Use CONDO CONV APT |
| Mailing Address 139 OCEAN AVE | Most Recent Sale Date 6-19-2021 |
| | Legal Reference 37736-0034 |
| City LAKEWOOD | Grantor 141 S SSON AVENUE HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,500,000 |
| Zip 09791 | Land Area 0.000 acres |
| Parcel/Zoning MX-2 | |

## Current Property Assessment

| Card 1 Value | Building Value 38,640 | Xtra Features Value 0 | Land Value 0 | Total Value 38,640 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 3 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-D9-203 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSCW CT LIMITED PARTNERSHIP | Property Location 141 S SSON AVE  Unit G4 |
| | Property Use CONDO CONV APT |
| Mailing Address 139 OCEAN AVE | Most Recent Sale Date 6-19-2021 |
| | Legal Reference 37736-0034 |
| City LAKEWOOD | Grantor 141 S SSON AVENUE HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,500,000 |
| Zip 09791 | Land Area 0.000 acres |
| Parcel/Zoning MX-2 | |

## Current Property Assessment

| Card 1 Value | Building Value 38,640 | Xtra Features Value 0 | Land Value 0 | Total Value 38,640 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 3 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-D9-229 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE S SSCW CT LIMITED PARTNERSHIP | Property Location 141 S SSON AVE  Unit B6 |
| | Property Use CONDO CONV APT |
| Mailing Address 139 OCEAN AVE | Most Recent Sale Date 6-19-2021 |
| | Legal Reference 37736-0034 |
| City LAKEWOOD | Grantor 141 S SSON AVENUE HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,500,000 |
| Zip 09791 | Land Area 0.000 acres |
| Parcel/Zoning MX-2 | |

## Current Property Assessment

| Card 1 Value | Building Value 57,530 | Xtra Features Value 0 | Land Value 0 | Total Value 57,530 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images

145 Sission Avenue, Hartford   BR130249

## General Property Data

| | |
|---|---|
| Parcel ID  135-359-202 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit B1 |
| Property Owner  PARC SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| Mailing Address 106 OCEAN AVE | Most Recent Sale Date 6-18-2015 |
| City LAKEWOOD | Legal Reference 0755-0319 |
| Mailing State  NJ | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Parcel/Zoning NX-2 | Zip 08701 | Sale Price $500,000 |
| | Land Area 0.357 acres |

## Current Property Assessment

| Card 1 Value | Building Value 37,541 | Xtra Features Value 1 | Land Value 1 | Total Value 37,540 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1968 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.357 acres of land mainly classified as CONDO CONV APT with with Condo Flat style building, built about 1968  having W/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-359-203 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit B7 |
| Property Owner  PARC SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| Mailing Address 106 OCEAN AVE | Most Recent Sale Date 6-18-2015 |
| City LAKEWOOD | Legal Reference 0755-0319 |
| Mailing State  NJ | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Parcel/Zoning NX-2 | Zip 08701 | Sale Price $500,000 |
| | Land Area 0.357 acres |

## Current Property Assessment

| Card 1 Value | Building Value 37,541 | Xtra Features Value 1 | Land Value 1 | Total Value 37,540 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1968 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.357 acres of land mainly classified as CONDO CONV APT with with Condo Flat style building, built about 1968  having W/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-359-204 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, Unit B8 |
| Property Owner  PARC SISSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| Mailing Address 106 OCEAN AVE | Most Recent Sale Date 6-18-2015 |
| City LAKEWOOD | Legal Reference 0755-0319 |
| Mailing State  NJ | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Parcel/Zoning NX-2 | Zip 08701 | Sale Price $500,000 |
| | Land Area 0.357 acres |

## Current Property Assessment

| Card 1 Value | Building Value 37,541 | Xtra Features Value 1 | Land Value 1 | Total Value 37,540 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1968 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 4 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.357 acres of land mainly classified as CONDO CONV APT with with Condo Flat style building, built about 1968  having W/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images

145 Sission Avenue, Hartford   BR130249

## General Property Data

Parcel ID  135-283-205
Prior Parcel ID
Property Owner  PARC SISSON CT LIMITED PARTNERSHIP

Mailing Address 135 OCEAN AVE

City LAKEWOOD
Mailing State NJ          Zip 08701
Parcel/Zoning M-2

Account Number
Property Location 145 SISSON AVE, Unit B5
Property Use CONDO CONV APT
Most Recent Sale Date 5/16/2023
Legal Reference 07754-0004
Grantor 145 SISSON AVENUE HARTFORD LLC
Sale Price 3,090,000
Land Area 0.030 acres

## Current Property Assessment

| Card 1 Value | Building Value 57,540 | Xtra Features Value 0 | Land Value 0 | Total Value 57,540 |

## Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1969
Building Grade Average
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 6
# of 2.0 Baths 2

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 1

Flooring Type COMBINATION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Bsmt Garages 0
# of Full Baths 1
# of Other Fixtures 9

## Legal Description

## Narrative Description of Property

This property contains 0.003 acres of land mainly classified as CONDO CONV APT with a Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 3 half bath(s).

## Property Images



---

## General Property Data

Parcel ID  135-283-206
Prior Parcel ID
Property Owner  PARC SISSON CT LIMITED PARTNERSHIP

Mailing Address 135 OCEAN AVE

City LAKEWOOD
Mailing State NJ          Zip 08701
Parcel/Zoning M-2

Account Number
Property Location 145 SISSON AVE, Unit B4
Property Use CONDO CONV APT
Most Recent Sale Date 5/16/2023
Legal Reference 07754-0004
Grantor 145 SISSON AVENUE HARTFORD LLC
Sale Price 3,090,000
Land Area 0.030 acres

## Current Property Assessment

| Card 1 Value | Building Value 57,540 | Xtra Features Value 0 | Land Value 0 | Total Value 57,540 |

## Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1969
Building Grade Average
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 6
# of 2.0 Baths 2

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 1

Flooring Type COMBINATION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Bsmt Garages 0
# of Full Baths 1
# of Other Fixtures 9

## Legal Description

## Narrative Description of Property

This property contains 0.003 acres of land mainly classified as CONDO CONV APT with a Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 3 half bath(s).

