UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 SISSON AVENUE, LLC ) | |
| ) | |
| PLAINTIFF ) | CIVIL ACTION NO.: |
| ) | |
| V. ) | 3:23-CV-00903-MPS |
| ) | |
| ARON PURETZ ) | |
| ) | |
| DEFENDANT ) | |
| ) | NOVEMBER 21, 2023 |

### BUILDING PERMIT AFFIDAVIT

I, Houston Putnam Lowry, depose and say:

1.  I am over the age of 18 years.

2.  I have personal knowledge of the facts contained herein.

3.  I believe in the obligation of an affirmation.

4.  I called the City of Hartford Building Department at (860) 757-9200 and left a voicemail inquiring if any building permits had been issued for 145 Sisson Avenue, Hartford since May 3, 2021.

5.  Within a couple of days (I believe there was an intervening weekend), I received a voicemail reply from the City of Hartford Building Department that no permits had been issued.

- 2 -

    Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

    Executed on November 21, 2023 at Hartford, Connecticut.

                                        _____
                                        Houston Putnam Lowry
                                        Federal Bar #CT05955

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was mailed on this 21st day of November, 2023 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

_____
Houston Putnam Lowry, Esq.