UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 SISSON AVENUE, LLC<br>　　　　　Plaintiff<br>　vs.<br><br>ARON PURETZ<br>　　　Defendant | <br><br><br><br>CASE NO. 3:23CV903 (MPS) |

## DEFAULT JUDGMENT

The defendant having failed to appear, plead, or otherwise defend in this action and a default under F.R.C.P. 55(a) having been entered on September 1, 2023, and

The plaintiff having filed on November 16, 2023 a third motion for default judgment pursuant to the provisions of Rule 55(b)(1) of the F.R.C.P., and after an Evidentiary hearing held on April 24, 2024, the court having granted the motion on April 25, 2024 in the amount of $2,152,787,36; it is hereby

ORDERED, ADJUDGED and DECREED that the judgment be and is hereby entered in favor of the plaintiff in the amount $2,152,787.36.

Dated at Hartford, Connecticut, this 26th day of April 2024.

, Clerk

By /s/ *Devorah Johnson*　　　
　　Devorah Johnson
　　Deputy Clerk

EOD 4/26/24