UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 SISSON AVENUE, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ARON PURETZ,<br><br>    Defendant. | Civil No.: 3:23-cv-00903-MPS |

## TAXATION OF COSTS

On April 26, 2024, default judgment entered in favor of the plaintiff, 145 Sisson Avenue, LLC, and against the defendant, Aron Puretz. *See* Doc. No. 37. Although the plaintiff prematurely filed a bill of costs, doc. no. 35, on April 25, 2024, having received no objection from the defendant, Plaintiff's request for costs, doc. no. 35, is GRANTED[1]. Costs are awarded to 145 Sisson Avenue, LLC in the amount of **$422.00.** Taxation of costs are permitted as follows:

| ITEM CLAIMED | AMOUNT REQUESTED | AMOUNT ALLOWED |
|---|---|---|
| Filing Fee[2] | $402.00 | $402.00 |
| Docket Fee[3] | $20.00 | $20.00 |
| **TOTAL COSTS REQUESTED:** | $422.00 | |
| **TOTAL COSTS AWARDED:** | | **$422.00** |

Pursuant to D. Conn. L. Civ. R. 54(d), any party may apply to the Presiding Judge for review of this ruling on or before **May 20, 2024**. Such application shall specify which portions of the Clerk's ruling are the subject of the objection and shall specify the reasons therefor. Any other party may respond to such objection on or before **June 3, 2024**.

---

[1] Pursuant to D. Conn. L. Civ. R. 54(a)(1), "any party who seeks costs in the District Court shall, within fourteen (14) days after the District Court judgment becomes final due to the expiration of the appeal period (as defined by Fed. R. App. P. 4) or the issuance of a mandate by a federal appellate Court, file with the Clerk and serve on all other parties a verified bill of costs".
[2] Cost recoverable pursuant to D. Conn. L. Civ. R. 54(c)(1).
[3] Cost recoverable pursuant to Title 28 U.S.C. § 1923(a).

Dated at Bridgeport, Connecticut this 6th day of May, 2024.

                                            DINAH MILTON KINNEY, Clerk
                                            By:   /s/ Julia Reis
                                            Deputy Clerk