# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 Sisson Avenue, LLC,<br><br>                         Plaintiff,<br><br>v.<br><br>Aron Puretz.<br><br>                         Defendant. | Civil No. 3:23-cv-00903-MPS<br><br>June ___, 2024 |

## ORDER RE: MOTIONS FOR CHARGING ORDER [ECF Nos. 41, 47]

The Court, having considered plaintiff's Motions for Charging Order (ECF Nos. 41, 47), hereby ORDERS that:

The transferable interest of Aron Puretz ("Defendant") in Hoyt Bedford Limited Partnership; Hoyt Bedford Manager, LLC; Apex Equity Group, LLC; Paxe Hartford Portfolio Limited Partnership; Paxe Hartford Portfolio GP, LLC; Paxe Garden Limited Partnership; Paxe Garden GP LLC; Clemens Place CT Limited Partnership; Clemens Manager, LLC; Asylum Hill Apt., LLC; FHTDD, LP; and FHT Manager, LLC (collectively, the "Entities") is hereby charged with the payment of any unsatisfied portion of the amended default judgment entered in this matter. (ECF No. 50.) By means of this charging order, the Defendant's interest in the Entities, and the distributions and proceeds thereof, are liened, such that same shall be used and applied towards the payment of the amended default judgment entered in this action.

So ordered, this ___ day of June 2024 at Hartford, Connecticut.

                                                               Hon. Michael P. Shea
                                                        United States District Judge