STATE OF CONNECTICUT:
                              : SS: HARTFORD                    JUNE 10, 2024
COUNTY OF HARTFORD:

Then and by virtue hereof, and by direction of the Plaintiff's Attorney, pursuant to C.G.S. Section 34-381(d), I left two (2) verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING at the office of the Secretary of State, Statutory Agent for Service and duly authorized to accept service on behalf of the within named Defendant **CLEMENS PLACE CT LIMITED PARTNERSHIP** and paid statutory fees in the amount of $50.00, at 165 Capitol Avenue, in the City of Hartford, County of Hartford.

And afterward on the 10th day of June, 2024, I left a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING with Gary Scappini, Manager of VCORP Services, LLC, Registered Agent for Service and duly authorized to accept service on behalf of the within named Defendant **ASYLUM HILL APT LLC** at 67 Burnside Avenue, in the Town of East Hartford, County of Hartford.

And afterward on the 10th day of June, 2024, I left a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING with and in the hands of Ingrid Opito, Person in charge of Riverside Filings LLC, Registered Agent for Service and duly authorized to accept service on behalf of the within named Defendant **HOYT BEDFORD LIMITED PARTNERSHIP** at 28 Crystal Street, in the Town of Wethersfield, County of Hartford.

And afterward on the 10th day of June, 2024, I left a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING with and in the hands of Ingrid Opito, Person in charge of Riverside Filings,LLC, Registered Agent for Service and duly authorized to accept service on behalf of the within named Defendant **PAX HARTFORD PORTFOLIO LIMITED PARTNERSHIP** at 28 Crystal Street, in the Town of Wethersfield, County of Hartford.

And afterward on the 10th day of June, 2024, I left a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING with and in the hands of Ingrid Opito, Person in charge of Riverside Filings LLC, Registered Agent for Service and duly authorized to accept service on behalf of the within named Defendant **PAX GARDEN LIMITED PARTNERSHIP** at 28 Crystal Street, in the Town of Wethersfield, County of Hartford.

And afterward on the 10th day of June, 2024, I left a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING with and in the hands of Ingrid Opito, Person in charge of Riverside Filings LLC, Registered Agent for Service and duly authorized to accept service on behalf of the within named Defendant **PAX HARTFORD PORTFOLIO LIMITED PARTNERSHIP** at 28 Crystal Street, in the Town of Wethersfield, County of Hartford.

And afterward on the 10th day of June, 2024, a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**CLEMENS PLACE CT LIMITED PARNERSHIP**
105 RIVER POINTE WAY
APT 3112
LAWRENCE, MA 01843

The correct mailing address is stated above.

And afterward on the 10th day of June, 2024, a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**ASYLUM HILL APT LLC**
10 HILL STREET SUITE 1E
NEWARK, NJ 07102

The correct mailing address is stated above.

And afterward on the 10th day of June, 2024, pursuant to C.G.S. 34-243r(c), a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**HOYT BEDFORD MANAGER, LLC**
AGENT: VCORP SERVICES, LLC
108 W. 13TH STREET-SUITE 100
WILMINGTON, DE 19801

And afterward on the 10th day of June, 2024, pursuant to C.G.S. 34-243r(c), a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**APEX EQUITY GROUP LLC**
AGENT: THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801

And afterward on the 10th day of June, 2024, pursuant to C.G.S. 34-243r(c), a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**PAX HARTOFRD PORTFOLIO GP LLC**
AGENT: DAVID HELFGOTT
36 AIRPORT ROAD
LAKEWOOD, NJ 08701

And afterward on the 10th day of June, 2024, pursuant to C.G.S. 34-243r(c), a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**PAXE GARDEN GP LLC**
AGENT: DAVID HELFGOTT
36 AIRPORT ROAD
LAKEWOOD, NJ 08701

And afterward on the 10th day of June, 2024, pursuant to C.G.S. 34-243r(c), a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:
**PAX HARTOFRD PORTFOLIO GP LLC**
AGENT: DAVID HELFGOTT
36 AIRPORT ROAD
LAKEWOOD, NJ 08701

And afterward on the 10th day of June, 2024, pursuant to C.G.S. 34-243r(c), a verified, true and attested copy of the within original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING was deposited in the U.S. Mail, New Britain, CT, Certified Mail and Return Receipt Requested, addressed to the within named Defendant:

**CLEMENS MANAGER LLC**
AGENT: DAVID HELFGOTT
36 AIRPORT ROAD
LAKEWOOD, NJ 08701

The within are the original UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: SECOND EX PARTE MOTION FOR CHARGING ORDER, DRAFT CHARGING ORDER, BRIEF RE: CHARGING ORDER, NOTICE OF ELECTRONIC FILING, UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICTUT: EX PARTE MOTION FOR CHARGING ORDER, BRIEF RE: CHARGING ORDER, DRAFT CHARGING ORDER and NOTICE OF ELECTRONIC FILING and with my doings hereon endorsed.

| | | |
|---|---|---|
| SERVICE: | $ 360.00 | ATTEST: |
| PD SEC OF STATE | 50.00 | |
| PD POSTAGE | 85.52 | |
| PAGES | 420.00 | |
| 16 MILES | 10.48 | *[signature]* |
| ENDORSEMENTS | 30.50 | TIMOTHY J. BENNETT |
| TOTAL: | $ 956.50 | CONNECTICUT STATE MARSHAL |
| | | HARTFORD COUNTY |