STATE OF CONNECTICUT
COUNTY OF

JUL 10 2024 PM 2:07
FILED-USDC-CT-HARTFORD

Debtor Name: ARON PURETZ
3:23-CV903(MPS)

Case No:

The within is a true copy of the original execution now in my hands for collection:

Execution Balance         2152787.3599999999

Interest

Marshal's Fee

Total                     2152787.36

FOR BANK USE

Order received by US Bank on 06-06-24, answer reviewed and determined within Federal Title Review period No Accounts Found

A TRUE COPY ATTEST:

_____

Grant Carragher, State Marshal, Hartford County

*Hannah S*
Processor

**KINDLY MAKE ALL CHECKS PAYABLE TO AND MAIL ALL PAYMENTS OR COMMUNICATION TO:**

7/2/2024
Date

**Grant Carragher, State Marshall**

P.O. Box 612
Windsor, CT 06095
(860) 688-3468

**Garnishee: U.S. Bank**

**17650 Sandy Blvd
Portland, OR 97294**

**U.S. Bank**

PD-OR-C2GN
1200 Energy Park Dr
St Paul, MN 55108

000000117 TUSB08DD070324011805 01 00000000 000117 001

US DISTRICT COURT CONNECTICUT
450 MAIN ST STE A012
HARTFORD, CT 06103