## Property Images



---

## General Property Data

Parcel ID  135-283-207
Prior Parcel ID
Property Owner  PARC SISSON CT LIMITED PARTNERSHIP

Mailing Address 135 OCEAN AVE

City LAKEWOOD
Mailing State NJ          Zip 08701
Parcel/Zoning M-2

Account Number
Property Location 145 SISSON AVE, Unit B3
Property Use CONDO CONV APT
Most Recent Sale Date 5/16/2023
Legal Reference 07754-0004
Grantor 145 SISSON AVENUE HARTFORD LLC
Sale Price 3,090,000
Land Area 0.030 acres

## Current Property Assessment

| Card 1 Value | Building Value 57,540 | Xtra Features Value 0 | Land Value 0 | Total Value 57,540 |

## Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1969
Building Grade Average
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 6
# of 2.0 Baths 2

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 1

Flooring Type COMBINATION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Bsmt Garages 0
# of Full Baths 1
# of Other Fixtures 9

## Legal Description

## Narrative Description of Property

This property contains 0.003 acres of land mainly classified as CONDO CONV APT with a Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 3 half bath(s).

## Property Images

## General Property Data

| | |
|---|---|
| Parcel ID  135-159-235 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE  Unit 812 |
| | Property Use CONDO CONV APT |
| Mailing Address 739 OCEAN AVE | Most Recent Sale Date 5/18/2021 |
| | Legal Reference 07750-0364 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,170,500 |
| ParcelZoning NX-2     Zip 03791 | Land Area 0.200 acres |

### Current Property Assessment

| Card 1 Value | Building Value #3 550 | Xtra Features Value 0 | Land Value 0 | Total Value 43 550 |
|---|---|---|---|---|

### Building Description

| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
|---|---|---|
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.200 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s). 2 room(s)  2 bedroom(s)  1 bath(s)  1 half bath(s)

### Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-159-239 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE  Unit 813 |
| | Property Use CONDO CONV APT |
| Mailing Address 739 OCEAN AVE | Most Recent Sale Date 5/18/2021 |
| | Legal Reference 07750-0364 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,170,500 |
| ParcelZoning NX-2     Zip 03791 | Land Area 0.050 acres |

### Current Property Assessment

| Card 1 Value | Building Value 32 840 | Xtra Features Value 0 | Land Value 0 | Total Value 32 580 |
|---|---|---|---|---|

### Building Description

| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
|---|---|---|
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.050 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s). 2 room(s)  1 bedroom(s)  1 bath(s)  1 half bath(s)

### Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-159-259 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Location 145 SISSON AVE  Unit 814 |
| | Property Use CONDO CONV APT |
| Mailing Address 739 OCEAN AVE | Most Recent Sale Date 5/18/2021 |
| | Legal Reference 07750-0364 |
| City LAKEWOOD | Grantor 145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ | Sale Price 3,170,500 |
| ParcelZoning NX-2     Zip 03791 | Land Area 0.050 acres |

### Current Property Assessment

| Card 1 Value | Building Value 32 840 | Xtra Features Value 0 | Land Value 0 | Total Value 32 540 |
|---|---|---|---|---|

### Building Description

| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
|---|---|---|
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 1 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.050 acres of land mainly classified as CONDO CONV APT with a(n) Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s). 2 room(s)  1 bedroom(s)  1 bath(s)  1 half bath(s)

### Property Images



61                                   145 Sission Avenue, Hartford   BR130249

## General Property Data

Parcel ID   139-285-251
Prior Parcel ID
Property Owner   PARE SISSON CT LIMITED PARTNERSHIP

Mailing Address   139 OCEAN AVE

City LAKEWOOD
Mailing State  NJ
Parcel/Zoning  NK-2        Zip  08701

Account Number
Property Location   141 SISSON AVE, Unit C1
Property Use   CONDO CONV APT
Most Recent Sale Date  5/16/2021
Legal Reference 5770-0254
Grantor  141 SISSON AVENUE HARTFORD LLC
Sale Price  1,090,000
Land Area  0.000 acres

## Current Property Assessment

| Card # Value | Building Value 77,540 | Xtra Features Value 0 | Land Value 0 | Total Value 52,640 |
|---|---|---|---|---|

### Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1969
Building Grade Average +
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 3
# of 3/4 Baths 0

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 1
# of 1/2 Baths 0

Flooring Type CARPET/TION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Bsmt Garages 0
# of Full Baths 1
# of Other Fixtures 1

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 1 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

Parcel ID   139-285-252
Prior Parcel ID
Property Owner   PARE SISSON CT LIMITED PARTNERSHIP

Mailing Address   139 OCEAN AVE

City LAKEWOOD
Mailing State  NJ
Parcel/Zoning  NK-2        Zip  08701

Account Number
Property Location   141 SISSON AVE, Unit C2
Property Use   CONDO CONV APT
Most Recent Sale Date  5/16/2021
Legal Reference 5770-0254
Grantor  141 SISSON AVENUE HARTFORD LLC
Sale Price  1,090,000
Land Area  0.000 acres

## Current Property Assessment

| Card # Value | Building Value 77,540 | Xtra Features Value 0 | Land Value 0 | Total Value 52,640 |
|---|---|---|---|---|

### Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1969
Building Grade Average +
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 3
# of 3/4 Baths 0

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 0

Flooring Type CARPET/TION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Bsmt Garages 0
# of Full Baths 1
# of Other Fixtures 0

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



## General Property Data

Parcel ID   139-285-253
Prior Parcel ID
Property Owner   PARE SISSON CT LIMITED PARTNERSHIP

Mailing Address   139 OCEAN AVE

City LAKEWOOD
Mailing State  NJ
Parcel/Zoning  NK-2        Zip  08701

Account Number
Property Location   141 SISSON AVE, Unit C3
Property Use   CONDO CONV APT
Most Recent Sale Date  5/16/2021
Legal Reference 5770-0254
Grantor  141 SISSON AVENUE HARTFORD LLC
Sale Price  1,090,000
Land Area  0.000 acres

## Current Property Assessment

| Card # Value | Building Value 77,540 | Xtra Features Value 0 | Land Value 0 | Total Value 52,640 |
|---|---|---|---|---|

### Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1969
Building Grade Average +
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 3
# of 3/4 Baths 0

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 0

Flooring Type CARPET/TION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Bsmt Garages 0
# of Full Baths 1
# of Other Fixtures 0

### Legal Description

### Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 1 commercial unit(s) and 1 residential unit(s), 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

145 Sisson Avenue, Hartford   BR130249

## General Property Data

| | |
|---|---|
| Parcel ID  135-230-234 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, UHI C4 |
| Property Owner  PAKC S SISON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2024 |
| Mailing Address 130 OCEAN AVE | Legal Reference 0758-0004 |
| | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | Sale Price 2,091,000 |
| Mailing State  NJ | Zip 08701 | Land Area 0.000 acres |
| Parcel/Zoning NX-2 | |

## Current Property Assessment

| Card 1 Value | Building Value 55,440 | Xtra Features Value 0 | Land Value 0 | Total Value 55,440 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1920 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 0 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a Condo Flat style building, built about 1920, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s). 4 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-230-235 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, UHI C5 |
| Property Owner  PAKC S SISON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2024 |
| Mailing Address 130 OCEAN AVE | Legal Reference 0758-0004 |
| | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | Sale Price 2,091,000 |
| Mailing State  NJ | Zip 08701 | Land Area 0.000 acres |
| Parcel/Zoning NX-2 | |

## Current Property Assessment

| Card 1 Value | Building Value 41,990 | Xtra Features Value 0 | Land Value 0 | Total Value 41,990 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1920 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 0 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a Condo Flat style building, built about 1920, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s). 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  135-230-236 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE, UHI C6 |
| Property Owner  PAKC S SISON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2024 |
| Mailing Address 130 OCEAN AVE | Legal Reference 0758-0004 |
| | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | Sale Price 2,091,000 |
| Mailing State  NJ | Zip 08701 | Land Area 0.000 acres |
| Parcel/Zoning NX-2 | |

## Current Property Assessment

| Card 1 Value | Building Value 57,540 | Xtra Features Value 0 | Land Value 0 | Total Value 57,540 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1920 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 0 | # of Bedrooms 2 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with a Condo Flat style building, built about 1920, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s). 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



63

145 Sission Avenue, Hartford   BR130249

## General Property Data

| | |
|---|---|
| Parcel ID  Y26-263-207 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Location  145 SISSON AVE, Unit C7 |
| | Property Use  CONDO CONV APT |
| Mailing Address  123 OCEAN AVE | Most Recent Sale Date  5/15/2019 |
| | Legal Reference  07726-0026 |
| City  LAKEWOOD | Grantor  145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip  40731 | Sale Price  3,500,000 |
| Parcel/Zoning  NX-2 | Land Area  0.000 acres |

## Current Property Assessment

| Card 1 Value | Building Value  57,260 | Xtra Features Value  0 | Land Value  0 | Total Value  51,560 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style  Condo Flat | Foundation Type  Concrete | Flooring Type  COMBINATION |
| # of Living Units 1 | Frame Type  Wood Frame | Basement Floor  COMBINATION |
| Year Built  1925 | Roof Structure  FLAT | Heating Fuel  Gas |
| Building Grade  Average + | Roof Cover  Tar & Gravel | Air Conditioning  0% |
| Building Condition  N/A | Siding  N/A | # of Bsmt Garages  0 |
| Finished Area  (SF) N/A | Interior Walls  DRYWALL | # of Full Baths  1 |
| Number Rooms  4 | # of Bedrooms 2 | # of Other Fixtures  0 |
| # of 3/4 Baths  1 | # of 1/2 Baths  1 | |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1925, having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s), 3 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  Y26-263-208 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Location  145 SISSON AVE, Unit C6 |
| | Property Use  CONDO CONV APT |
| Mailing Address  123 OCEAN AVE | Most Recent Sale Date  5/16/2019 |
| | Legal Reference  07726-0026 |
| City  LAKEWOOD | Grantor  145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip  40731 | Sale Price  3,500,000 |
| Parcel/Zoning  NX-2 | Land Area  0.000 acres |

## Current Property Assessment

| Card 1 Value | Building Value  57,300 | Xtra Features Value  0 | Land Value  0 | Total Value  51,500 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style  Condo Flat | Foundation Type  Concrete | Flooring Type  COMBINATION |
| # of Living Units 1 | Frame Type  Wood Frame | Basement Floor  COMBINATION |
| Year Built  1925 | Roof Structure  FLAT | Heating Fuel  Gas |
| Building Grade  Average + | Roof Cover  Tar & Gravel | Air Conditioning  0% |
| Building Condition  N/A | Siding  N/A | # of Bsmt Garages  0 |
| Finished Area  (SF) N/A | Interior Walls  DRYWALL | # of Full Baths  1 |
| Number Rooms  4 | # of Bedrooms 2 | # of Other Fixtures  0 |
| # of 3/4 Baths  1 | # of 1/2 Baths  1 | |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1925, having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s), 3 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images



## General Property Data

| | |
|---|---|
| Parcel ID  Y26-263-209 | Account Number |
| Prior Parcel ID | |
| Property Owner  PAKE SISSON CT LIMITED PARTNERSHIP | Property Location  145 SISSON AVE, Unit C5 |
| | Property Use  CONDO CONV APT |
| Mailing Address  123 OCEAN AVE | Most Recent Sale Date  5/16/2019 |
| | Legal Reference  07726-0026 |
| City  LAKEWOOD | Grantor  145 SISSON AVENUE HARTFORD LLC |
| Mailing State  NJ          Zip  40731 | Sale Price  3,500,000 |
| Parcel/Zoning  NX-2 | Land Area  0.000 acres |

## Current Property Assessment

| Card 1 Value | Building Value  57,540 | Xtra Features Value  0 | Land Value  0 | Total Value  57,540 |
|---|---|---|---|---|

## Building Description

| | | |
|---|---|---|
| Building Style  Condo Flat | Foundation Type  Concrete | Flooring Type  COMBINATION |
| # of Living Units 1 | Frame Type  Wood Frame | Basement Floor  COMBINATION |
| Year Built  1925 | Roof Structure  FLAT | Heating Fuel  Gas |
| Building Grade  Average + | Roof Cover  Tar & Gravel | Air Conditioning  0% |
| Building Condition  N/A | Siding  N/A | # of Bsmt Garages  0 |
| Finished Area  (SF) N/A | Interior Walls  DRYWALL | # of Full Baths  1 |
| Number Rooms  4 | # of Bedrooms 2 | # of Other Fixtures  0 |
| # of 3/4 Baths  1 | # of 1/2 Baths  1 | |

## Legal Description

## Narrative Description of Property

This property contains 0.000 acres of land mainly classified as CONDO CONV APT with and Condo Flat style building, built about 1925, having N/A exterior and Tar & Gravel roof cover, with 3 commercial unit(s) and 1 residential unit(s), 3 bedroom(s), 1 bath(s), 0 half bath(s).

## Property Images

145 Sission Avenue, Hartford    BR130249

## General Property Data

Parcel ID  135-289-002
Prior Parcel ID
Property Owner  PAKE S 93CM CT LIMITED PARTNERSHIP

Mailing Address 129 OCEAN AVE

City LAKEWOOD
Mailing State  NJ        Zip 05701
Parcel/Zoning NX-2

Account Number
Property Location 145 SISSON AVE, UNIT CH2
Property Use CONDO CONV APT
Most Recent Sale Date 5/18/2021
Legal Reference 07750-0204
Grantor 145 SISSON AVENUE HARTFORD LLC
Sale Price 1,095,009
Land Area 0.090 acres

### Current Property Assessment

| Card 1 Value | Building Value 40,590 | Xtra Features Value 2 | Land Value 0 | Total Value 41,955 |

### Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1910
Building Grade Average +
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 4
# of 3/4 Baths 0

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 1

Flooring Type COMBINATION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Extra Garages 0
# of Full Baths 1
# of Other Features 0

### Legal Description

### Narrative Description of Property

This property contains 0.090 acres of land mainly classified as CONDO CONV APT with an) Condo Flat style building, built about 1910, having N/A exterior and Tar & Gravel roof cover, with 2 commercial units and 1 residential unit(s), 4 rooms(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

## General Property Data

Parcel ID  135-289-026
Prior Parcel ID
Property Owner  PAKE S 93CM CT LIMITED PARTNERSHIP

Mailing Address 129 OCEAN AVE

City LAKEWOOD
Mailing State  NJ        Zip 05701
Parcel/Zoning NX-2

Account Number
Property Location 145 SISSON AVE, Unit CH
Property Use CONDO CONV APT
Most Recent Sale Date 5/18/2021
Legal Reference 07750-0204
Grantor 145 SISSON AVENUE HARTFORD LLC
Sale Price 9,100,009
Land Area 0.090 acres

### Current Property Assessment

| Card 1 Value | Building Value 40,590 | Xtra Features Value 0 | Land Value 2 | Total Value 41,570 |

### Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1910
Building Grade Average +
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 4
# of 3/4 Baths 0

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 1

Flooring Type COMBINATION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Extra Garages 0
# of Full Baths 1
# of Other Features 0

### Legal Description

### Narrative Description of Property

This property contains 0.090 acres of land mainly classified as CONDO CONV APT with an) Condo Flat style building, built about 1910, having N/A exterior and Tar & Gravel roof cover, with 2 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

## General Property Data

Parcel ID  135-289-002
Prior Parcel ID
Property Owner  PAKE S 93CM CT LIMITED PARTNERSHIP

Mailing Address 129 OCEAN AVE

City LAKEWOOD
Mailing State  NJ        Zip 05701
Parcel/Zoning NX-2

Account Number
Property Location 145 SISSON AVE, Unit C12
Property Use CONDO CONV APT
Most Recent Sale Date 5/18/2021
Legal Reference 07750-0204
Grantor 145 SISSON AVENUE HARTFORD LLC
Sale Price 1,091,009
Land Area 0.090 acres

### Current Property Assessment

| Card 1 Value | Building Value 37,540 | Xtra Features Value 0 | Land Value 0 | Total Value 37,540 |

### Building Description

Building Style Condo Flat
# of Living Units 1
Year Built 1910
Building Grade Average +
Building Condition N/A
Finished Area (SF) N/A
Number Rooms 4
# of 3/4 Baths 0

Foundation Type Concrete
Frame Type Wood Frame
Roof Structure FLAT
Roof Cover Tar & Gravel
Siding N/A
Interior Walls DRYWALL
# of Bedrooms 2
# of 1/2 Baths 1

Flooring Type COMBINATION
Basement Floor COMBINATION
Heating Type Hot Water
Heating Fuel Gas
Air Conditioning 0%
# of Extra Garages 0
# of Full Baths 1
# of Other Features 0

### Legal Description

### Narrative Description of Property

This property contains 0.090 acres of land mainly classified as CONDO CONV APT with an) Condo Flat style building, built about 1910, having N/A exterior and Tar & Gravel roof cover, with 2 commercial unit(s) and 1 residential unit(s), 4 room(s), 2 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images

### General Property Data

| | |
|---|---|
| Parcel ID  129-280-101 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE  Unit C12 |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2021 |
| Mailing Address 139 OCEAN AVE | Legal Reference 07793-0058 |
| | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | Sale Price 3,090,900 |
| Mailing State  NJ        Zip  08701 | Land Area 0.050 acres |
| Parcel/Zoning NX-2 | |

### Current Property Assessment

| Card 1 Value | Building Value 52,645 | Xtra Features Value 0 | Land Value 0 | | Total Value 52,645 |
|---|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.050 acres of land mainly classified as CONDO CONV APT with an/a Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



### General Property Data

| | |
|---|---|
| Parcel ID  129-280-104 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE  Unit C14 |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Use CONDO CONV APT |
| | Most Recent Sale Date 5/18/2021 |
| Mailing Address 139 OCEAN AVE | Legal Reference 07793-0058 |
| | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | Sale Price 3,090,900 |
| Mailing State  NJ        Zip  08701 | Land Area 0.050 acres |
| Parcel/Zoning NX-2 | |

### Current Property Assessment

| Card 1 Value | Building Value 52,640 | Xtra Features Value 0 | Land Value 0 | | Total Value 52,640 |
|---|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style Condo Flat | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 1 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Hot Water |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 2 | # of Bedrooms 1 | # of Full Baths 1 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.050 acres of land mainly classified as CONDO CONV APT with an/a Condo Flat style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 1 residential unit(s), 2 room(s), 1 bedroom(s), 1 bath(s), 0 half bath(s).

### Property Images



### General Property Data

| | |
|---|---|
| Parcel ID  555-259-434 | Account Number |
| Prior Parcel ID | Property Location 145 SISSON AVE |
| Property Owner  PAKE S SSON CT LIMITED PARTNERSHIP | Property Use APARTMENT |
| | Most Recent Sale Date 5/18/2021 |
| Mailing Address 139 OCEAN AVE | Legal Reference 07793-0058 |
| | Grantor 145 SISSON AVENUE HARTFORD LLC |
| City LAKEWOOD | Sale Price 3,090,900 |
| Mailing State  NJ        Zip  08701 | Land Area 0.050 acres |
| Parcel/Zoning NX-2 | |

### Current Property Assessment

| Card 1 Value | Building Value | Xtra Features Value 0 | Land Value 0 | | Total Value |
|---|---|---|---|---|---|

### Building Description

| | | |
|---|---|---|
| Building Style APARTMENT | Foundation Type Concrete | Flooring Type COMBINATION |
| # of Living Units 91 | Frame Type Wood Frame | Basement Floor COMBINATION |
| Year Built 1969 | Roof Structure FLAT | Heating Type Steam |
| Building Grade Average + | Roof Cover Tar & Gravel | Heating Fuel Gas |
| Building Condition N/A | Siding N/A | Air Conditioning 0% |
| Finished Area (SF) N/A | Interior Walls DRYWALL | # of Bsmt Garages 0 |
| Number Rooms 151 | # of Bedrooms 1 | # of Full Baths 0 |
| # of 3/4 Baths 0 | # of 1/2 Baths 0 | # of Other Fixtures 0 |

### Legal Description

### Narrative Description of Property

This property contains 0.050 acres of land mainly classified as APARTMENT with an/a APARTMENT style building, built about 1969, having N/A exterior and Tar & Gravel roof cover, with 0 commercial unit(s) and 83 residential unit(s), 151 room(s), 91 bedroom(s), 0 bath(s), 0 half bath(s).

### Property Images

145 Sisson Avenue, Hartford   BR130249

# TAX BILL



City of Hartford

| | |
|---|---|
| City of Hartford | |
| PO BOX 412834 | |
| BOSTON, MA 02241 | |

## Bill Information

### Taxpayer Information

| | | | |
|---|---|---|---|
| Bill # | 2021-1-0000344 (REAL ESTATE) | Town Benefit | |
| Unique ID | 135390245 | Elderly Benefit | |
| District/Flag | | | |
| Name | PAXE SISSON CT LIMITED PARTNERSHIP | Assessment | 2,164,239 |
| Care of/DBA | | Exemption | 0 |
| Address | | Net | 2,164,239 |
| Detail Information | 145 SISSON AVE | | |
| Volume/Page | 8104/57 | Mill Rate | Town 68.95 |

### Bill Information As of  11/09/2023

| Installment | Due Date | Town | District | | Total Due | |
|---|---|---|---|---|---|---|
| Inst #1 | 07/01/2022 | 74,612.14 | | | Tax/ Princ/ Bond Due | 0.00 |
| Inst #2 | 01/01/2023 | 74,612.14 | | | | |
| Inst #3 | | | | | Interest Due | 0.00 |
| Inst #4 | | | | | | |
| Total Adjustments | | 0.00 | 0.00 | | Lien Due | 0.00 |
| Total Installment + Adjustment | | 149,224.28 | | | Fee Due | 0.00 |
| Total Payments | | 149,224.28 | | | Total Due Now | 0.00 |
| | | | | | Balance Due | 0.00 |

**\*\*\* Note: This is not a tax form, please contact your financial advisor for information regarding tax reporting. \*\*\***

### Payment History

| Payment Date | Type | Tax/Principal/Bond | Interest | Lien | Fee | Total |
|---|---|---|---|---|---|---|
| 10/12/2023 | PAY | 69,612.14 | 10,441.82 | 24.00 | 0.00 | 80,077.96 |
| 01/31/2023 | PAY | 5,000.00 | 0.00 | 0.00 | 0.00 | 5,000.00 |
| 07/29/2022 | PAY | 74,612.14 | 0.00 | 0.00 | 0.00 | 74,612.14 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | | |
|---|---|---|
| **\*\*\* Total payments made to taxes in   2022** | | $74,612.14 |

145 Sission Avenue, Hartford    BR130249

## ZONING

The NX-2 district is intended for neighborhood areas with a wide mix of building forms, including Apartment Buildings, Stacked Flats, and multi-unit House Type B Buildings. This is the most common NX district.

## 3.0 USES

TABLE OF PRINCIPAL USES

| USES | DT-1 | DT-2 | DT-3 | MS-1 | MS-2 | MS-3 | CX-1 | CX-2 | ID-1 | ID-2 | MX-1 | MX-2 | NX-# | N-#-1 | N-#-2 | N-#-3 | OS | Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Residential & Lodging Category** | | | | | | | | | | | | | | | | | | 3.3.1 |
| Household Living | | | | | | | | | | | | | | | | | | 3.3.1.A |
| One-Unit Dwelling | ▲ | ▲ | ▲ | ▲ | ● | ▲ | ▲ | | | | ● | ● | ● | ● | ● | ● | | 3.3.1.A |
| 2-Unit Dwelling | ▲ | ▲ | ▲ | ▲ | ● | ▲ | ▲ | | | | ● | ● | ● | | ● | ● | | 3.3.1.A |
| 3-Unit Dwelling | ▲ | ▲ | ▲ | ▲ | ● | ▲ | ● | | | | ● | ● | ● | | | ● | | 3.3.1.A |
| Multi-Unit Dwelling (4+ Units) | ▲ | ● | ▲ | ▲ | ● | ▲ | ● | | | | ● | ● | ● | | | | | 3.3.1.A |
| Efficiency/Micro Unit | ▲ | ● | ▲ | | | | | | | | ◖ | ◖ | | | | | | 3.3.1.A |
| Bed & Breakfast | | | | | | | | | | | ◖ | | | | | | | 3.3.1.B |
| Group Living | | | | | | ○ | | | | | ○ | ○ | ○ | | | | | 3.3.1.C |
| Group Living for Health Reasons | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | ◖ | | 3.3.1.D |
| Hotel/Apartment Hotel | ● | ● | ● | ● | ● | ● | ● | | | | ● | ● | | | | | | 3.3.1.E |
| Residential Care, Large | ● | ● | ● | | | | | | | | ● | ● | ◖ | | | | | 3.3.1.F |
| Residential Care, Small | ● | ● | ● | | | ● | | | | | ● | ● | ● | | | | | 3.3.1.F |
| Roominghouse/Boardinghouse | | | | | | | | ○ | ○ | | | | | | | | | 3.3.1.G |
| Temporary Shelter Facility | | | | | | | | | ◖ | ◖ | | | | | | | | 3.3.1.H |
| **Civic & Institutional Category** | | | | | | | | | | | | | | | | | | 3.3.2 |
| Assembly, Neighborhood | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | 3.3.2.A |
| Assembly, General | ○ | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | | ○ | | | | | | ○ | 3.3.2.A |
| Government/Higher Education/Hospital | ○ | | ○ | ○ | ○ | | ○ | ○ | ○ | | ○ | | | | | | | 3.3.2.B |
| Library/Museum | ○ | | ○ | ○ | ○ | | ○ | ○ | | | ○ | ○ | | | | | | 3.3.2.C |
| Police/Fire | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | | | | | 3.3.2.D |
| School: Pre-K, Primary, Elementary, Intermediate | ○ | | ○ | ○ | ○ | | ○ | ○ | | | ○ | ○ | | ○ | | ○ | | 3.3.2.E |
| School: High School | ○ | | ○ | ○ | ○ | | ○ | ○ | | | ○ | ○ | | | | | | 3.3.2.F |
| Stadium/Arena | ○ | | ○ | | | | | ○ | ○ | | ○ | | | | | | | 3.3.2.G |

KEY: ● = Permitted   ▲ = Permitted in Upper Stories Only   ◖ = Permitted Subject to Use-Specific Conditions   ◖ = Possible Special Permit   ○ = Requires a Special Permit

145 Sission Avenue, Hartford   BR130249

BUILDING TYPES PERMITTED BY DISTRICT — NEIGHBORHOOD DISTRICTS

| DISTRICT | | BUILDING TYPES |
|---|---|---|
| NEIGHBORHOOD MIX | | |
| NX-2 | NX-1 | |
| | | Downtown Storefront |
| | | Downtown General Building |
| | | Storefront |
| | | Cottage Commercial |
| | | Commercial Center |
| | | General Building |
| | | Workshop/Warehouse |
| ○ | ○ | Civic Building |
| ● | ● | Apartment Building |
| ● | | Stacked Flats |
| ● | ● | Row Building |
| | | House A |
| ● | ● | House B |
| | | House C |

## FLOOD MAP





**Flood Map Legends**

Flood Zones

- Areas inundated by 100-year flooding
- Areas inundated by 500-year flooding
- Areas of undetermined but possible flood hazards
- Floodway areas with velocity hazard
- Floodway areas
- COBRA zone

**Flood Zone Determination**

| | |
|---|---|
| In Special Flood Hazard Area (Flood Zone) | Out |
| Within 250 ft. of multiple flood zones? | Not within 250 feet |
| Community: | 095080 |
| Community Name: | HARTFORD, CITY OF |
| Map Number: | 09003C0364F |
| Zone:     X   Panel:   0364F   Panel Date: | 09/26/2008 |
| FIPS Code:   09003   Census Tract: | 5042.00 |

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY, OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OR MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

145 Sission Avenue, Hartford    BR130249

**CHARLES A. LIBERTI, GRI, CRB, GAA**
**Blue Ribbon Appraisals LLC**
**375 Morgan Lane  Suite 409**
**West Haven, CT 06516**
**Office: (203) 931-3112  Fax: (203) 931-3116**
**e-mail: blueribbonct@gmail.com**

# Professional Experience

| | |
|---|---|
| **Blue Ribbon Appraisals, LLC** | **1990 to Present** |

West Haven, CT  06516
    Owner, valuation of all types of commercial, industrial and residential real estate; consulting services; feasibility studies; mortgage financing, real estate tax appeals; market value, subdivision analysis, exit strategy for REO or distressed properties, bankruptcy, diminution in value (stigma valuations) Performed appraisals for USDA Natural Resources Conservation Service (USA). Appraisals for Uniform Appraisal Standards for Federal Land Acquisitions (yellow book). Expert testimony in superior court and federal court.

| | |
|---|---|
| **Dizenzo Company of Milford, Inc.** | **1984 - 1990** |

Milford, CT  06460
    President and Partner of two offices, commercial and residential sales, market studies for corporations, commercial banks, real estate developers, law firms and Connecticut municipalities.  Properties sold, managed and developed include industrial, retail, office, vacant land, residential subdivisions and condominium developers

| | |
|---|---|
| **Century 21 Metro Real Estate** | **1973 – 1980** |

West Haven, CT 06516
    Partner/Broker, Residential Brokerage

| | |
|---|---|
| **Real Estate Broker** | **Since 1971** |
| **Real Estate Appraiser** | **Since 1976** |

# Real Estate Education

| | |
|---|---|
| **University of New Haven** | **1976** |

    *Appraisal 1 – 36 hrs*
    *Real Estate Property Management – 36 hrs*

**Quinnipiac College**

    *Real Estate Property Investment Strategy - 36 hrs*

| | |
|---|---|
| **Graduate Realtor Institute (GRI Designation)** | **1978 and 1984** |

    *GRI, 1, 1978 – 30 hrs*
    *GRI, 2 and 3 – 60 hrs*

| | |
|---|---|
| **Certified Brokerage Manager (CRB designation)** | **1986** |

    CRB 301, How to Manage a Real Estate Business Profitability; Managing for Profit & Growth – 30 hrs CRB 302, How to Manage the Financial Resources and Risk of Real Estate Business; Evaluating Financial Impact of Management Decisions Before Implementation – 30 hrs
    CRB 303, Market Management; How to Improve Image and Increase Market Share – 30 hrs

CRB 304, People Management; How to Recruit, Train, Retrain Real Estate Sales Associates and Increase Productivity – 30 hrs
CRB 305, Challenge; Real Estate Business – Decision Making Computer Simulated Mgt. – 30 hrs

**Appraisal Institute,**
*Appraisal Standards of Professional Practice, Parts A & B – 26 hrs – 1991*
*Marshal & Swift Cost Approach, 1992 Commercial & Residential – 30 hrs.*
*Successfully challenged courses 1-110 and 1-120 –1993*

**CCIM – CI 100** *– 1998*
   *Market Techniques for Leasing & Selling*
   *Commercial Properties 36 hrs.*

**CCIM – CI 101** *– 1989*
   *Fundamental of Real Estate Investment & Taxation*

***Uniform Standards of Professional Appraisal Practices –***  *2003*

**Real Estate Continuing Education:**

***Appraisal Institute*** *–* 1992 *–* 2009
   *Subdivision Analysis – 7 hrs. – 1992*
   *Appraising Troubled Properties – 7 hrs. – 1992*
   *Basic Capitalization – 29 hrs. – 1998*
   *Hotel, Motel Evaluation – 1993*
   *Appraising Elderly Care Facilities – 1995*
   *FHA Appraisal Update – 1998*
   *Attacking & Defending an Appraisal – 14 hrs. – 1999*
   *FHA Homebuyer Protection Plan & the Appraisal Process – 7 hrs. – 1999*
   *Real Estate Disclosure – 7 hrs. – 2000*
   *Income Valuation of Small, Mixed-Use Properties – 15 hrs. - 2001*
   *Crossing The Line: "Home Mortgage Fraud" – 4 hrs – 2002*
   *Supporting Capitalization Rates – 7 hrs - 2003*
   *Uniform Standards of Professional Appraisal Practice –15 hrs – 2003*
   *Market Analysis and the Site To Do Business – 7 hrs. – 2005*
   *Appraising Convenience Store - 7 hrs – 2005*
   *Mandatory Connecticut Real Estate Appraisal Law Update – 3 hrs. -2005*
   *Appraising the tough ones - 7 hrs – 2006*
   *Forecasting Revenue - 7 hrs – 2006*
   *Connecticut Real Estate Appraisal Law Update – 3 hrs - 2007*
   *National USPAP Update Course – 7 hrs – 2009*
   *Business Practices and Ethics – 7 hrs – 2008*
   *Analyzing Properties in Distressed Real Estate Markets – 3 hrs – 2008*
   *Valuation Issues in Tax Appeals – 2008*
   *Analyzing Properties in Distressed Real Estate Markets - 2008*
   *Introduction to FHA Appraising – 7 hrs – 2009*
   *Regulatory Update 2009*
   *Appraisal Law 2009*
   *Lead Hazard & Mitigation – 2009*
   *Appraisal Challenges in Declining Markets and Sales Concessions - 2009*
   *Introduction to FHA Appraising – 2009*
   *Market Conditions Update - 2010*
   *The Uniform Appraisal Dataset from Fannie Mae and Freddie Mac - 7 hrs - 2011*
   *Analyzing Tenant Credit Risk and Commercial Lease Analysis - 2011*
   *7-Hour National USPAP Update Course – 7 hrs – 2012*
   *CT Real Estate Appraisal Law Update – 3 hrs – 2012*
   *Appraiser as an Expert Witness – 2 hrs - 2013*
   *CRE Capital Markets Update and Outlook – 2 hrs – 2013*
   *Residential & Commercial Valuation of Solar – 14 hrs – 2013*
   *7-Hour National USPAP Update Course – 2013*
   *Appraisal Law Update - 2014*
   *Diminution of Value, Stigma and Severance Damages – 2015*
   *FHA Single Family Housing Appraisal Requirements – 7 hrs – 2015*
   *Liability Issues of Appraisers Performing Litigation & other Non-Lending Work – 3 hrs – 2015*
   *7-Hour National USPAP Update Course - 2015*

145 Sission Avenue, Hartford   BR130249

*Right of Way – Two Approaches to Value - 2016*
*Eminent Domain and Condemnation – 7 hrs – 2016*
*Business Practices and Ethics – 4 hrs – 2016*
*How to Support and Prove Your Adjustments – 7 hrs - 2016*
*C-PACE and it's Role in the Valuation of Commercial Buildings – 4 hrs – 2017*
*Fannie Mae Appraisal Guidelines – 4 hrs – 2017*
*Uniform Appraisal Standards for Federal Land Acquisitions – 4 hrs. - 2017*
*CT Fair Housing – 3 hrs – 2018*
*Leases / Landlord-Tenant Rules & Regulations – 3 hrs – 2018*
*Code of Ethics - 3 hrs – 2018*
*The Tough One: Mixed-Use Properties Income Capitalization Approach – 3 hrs – 2019*
*Another View of the Tough One: Sales Comparison Approach for Mixed-Use Properties*
*The FHA Handbook 4000.1 – 7 hrs – 2020*
*Fannie Mae Appraisal Guidelines – 4 hrs – 2020*
*Business Practices and Ethics – 6 hrs – 2021*
*Land Valuation – 3 hrs – 2021*
*Appraisal Law Update with Supervisory/Provisional Appraiser Education - 4 hrs – 2021*
*7 – Hour National USPAP Update Course 2022-2023*
*Relocation Appraisal and the ERC Form – 6 hrs. 2022*
*New Perspectives on the US & CT Economics – 2 hrs - 2022*
*Introduction to Green Buildings, Principles & Concepts  7 hrs – 2023*
*Invisible CT Home Features Lost in Valuation – 4 hrs - 2023*

*Successfully completed all continuing education for Licensure in Connecticut*

# Professional Memberships & Accreditations

Connecticut Real Estate Broker, Since 1971
Certified Connecticut Real Estate Appraiser
Greater New Haven Board of Realtors
Affiliate Member, Greater Bridgeport Board of Realtors
Founding Member of National Association of Realtors, Appraisal Section (GAA Designation)
Former Member, Realtor Financing Committee
Member, National Association of Real Estate Educators (REEA)
Former Member, Securities & Syndication Institute (RESSI)
Former Judge on Realtor Arbitration Committee
Connecticut Commercial & Investment Division (CID)
State Approved Instructor – Gateway Real Estate Academy
Affiliate Member of the Appraisal Institute
Instructor in
        Principles and Practices
        Appraisal I
        Appraisal II
        Financing Real Estate
        Continuing Education Modules:
        Fair Housing
        Real Estate Law
        Appraisal Law
        Subdivision Analysis
        Foreclosure

        145 Sission Avenue, Hartford   BR130249

STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION

Be it known that

## CHARLES A LIBERTI

has been certified by the Department of Consumer Protection as a licensed

## CERTIFIED GENERAL REAL ESTATE APPRAISER

License #:  RCG.0000647

Effective Date:  05/01/2023

Expiration Date:  04/30/2024

*Michelle Seagull*

Michelle Seagull, Commissioner

145 Sission Avenue, Hartford   BR130249



**Joseph Nardini**
jnardini@accurateappr.net
phone; 203 483-8330
Address; P.O. Box 351, Branford, CT 06405

### Objective
Present a back-round and information for the purposes of business acceleration.

### Skills
Extremely organized. Able to comprehend tasks at hand and competently able to complete tasks as presented.

## Experience

### deputy sheriff/state marshal • August 1992-Present
Service of process as prescribed by state statute. Collection of court ordered executions against judgment debtors. Eviction and ejectment of occupants as prescribed by state statute.

### Certified Residential Real Estate Appraiser • Accurate real estate appraisal, LLC • July 1991 to Present (OWNER)
Accurate Real Estate Appraisal LLC is a small office consisting of two principles in the business. I am the majority owner with a lesser owner also performing appraisals.

### Licensed real estate salesperson May 1984 to Present

### Certified residential appraiser March 1992 to present

## Education

### GRADUATE December 2020

### ALBERTUS MAGNUS COLLEGE

### BACHELOR OF SCIENCE

### TAGLIATELA SCHOOL OF BUSINESS AND LEADERSHIP

### MAGNA CUM LAUDE
History of Mass Media
Italian Culture and Civilization
Business Capstone
The Films of Scorsese
Cyber Security Law

145 Sission Avenue, Hartford   BR130249

**Education Cont.**

Reading Text in Context II
The Gospels
American Politics and Government
Digital Photography
Italian Civil & Culture
U.S. History
Business Capstone
The Legal Issues of Cybersecurity
Technology & The Arts
Moral Leadership
Senior Humanities
Business Spreadsheet Development
Reading Text in Context II
Money & Banking
Fund Financial Plan & Insurance
Corporate Financial Management
Managerial Accounting
Communications
Principles of Marketing
Reading Text in Context I
The Stock Market
International Business Management
Strategic Management
Introduction to Literary Genres
Global Issues
Financial Accounting
Business Law
Statistics For Business & Economics
Tax Accounting
Business Communications
Computer Essentials
Math Ideas-A
Introduction to College Math
Principles of Management
College Writing
Principle of Microeconomics-B
Principle of Macroeconomics-B

# MCKISSOCK EDUCATION

2014 Continuing Education Residential
General Report Writing and Case Studies
General Appraiser: Site Valuation and Cost Approach
General Appraiser Income Approach
General Appraiser Market Analysis Highest and Best Use
General Appraiser Sales Comparison Approach
Connecticut  Real Estate Fair Housing
That's a Violation
Appraisal of REO and Foreclosure Properties
Residential Property Inspection for Appraisers
Connecticut Appraisal Law Update with Supervisory/Provisional Appraiser
Education
Short Sales and Foreclosure
2018-2019 7 Hour USPAP Update Course
2020 Connecticut Appraisal Law Update with Supervisory/Provisional Appraiser
Education

145 Sission Avenue, Hartford   BR130249

2020-2021 7 Hour National USPAP Update
2020 Introduction to the Uniform Appraisal Dataset
2020 Divorce and Estate Appraisals: Elements of Non-Lender Work
2020 Introduction To Expert Witness Testimony for Appraisers
2020 Residential Property Inspection for Appraisers
Real Estate Safety: Protect Yourself and Your Clients
Know the Code: Your Guide to the Code Ethics
Managing Appraiser Liability
Avoiding Mortgage Fraud for Appraisers
Real Estate Safety: Protect Yourself During a Showing
A day in the Life of a Buyer Agent
A New Look At Contract Law
How to Work With Real Estate Investors
Connecticut Real Estate Law
Connecticut Agency Law and Fair Housing One
Connecticut Agency Law and Fair Housing Two
2022 Land and Site Valuation
2022 The Cost Approach
2022 7-hour National USPAP Update Course
2022 Connecticut Appraisal Law Update with Supervisory/Provisional Appraiser
Education
2022 Market Disturbances-Appraisals in Atypical Markets and Cycles
2023 The Cost Approach
2023 2022-2023 7-hour National USPAP Course
2023 Mandatory CT Appraisal Law Course Supervisory/Provisional Education
2023 That's a Violation
2023 Residential Property Inspection for Appraiser

## APPRAISAL INSTITUTE EDUCATION
2021 Business Practices and Ethics
2021 Excel Applications for Valuation
2021 General Appraiser Income Approach (part 1)
2023 Valuation Resources for Solar Photovoltaic Systems
2023 Using Your HP 12C Financial Calculator

## Volunteer Experience or Leadership
Knights of Columbus Council #10 Branford Past Grand Knight
Knights of Columbus Assembly #2459 New Haven Past Faithful Navigator
Member Wallingford Elks Club
West Haven Youth Hockey Assistant Coach 1985-1991
West Haven Youth Soccer Coach 1981-1985
City Councilman City of West Haven 1983-1986
    Chairman Judiciary Committee
    Chairman Charter Revision Committee
State Representative
    Member of Judiciary Committee
    Member Banking Committee
    Member Real Estate and Banking Committee
    Appointed to Speakers Select Committee Investigating the Chief States
        Attorney and The State Police.
    Special Delegate to the Governors Convention

Regional Coordinator for the 1984 Reagan/Bush Re-election Committee

145 Sission Avenue, Hartford   BR130249

STATE OF CONNECTICUT ✦ DEPARTMENT OF CONSUMER PROTECTION

Be it known that

## JOSEPH D NARDINI

has been certified by the Department of Consumer Protection as a licensed

## CERTIFIED RESIDENTIAL REAL ESTATE APPRAISER

License #: RCR.0000377

Effective Date: 05/01/2023

Expiration Date: 04/30/2024

Michelle Seagull, Commissioner

145 Sission Avenue, Hartford    BR130249

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing was mailed on this 15th day of November, 2023 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

_____
Houston Putnam Lowry, Esq.

– 3 –