UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 SISSON AVENUE, LLC | ) |
| | ) |
| PLAINTIFF | ) CIVIL ACTION NO.: |
| | ) |
| V. | ) 3:23-CV-00903-MPS |
| | ) |
| ARON PURETZ | ) |
| | ) |
| DEFENDANT | ) |
| | ) AUGUST 12, 2024 |

**MOTION FOR AN ORDER OF COMPLIANCE**

Pursuant to FRCP 37(a)(1) and FRCP (a)(3)(B)(iii), Plaintiff 145 Sisson Avenue, LLC moves for an order of compliance against the following entities for the following reasons:

1.   Plaintiff issued the standard post-judgment interrogatories on June 18, 2024 to each of the third-party entities sent via priority mail as follows:

| Name | Exhibit # |
|---|---|
| Asylum Hill Apt LLC | 1 |
| Clemens Manager LLC* | 2 |
| Clemens Place CT Limited Partnership | 3 |
| Hoyt Bedford Limited Partnership | 4 |
| Hoyt Bedford Manager LLC | 5 |
| PAXE Garden GP LLC* | 6 |
| PAXE Garden Limited Partnership | 7 |

2.   Each of the third-party entities received the post-judgment interrogatories as evidenced by the USPS tracking record (attached as part of each Exhibit).

3.   The two entities referred to with an asterisk (Clemens Manager LLC and PAXE Garden GP LLC) did not receive the post-judgment interrogatories because the address they gave New Jersey was apparently incomplete (or the agent for service of process moved). The post-judgment interrogatories were returned marked "insufficient address."

4.   The post-judgment interrogatories to Clemens Place CT Limited Partnership are still (after a month) showing as "moving through the network."  This main has not been returned.  Either its delivery was not noted on the USPS website or it has been lost.

5.   Plaintiff received no response to the standard post-judgment interrogatories, even though more than 30 days have passed.

6.   No objections are allowed to the standard post-judgment interrogatories because they were drafted by the Connecticut Judicial Department.

7.   A copy of this motion has been served on the seven (7) third-parties as noted in the certificate of service.

Therefore, the motion for an order of compliance should be granted and each of the seven (7) third-parties should be

- 2 -

ordered to answer the standard post-judgment interrogatories forthwith on a date certain.

_____
Houston Putnam Lowry, Esq.
Counsel for Plaintiff 145 Sisson Avenue, LLC
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the attached was mailed on this 12th day of August, 2024 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

Aron Puretz
11 Forest Drive
Lakewood, NJ  08701

ASYLUM HILL APT LLC
Agent: VCORP SERVICES, LLC
67 Burnside Avenue
East Hartford, CT, 06108

CLEMENS Manager, LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701

CLEMENS PLACE CT LIMITED PARTNERSHIP
526 Westchester Road
Colchester, CT 06415-2228

Hoyt Bedford Limited Partnership
Agent: Riverside Filings LLC
28 Crystal Street
Wethersfield, CT, 06109

Hoyt Bedford Manager LLC
Agent: VCORP SERVICES, LLC
108 W. 13TH STREET-SUITE 100
WILMINGTON, DE 19801

PAXE GARDEN GP LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701

PAXE GARDEN LIMITED PARTNERSHIP
Agent: Riverside Filings LLC
28 Crystal Street
Wethersfield, CT, 06109

Houston Putnam Lowry, Esq.

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty action\145 Sisson v. Guarantor  MFOC re entities 2024-08-07.doc

# EXHIBIT 1

**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …**

# USPS Tracking®

FAQs >

Remove ✕

Tracking Number:

## 9114902307224263276596

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered in or at the mailbox at 2:02 pm on June 24, 2024 in EAST HARTFORD, CT 06108.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

Feedback

### Delivered
**Delivered, In/At Mailbox**
EAST HARTFORD, CT 06108
June 24, 2024, 2:02 pm

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ^**

Track Another Package



USPS TRACKING #
& CUSTOMER
RECEIPT LABEL (ROLL)

**9114 9023 0722 4263 2765 96**
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

**POST JUDGMENT REMEDIES
INTERROGATORIES**
JD-CV-23 Rev. 11-10
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

**STATE OF CONNECTICUT
SUPERIOR COURT**
*www.jud.ct.gov*

**Form JD-CV-23a must be attached to this form**

| Judicial ☒ District | Housing ☐ Session | Geographical Area number | At | US District Court of Connecticut | Docket number 3:23-CV-00903-MPS |
|---|---|---|---|---|---|

| Address of court *(Number, street, town, and zip code)* |
|---|
| 450 Main Street, Suite A012, Hartford, CT 06103 |

| Date of judgment 04/25/2024 | Original amount of judgment $2,152,787.36 | Amount due on the judgment $2,152,787.36 |
|---|---|---|

| Name of creditor *(Person or business judgment is for)* 145 Sisson Avenue, LLC | Address of judgment creditor *(Street and town)* 91 South Main Street, Wallingford, CT 06492 |
|---|---|

| Name of judgment debtor *(Person or business judgment is against)* Aron Puretz | Address of judgment debtor *(Street and town)* 43 Fenway Circle, Staten Island, NY 10308-1240 |
|---|---|

| Name and address of person believed to have assets of judgment debtor *(If applicable)* |
|---|
| Asylum Hill Apt LLC - Agent: VCORP Services, LLC, 67 Burnside Avenue, East Hartford, CT 06108 |

| Date interrogatories were served *(Delivered)* 06/18/2024 | Name and address of person that interrogatories must be returned to Houston Putnam Lowry, Esq., 280 Trumbull Street, Floor 22, Hartford, CT 06103 |
|---|---|

## Instructions To:

*Judgment Creditor:*
*Put an "X" in the box next to the questions to be answered on form JD-CV-23a that is attached to this form.*
*Person who received interrogatories:*
*Answer the questions indicated by an "X" on form JD-CV-23a that is attached to this form. You must give information that you have about the assets of the judgment debtor up to an amount clear enough to satisfy the judgment indicated by the "Amount due on the judgment" above. Place your answers in the space provided on the form. If you need more space to answer the questions, use the space on the back of form JD-CV-23a or attach additional sheets to this form.*

## Notice

**Do not file the interrogatories, the notice of interrogatories or the objections to the interrogatories with the court.**
The person who received these interrogatories must answer and return them within 30 days of the date of their service (delivery) to the person named above.

If the person who received these interrogatories does not answer and return them within 30 days or does not within 30 days disclose assets of the judgment debtor that are enough for execution, or if the person who received the interrogatories objects within 30 days, the judgment creditor may ask the court for additional discovery orders that may be necessary to make sure that disclosure is made including (1) an order for compliance with the interrogatories or (2) an order authorizing additional interrogatories. The judgment creditor may ask for and get discovery, including the taking of depositions, from any person served with interrogatories under the procedures for discovery in civil actions without the court ordering it. The court may order additional discovery as justice requires. If the person asked for discovery does not disclose the judgment debtor's assets, that person may be held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing necessary to enforce a court order and for counsel at any discovery hearing required because these interrogatories were not answered.

## Notice Of Rights To Person Served

1. Under Section 52-351b of the General Statutes, you must disclose information about the amount, nature and location of the judgment debtor's assets up to an amount clearly enough in value for full satisfaction of the judgment with interest and costs.

2. Under subsection (d) of Section 52-351b of the General Statutes, any party who must disclose information about the judgment debtor's assets may apply to the court to be protected from annoyance, embarrassment, oppression or undue burden or expense.

3. Certain personal property of the judgment debtor is exempt from execution (cannot be used to satisfy judgment). The following list is a description of common types of property that are exempt from execution from a judgment debtor who is a natural person. (Section 52-352b of the General Statutes).

   (a) Apparel, bedding, foodstuffs, household furniture and appliances that are needed by the judgment debtor to live;
   (b) Tools, books, instruments, farm animals and livestock feed that are needed by the judgment debtor in the course of his or her occupation, or profession, farming operation or farming partnership;
   (c) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;

*(Continued on page 2)*

(d)  Health and disability insurance payments;

(e)  Health aids that are needed by the judgment debtor to work or to keep healthy;

(f)  Worker's compensation, social security, veterans and unemployment benefits;

(g)  Court approved payments for child support;

(h)  Arms (weapons) and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(i)  One motor vehicle worth up to $3,500.00. The value of the motor vehicle must be determined as the fair market value of the motor vehicle minus the amount of all liens and security interests which are on it;

(j)  Wedding and engagement rings;

(k)  Residential utility deposits for one residence and one residential security deposit;

(l)  Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in Section 52-321a of the General Statutes, including, but not limited to, certain trust or retirement income or certain retirement, education, or medical savings accounts;

(m)  Alimony and support, other than child support, but only to the extent that wages are exempt from execution under Section 52-361a of the General Statutes;

(n)  An award under a crime reparations act;

(o)  All benefits allowed by any association of persons in this state to support any of its members that are incapacitated by sickness or infirmity from attending to his or her usual business;

(p)  All moneys that are owed to the judgment debtor from any insurance company on any insurance policy on exempt property, up to the same amount that the property was exempt;

(q)  Burial plot for the judgment debtor and his or her immediate family;

(r)  Transfers of money that cannot be taken back (revoked) to an account held by a debt adjuster licensed under Sections 36a-655 to 36a-665 of the General Statutes for the benefit of creditors of the judgment debtor;

(s)  Any interest of the judgment debtor in any property worth not more than $1,000.00;

(t)  Any interest of the judgment debtor worth not more than $4,000.00 in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or is an individual who the judgment debtor is a dependent of; and

(u)  The homestead (home) of the judgment debtor worth not more than $75,000.00, or, in the case of a money judgment arising out of services provided at a hospital worth not more than $125,000.00, the value must be determined as the fair market value of the real property minus the amount of any statutory or agreed on (consensual) lien which is on the property.

## INSTRUCTIONS

JUDGMENT CREDITOR: Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.
PERSON SERVED WITH INTERROGATORIES: Answer the questions indicated by ☒ . You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on this form. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must answer the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| 145 Sisson Avenue, LLC vs. Aron Puretz | 3:23CV903(MPS) |

## I. JUDGMENT DEBTOR

☐ STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

☐ Are you presently employed?  ☐ NO  ☐ YES *(If yes, complete the information below)*

NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER

YOUR JOB TITLE OR POSITION

NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER

IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY  AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK

STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK

☐ Are you receiving any income from any source not disclosed in your answers to the foregoing questions?  ☐ NO  ☐ YES *(If yes, complete the information below)*

| STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK |
|---|---|
| IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE | |

☐ List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | NAME AND ADDRESS OF INSTITUTION |
|---|---|
| NAME IN WHICH ACCOUNT IS HELD | NAME IN WHICH ACCOUNT IS HELD |
| ACCOUNT NO.   PRESENT BALANCE ($) | ACCOUNT NO.   PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) |

☐ List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

☐ State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

*www.jud.state.ct.us*

☐ List all real estate in your name which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs *(where possible give street address)*.

☐ List your accounts receivable which in total value are clearly sufficient to ensure full satisfaction of the judgment with interest and costs giving a) the name of the party, b) the amount owed, and c) the date the debt was incurred. *(If additional space is needed, attach a separate sheet to this form.)*

## II. EMPLOYER

☐ Is the Judgment Debtor employed by you?   ☐ NO   ☐ YES *(If yes, complete the information below)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| EMPLOYEE'S NORMAL WORKING HOURS | EMPLOYEE'S GROSS SALARY PER HOUR, WEEK, MONTH, OR YEAR |
| THE DATES ON WHICH EMPLOYEE IS PAID FOR BOTH REGULAR AND OVERTIME WORK | |
| NAME, ADDRESS, AND TELEPHONE NO. OF THE BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON WHO DISBURSES EMPLOYEE'S WAGES OR SALARY | |

## III. FINANCIAL INSTITUTION

☐ Does the Judgment Debtor maintain an account of any kind with your institution?   ☐ NO   ☐ YES
*(If yes, complete the information below. You may disclose only whether you hold funds of the judgment debtor on account and the balance of such funds if so held, up to the amount necessary to satisfy the judgment.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR INSTITUTION | |
| ACCOUNT NO. OF EACH ACCOUNT | NAME IN WHICH THE ACCOUNT IS HELD |
| PRESENT BALANCE IN EACH ACCOUNT | |
| IF JOINT ACCOUNT, THE NAME AND ADDRESS OF THE OTHER PERSON(S) | |

## IV. THIRD PERSON IN POSSESSION OF JUDGMENT DEBTOR'S PROPERTY

☒ Are you in possession of nonexempt personal property belonging to the judgment debtor?   ☐ NO   ☐ YES
*(If yes, complete the following information.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. |
|---|
| DESCRIBE THE PROPERTY, THE REASON YOU ARE HOLDING IT AND ANY CONSIDERATION THAT MAY HAVE PASSED FOR YOUR HOLDING THE PROPERTY. |
| LOCATION OF THE PROPERTY |

## V. SIGNATURE OF PERSON COMPLETING THIS FORM OR AUTHORIZED AGENT

☒ NOTE: Interrogatories served on a judgment debtor shall be signed by such debtor under penalty of false statement.

| SIGNED *(Person completing form or authorized agent)* | PRINT NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|

# EXHIBIT 2

# PRIORITY® MAIL

**FLAT RATE ENVELOPE**

**UNITED STATES POSTAL SERVICE®**

Attorneys at Law

280 Trumbull Street
Hartford, Connecticut 06103



**USPS TRACKING #**



9114 9023 0722 4263 2766 19



PRIORITY MAIL
FLAT RATE ENVELOPE

US POSTAGE (IM)® PITNEY BOWES

ZIP 061-03
02 7H
0001231645

$ 009.85

JUN 18 2024

CLEMENS MANAGER LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701



**RETURN TO SENDER**
**INSUFFICIENT ADDRESS**
**UNABLE TO FORWARD**
**RETURN TO SENDER**



For international shipments, the maximum weight is 4 lbs.



USPS TRACKING #
& CUSTOMER
RECEIPT LABEL (ROLL)

**9114 9023 0722 4263 2766 19**
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

**POST JUDGMENT REMEDIES
INTERROGATORIES**
JD-CV-23 Rev. 11-10
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

**STATE OF CONNECTICUT
SUPERIOR COURT**
*www.jud.ct.gov*



Form JD-CV-23a must be attached to this form

| Judicial [X] District | Housing Session | Geographical Area number | At | US District Court of Connecticut | Docket number 3:23-CV-00903-MPS |
|---|---|---|---|---|---|

| Address of court *(Number, street, town, and zip code)* |
|---|
| 450 Main Street, Suite A012, Hartford, CT 06103 |

| Date of judgment 04/25/2024 | Original amount of judgment $2,152,787.36 | Amount due on the judgment $2,152,787.36 |
|---|---|---|

| Name of creditor *(Person or business judgment is for)* 145 Sisson Avenue, LLC | Address of judgment creditor *(Street and town)* 91 South Main Street, Wallingford, CT 06492 |
|---|---|

| Name of judgment debtor *(Person or business judgment is against)* Aron Puretz | Address of judgment debtor *(Street and town)* 43 Fenway Circle, Staten Island, NY 10308-1240 |
|---|---|

| Name and address of person believed to have assets of judgment debtor *(if applicable)* |
|---|
| Clemens Manager LLC - Agent: David Helfgott, 36 Airport Road, Lakewood, NJ 08701 |

| Date interrogatories were served *(Delivered)* 06/18/2024 | Name and address of person that interrogatories must be returned to Houston Putnam Lowry, Esq., 280 Trumbull Street, Floor 22, Hartford, CT 06103 |
|---|---|

## Instructions To:

*Judgment Creditor:*
*Put an "X" in the box next to the questions to be answered on form JD-CV-23a that is attached to this form.*
*Person who received interrogatories:*
*Answer the questions indicated by an "X" on form JD-CV-23a that is attached to this form. You must give information that you have about the assets of the judgment debtor up to an amount clear enough to satisfy the judgment indicated by the "Amount due on the judgment" above. Place your answers in the space provided on the form. If you need more space to answer the questions, use the space on the back of form JD-CV-23a or attach additional sheets to this form.*

## Notice

**Do not file the interrogatories, the notice of interrogatories or the objections to the interrogatories with the court.**
The person who received these interrogatories must answer and return them within 30 days of the date of their service (delivery) to the person named above.

If the person who received these interrogatories does not answer and return them within 30 days or does not within 30 days disclose assets of the judgment debtor that are enough for execution, or if the person who received the interrogatories objects within 30 days, the judgment creditor may ask the court for additional discovery orders that may be necessary to make sure that disclosure is made including (1) an order for compliance with the interrogatories or (2) an order authorizing additional interrogatories. The judgment creditor may ask for and get discovery, including the taking of depositions, from any person served with interrogatories under the procedures for discovery in civil actions without the court ordering it. The court may order additional discovery as justice requires. If the person asked for discovery does not disclose the judgment debtor's assets, that person may be held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing necessary to enforce a court order and for counsel at any discovery hearing required because these interrogatories were not answered.

## Notice Of Rights To Person Served

1. Under Section 52-351b of the General Statutes, you must disclose information about the amount, nature and location of the judgment debtor's assets up to an amount clearly enough in value for full satisfaction of the judgment with interest and costs.

2. Under subsection (d) of Section 52-351b of the General Statutes, any party who must disclose information about the judgment debtor's assets may apply to the court to be protected from annoyance, embarrassment, oppression or undue burden or expense.

3. Certain personal property of the judgment debtor is exempt from execution (cannot be used to satisfy judgment). The following list is a description of common types of property that are exempt from execution from a judgment debtor who is a natural person. (Section 52-352b of the General Statutes).

   (a) Apparel, bedding, foodstuffs, household furniture and appliances that are needed by the judgment debtor to live;
   (b) Tools, books, instruments, farm animals and livestock feed that are needed by the judgment debtor in the course of his or her occupation, or profession, farming operation or farming partnership;
   (c) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;

*(Continued on page 2)*

(d) Health and disability insurance payments;

(e) Health aids that are needed by the judgment debtor to work or to keep healthy;

(f) Worker's compensation, social security, veterans and unemployment benefits;

(g) Court approved payments for child support;

(h) Arms (weapons) and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(i) One motor vehicle worth up to $3,500.00. The value of the motor vehicle must be determined as the fair market value of the motor vehicle minus the amount of all liens and security interests which are on it;

(j) Wedding and engagement rings;

(k) Residential utility deposits for one residence and one residential security deposit;

(l) Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in Section 52-321a of the General Statutes, including, but not limited to, certain trust or retirement income or certain retirement, education, or medical savings accounts;

(m) Alimony and support, other than child support, but only to the extent that wages are exempt from execution under Section 52-361a of the General Statutes;

(n) An award under a crime reparations act;

(o) All benefits allowed by any association of persons in this state to support any of its members that are incapacitated by sickness or infirmity from attending to his or her usual business;

(p) All moneys that are owed to the judgment debtor from any insurance company on any insurance policy on exempt property, up to the same amount that the property was exempt;

(q) Burial plot for the judgment debtor and his or her immediate family;

(r) Transfers of money that cannot be taken back (revoked) to an account held by a debt adjuster licensed under Sections 36a-655 to 36a-665 of the General Statutes for the benefit of creditors of the judgment debtor;

(s) Any interest of the judgment debtor in any property worth not more than $1,000.00;

(t) Any interest of the judgment debtor worth not more than $4,000.00 in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or is an individual who the judgment debtor is a dependent of; and

(u) The homestead (home) of the judgment debtor worth not more than $75,000.00, or, in the case of a money judgment arising out of services provided at a hospital worth not more than $125,000.00, the value must be determined as the fair market value of the real property minus the amount of any statutory or agreed on (consensual) lien which is on the property.

## INSTRUCTIONS

**JUDGMENT CREDITOR:** Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.
**PERSON SERVED WITH INTERROGATORIES:** Answer the questions indicated by ☒ . You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on this form. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must answer the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| 145 Sisson Avenue, LLC vs. Aron Puretz | 3:23CV903(MPS) |

### I. JUDGMENT DEBTOR

☒  STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

☐ Are you presently employed?    ☐ NO    ☐ YES *(If yes, complete the information below)*

NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER

YOUR JOB TITLE OR POSITION

NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER

IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK

STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK

☐ Are you receiving any income from any source not disclosed in your answers to the foregoing questions?    ☐ NO    ☐ YES *(If yes, complete the information below)*

| STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK |
|---|---|
| IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE | |

☐ List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | NAME AND ADDRESS OF INSTITUTION |
|---|---|
| NAME IN WHICH ACCOUNT IS HELD | NAME IN WHICH ACCOUNT IS HELD |
| ACCOUNT NO.  PRESENT BALANCE ($) | ACCOUNT NO.  PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) |

☐ List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

☐ State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

☐ List all real estate in your name which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs *(where possible give street address)*.

☐ List your accounts receivable which in total value are clearly sufficient to ensure full satisfaction of the judgment with interest and costs giving a) the name of the party, b) the amount owed, and c) the date the debt was incurred. *(If additional space is needed, attach a separate sheet to this form.)*

## II. EMPLOYER

☐ Is the Judgment Debtor employed by you?     ☐ NO     ☐ YES *(If yes, complete the information below)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| EMPLOYEE'S NORMAL WORKING HOURS | EMPLOYEE'S GROSS SALARY PER HOUR, WEEK, MONTH, OR YEAR |
| THE DATES ON WHICH EMPLOYEE IS PAID FOR BOTH REGULAR AND OVERTIME WORK | |
| NAME, ADDRESS, AND TELEPHONE NO. OF THE BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON WHO DISBURSES EMPLOYEE'S WAGES OR SALARY | |

## III. FINANCIAL INSTITUTION

☐ Does the Judgment Debtor maintain an account of any kind with your institution?     ☐ NO     ☐ YES

*(If yes, complete the information below. You may disclose only whether you hold funds of the judgment debtor on account and the balance of such funds if so held, up to the amount necessary to satisfy the judgment.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR INSTITUTION | |
| ACCOUNT NO. OF EACH ACCOUNT | NAME IN WHICH THE ACCOUNT IS HELD |
| PRESENT BALANCE IN EACH ACCOUNT | |
| IF JOINT ACCOUNT, THE NAME AND ADDRESS OF THE OTHER PERSON(S) | |

## IV. THIRD PERSON IN POSSESSION OF JUDGMENT DEBTOR'S PROPERTY

☒ Are you in possession of nonexempt personal property belonging to the judgment debtor?     ☐ NO     ☐ YES
*(If yes, complete the following information.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. |
|---|
| DESCRIBE THE PROPERTY, THE REASON YOU ARE HOLDING IT AND ANY CONSIDERATION THAT MAY HAVE PASSED FOR YOUR HOLDING THE PROPERTY. |
| LOCATION OF THE PROPERTY |

## V. SIGNATURE OF PERSON COMPLETING THIS FORM OR AUTHORIZED AGENT

☒ NOTE: Interrogatories served on a judgment debtor shall be signed by such debtor under penalty of false statement.

| SIGNED *(Person completing form or authorized agent)* | PRINT NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|
| | | |

JD-CV-23a (Page 2 of 2) Rev. G-2000

# EXHIBIT 3

**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …**

# USPS Tracking®

FAQs >

Tracking Number:

**91149023072242263276602**

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Moving Through Network
**In Transit to Next Facility**

July 1, 2024

**Departed USPS Regional Facility**

HARTFORD CT DISTRIBUTION CENTER
June 27, 2024, 8:45 pm

**See All Tracking History**

Feedback

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

**Text & Email Updates**                                                                    ⌄

**Delivery Instructions**                                                                    ⌄

**USPS Tracking Plus®**                                                                    ⌄

USPS TRACKING #
& CUSTOMER
RECEIPT LABEL (ROLL)

**9114 9023 0722 4263 2766 02**
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

**POST JUDGMENT REMEDIES
INTERROGATORIES**
JD-CV-23 Rev. 11-10
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

**STATE OF CONNECTICUT
SUPERIOR COURT**
*www.jud.ct.gov*



Form JD-CV-23a must be attached to this form

| Judicial ☒ District | Housing Session | Geographical Area number | At | US District Court of Connecticut | Docket number 3:23-CV-00903-MPS |
|---|---|---|---|---|---|

Address of court *(Number, street, town, and zip code)*
**450 Main Street, Suite A012, Hartford, CT 06103**

| Date of judgment 04/25/2024 | Original amount of judgment $2,152,787.36 | Amount due on the judgment $2,152,787.36 |
|---|---|---|

Name of creditor *(Person or business judgment is for)*
**145 Sisson Avenue, LLC**

Address of judgment creditor *(Street and town)*
**91 South Main Street, Wallingford, CT 06492**

Name of judgment debtor *(Person or business judgment is against)*
**Aron Puretz**

Address of judgment debtor *(Street and town)*
**43 Fenway Circle, Staten Island, NY 10308-1240**

Name and address of person believed to have assets of judgment debtor *(If applicable)*
**Clemens Place CT Limited Partnership, 526 Westchester Road, Colchester, CT 06415-2228**

| Date interrogatories were served *(Delivered)* 06/18/2024 | Name and address of person that interrogatories must be returned to **Houston Putnam Lowry, Esq., 280 Trumbull Street, Floor 22, Hartford, CT 06103** |
|---|---|

## Instructions To:

*Judgment Creditor:*
*Put an "X" in the box next to the questions to be answered on form JD-CV-23a that is attached to this form.*
*Person who received interrogatories:*
*Answer the questions indicated by an "X" on form JD-CV-23a that is attached to this form. You must give information that you have about the assets of the judgment debtor up to an amount clear enough to satisfy the judgment indicated by the "Amount due on the judgment" above. Place your answers in the space provided on the form. If you need more space to answer the questions, use the space on the back of form JD-CV-23a or attach additional sheets to this form.*

## Notice

**Do not file the interrogatories, the notice of interrogatories or the objections to the interrogatories with the court.**
The person who received these interrogatories must answer and return them within 30 days of the date of their service (delivery) to the person named above.

If the person who received these interrogatories does not answer and return them within 30 days or does not within 30 days disclose assets of the judgment debtor that are enough for execution, or if the person who received the interrogatories objects within 30 days, the judgment creditor may ask the court for additional discovery orders that may be necessary to make sure that disclosure is made including (1) an order for compliance with the interrogatories or (2) an order authorizing additional interrogatories. The judgment creditor may ask for and get discovery, including the taking of depositions, from any person served with interrogatories under the procedures for discovery in civil actions without the court ordering it. The court may order additional discovery as justice requires. If the person asked for discovery does not disclose the judgment debtor's assets, that person may be held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing necessary to enforce a court order and for counsel at any discovery hearing required because these interrogatories were not answered.

## Notice Of Rights To Person Served

1. Under Section 52-351b of the General Statutes, you must disclose information about the amount, nature and location of the judgment debtor's assets up to an amount clearly enough in value for full satisfaction of the judgment with interest and costs.

2. Under subsection (d) of Section 52-351b of the General Statutes, any party who must disclose information about the judgment debtor's assets may apply to the court to be protected from annoyance, embarrassment, oppression or undue burden or expense.

3. Certain personal property of the judgment debtor is exempt from execution (cannot be used to satisfy judgment). The following list is a description of common types of property that are exempt from execution from a judgment debtor who is a natural person. (Section 52-352b of the General Statutes).

   (a) Apparel, bedding, foodstuffs, household furniture and appliances that are needed by the judgment debtor to live;
   (b) Tools, books, instruments, farm animals and livestock feed that are needed by the judgment debtor in the course of his or her occupation, or profession, farming operation or farming partnership;
   (c) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;

*(Continued on page 2)*

(d) Health and disability insurance payments;

(e) Health aids that are needed by the judgment debtor to work or to keep healthy;

(f) Worker's compensation, social security, veterans and unemployment benefits;

(g) Court approved payments for child support;

(h) Arms (weapons) and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(i) One motor vehicle worth up to $3,500.00. The value of the motor vehicle must be determined as the fair market value of the motor vehicle minus the amount of all liens and security interests which are on it;

(j) Wedding and engagement rings;

(k) Residential utility deposits for one residence and one residential security deposit;

(l) Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in Section 52-321a of the General Statutes, including, but not limited to, certain trust or retirement income or certain retirement, education, or medical savings accounts;

(m) Alimony and support, other than child support, but only to the extent that wages are exempt from execution under Section 52-361a of the General Statutes;

(n) An award under a crime reparations act;

(o) All benefits allowed by any association of persons in this state to support any of its members that are incapacitated by sickness or infirmity from attending to his or her usual business;

(p) All moneys that are owed to the judgment debtor from any insurance company on any insurance policy on exempt property, up to the same amount that the property was exempt;

(q) Burial plot for the judgment debtor and his or her immediate family;

(r) Transfers of money that cannot be taken back (revoked) to an account held by a debt adjuster licensed under Sections 36a-655 to 36a-665 of the General Statutes for the benefit of creditors of the judgment debtor;

(s) Any interest of the judgment debtor in any property worth not more than $1,000.00;

(t) Any interest of the judgment debtor worth not more than $4,000.00 in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or is an individual who the judgment debtor is a dependent of; and

(u) The homestead (home) of the judgment debtor worth not more than $75,000.00, or, in the case of a money judgment arising out of services provided at a hospital worth not more than $125,000.00, the value must be determined as the fair market value of the real property minus the amount of any statutory or agreed on (consensual) lien which is on the property.

## INSTRUCTIONS

**JUDGMENT CREDITOR:** Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.

**PERSON SERVED WITH INTERROGATORIES:** Answer the questions indicated by [X] . You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on this form. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must answer the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| 145 Sisson Avenue, LLC vs. Aron Puretz | 3:23CV903(MPS) |

### I. JUDGMENT DEBTOR

[ ] STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

[ ] Are you presently employed?      [ ] NO      [ ] YES *(If yes, complete the information below)*

| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER |
|---|
| YOUR JOB TITLE OR POSITION |
| NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER |
| IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK |
| STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK |

[ ] Are you receiving any income from any source not disclosed in your answers to the foregoing questions?      [ ] NO      [ ] YES *(If yes, complete the information below)*

| STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK |
|---|---|
| IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE | |

[ ] List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | | NAME AND ADDRESS OF INSTITUTION | |
|---|---|---|---|
| NAME IN WHICH ACCOUNT IS HELD | | NAME IN WHICH ACCOUNT IS HELD | |
| ACCOUNT NO. | PRESENT BALANCE ($) | ACCOUNT NO. | PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | |

[ ] List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

[ ] State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

*www.jud.state.ct.us*

☐ List all real estate in your name which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs *(where possible give street address).*

☐ List your accounts receivable which in total value are clearly sufficient to ensure full satisfaction of the judgment with interest and costs giving a) the name of the party, b) the amount owed, and c) the date the debt was incurred. *(If additional space is needed, attach a separate sheet to this form.)*

## II. EMPLOYER

☐ Is the Judgment Debtor employed by you?     ☐ NO     ☐ YES *(If yes, complete the information below)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| EMPLOYEE'S NORMAL WORKING HOURS | EMPLOYEE'S GROSS SALARY PER HOUR, WEEK, MONTH, OR YEAR |
| THE DATES ON WHICH EMPLOYEE IS PAID FOR BOTH REGULAR AND OVERTIME WORK | |
| NAME, ADDRESS, AND TELEPHONE NO. OF THE BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON WHO DISBURSES EMPLOYEE'S WAGES OR SALARY | |

## III. FINANCIAL INSTITUTION

☐ Does the Judgment Debtor maintain an account of any kind with your institution?     ☐ NO     ☐ YES
*(If yes, complete the information below. You may disclose only whether you hold funds of the judgment debtor on account and the balance of such funds if so held, up to the amount necessary to satisfy the judgment.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR INSTITUTION | |
| ACCOUNT NO. OF EACH ACCOUNT | NAME IN WHICH THE ACCOUNT IS HELD |
| PRESENT BALANCE IN EACH ACCOUNT | |
| IF JOINT ACCOUNT, THE NAME AND ADDRESS OF THE OTHER PERSON(S) | |

## IV. THIRD PERSON IN POSSESSION OF JUDGMENT DEBTOR'S PROPERTY

☒ Are you in possession of nonexempt personal property belonging to the judgment debtor?     ☐ NO     ☐ YES
*(If yes, complete the following information.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. |
|---|
| DESCRIBE THE PROPERTY, THE REASON YOU ARE HOLDING IT AND ANY CONSIDERATION THAT MAY HAVE PASSED FOR YOUR HOLDING THE PROPERTY. |
| LOCATION OF THE PROPERTY |

## V. SIGNATURE OF PERSON COMPLETING THIS FORM OR AUTHORIZED AGENT

☒ NOTE: Interrogatories served on a judgment debtor shall be signed by such debtor under penalty of false statement.

| SIGNED *(Person completing form or authorized agent)* | PRINT NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|
| | | |

# EXHIBIT 4

USPS.com® - USPS Tracking® Results

**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …**

# USPS Tracking®

**FAQs >**

Tracking Number:                                                                              **Remove ✕**

# 9114902307224263276671

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 2:25 pm on June 29, 2024 in WETHERSFIELD, CT 06109.

Get More Out of USPS Tracking:

    USPS Tracking Plus®

## Delivered
**Delivered, In/At Mailbox**
WETHERSFIELD, CT 06109
June 29, 2024, 2:25 pm

See All Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

**See Less ⌃**

Track Another Package

Feedback

USPS TRACKING #    **9114 9023 0722 4263 2766 71**
& CUSTOMER                For Tracking or inquiries go to USPS.com
RECEIPT LABEL (ROLL)     or call 1-800-222-1811.

POST JUDGMENT REMEDIES
INTERROGATORIES
JD-CV-23 Rev. 11-10
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*



Form JD-CV-23a must be attached to this form

| ☐ Judicial [X] District | ☐ Housing Session | Geographical Area number | At | US District Court of Connecticut | Docket number 3:23-CV-00903-MPS |
|---|---|---|---|---|---|

Address of court *(Number, street, town, and zip code)*
450 Main Street, Suite A012, Hartford, CT 06103

| Date of judgment 04/25/2024 | Original amount of judgment $2,152,787.36 | Amount due on the judgment $2,152,787.36 |
|---|---|---|

Name of creditor *(Person or business judgment is for)*
145 Sisson Avenue, LLC

Address of judgment creditor *(Street and town)*
91 South Main Street, Wallingford, CT 06492

Name of judgment debtor *(Person or business judgment is against)*
Aron Puretz

Address of judgment debtor *(Street and town)*
43 Fenway Circle, Staten Island, NY 10308-1240

Name and address of person believed to have assets of judgment debtor *(if applicable)*
Hoyt Bedford Limited Partnership - Agent: Riverside Filings LLC, 28 Crystal Street, Wethersfield, CT 06109

| Date interrogatories were served *(Delivered)* 06/18/2024 | Name and address of person that interrogatories must be returned to Houston Putnam Lowry, Esq., 280 Trumbull Street, Floor 22, Hartford, CT 06103 |
|---|---|

## Instructions To:

*Judgment Creditor:*
*Put an "X" in the box next to the questions to be answered on form JD-CV-23a that is attached to this form.*
*Person who received interrogatories:*
*Answer the questions indicated by an "X" on form JD-CV-23a that is attached to this form. You must give information that you have about the assets of the judgment debtor up to an amount clear enough to satisfy the judgment indicated by the "Amount due on the judgment" above. Place your answers in the space provided on the form. If you need more space to answer the questions, use the space on the back of form JD-CV-23a or attach additional sheets to this form.*

## Notice

**Do not file the interrogatories, the notice of interrogatories or the objections to the interrogatories with the court.**
The person who received these interrogatories must answer and return them within 30 days of the date of their service
(delivery) to the person named above.

If the person who received these interrogatories does not answer and return them within 30 days or does not within 30 days
disclose assets of the judgment debtor that are enough for execution, or if the person who received the interrogatories objects
within 30 days, the judgment creditor may ask the court for additional discovery orders that may be necessary to make sure
that disclosure is made including (1) an order for compliance with the interrogatories or (2) an order authorizing additional
interrogatories. The judgment creditor may ask for and get discovery, including the taking of depositions, from any person
served with interrogatories under the procedures for discovery in civil actions without the court ordering it. The court may
order additional discovery as justice requires. If the person asked for discovery does not disclose the judgment debtor's
assets, that person may be held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing
necessary to enforce a court order and for counsel at any discovery hearing required because these interrogatories were not
answered.

## Notice Of Rights To Person Served

1. Under Section 52-351b of the General Statutes, you must disclose information about the amount, nature and location of
   the judgment debtor's assets up to an amount clearly enough in value for full satisfaction of the judgment with interest and
   costs.

2. Under subsection (d) of Section 52-351b of the General Statutes, any party who must disclose information about the
   judgment debtor's  assets may apply to the court to be protected from annoyance, embarrassment, oppression or undue
   burden or expense.

3. Certain personal property of the judgment debtor is exempt from execution (cannot be used to satisfy judgment). The
   following list is a description of common types of property that are exempt from execution from a judgment debtor who is
   a natural person. (Section 52-352b of the General Statutes).

   (a) Apparel, bedding, foodstuffs, household furniture and appliances that are needed by the judgment debtor to live;
   (b) Tools, books, instruments, farm animals and livestock feed that are needed by the judgment debtor in the course
       of his or her occupation, or profession, farming operation or farming partnership;
   (c) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings
       or similar program;

*(Continued on page 2)*

(d) Health and disability insurance payments;

(e) Health aids that are needed by the judgment debtor to work or to keep healthy;

(f) Worker's compensation, social security, veterans and unemployment benefits;

(g) Court approved payments for child support;

(h) Arms (weapons) and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(i) One motor vehicle worth up to $3,500.00. The value of the motor vehicle must be determined as the fair market value of the motor vehicle minus the amount of all liens and security interests which are on it;

(j) Wedding and engagement rings;

(k) Residential utility deposits for one residence and one residential security deposit;

(l) Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in Section 52-321a of the General Statutes, including, but not limited to, certain trust or retirement income or certain retirement, education, or medical savings accounts;

(m) Alimony and support, other than child support, but only to the extent that wages are exempt from execution under Section 52-361a of the General Statutes;

(n) An award under a crime reparations act;

(o) All benefits allowed by any association of persons in this state to support any of its members that are incapacitated by sickness or infirmity from attending to his or her usual business;

(p) All moneys that are owed to the judgment debtor from any insurance company on any insurance policy on exempt property, up to the same amount that the property was exempt;

(q) Burial plot for the judgment debtor and his or her immediate family;

(r) Transfers of money that cannot be taken back (revoked) to an account held by a debt adjuster licensed under Sections 36a-655 to 36a-665 of the General Statutes for the benefit of creditors of the judgment debtor;

(s) Any interest of the judgment debtor in any property worth not more than $1,000.00;

(t) Any interest of the judgment debtor worth not more than $4,000.00 in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or is an individual who the judgment debtor is a dependent of; and

(u) The homestead (home) of the judgment debtor worth not more than $75,000.00, or, in the case of a money judgment arising out of services provided at a hospital worth not more than $125,000.00, the value must be determined as the fair market value of the real property minus the amount of any statutory or agreed on (consensual) lien which is on the property.

## INSTRUCTIONS

**JUDGMENT CREDITOR:** Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.
**PERSON SERVED WITH INTERROGATORIES:** Answer the questions indicated by [X]. You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on this form. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must answer the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| 145 Sisson Avenue, LLC vs. Aron Puretz | 3:23CV903(MPS) |

### I. JUDGMENT DEBTOR

☐ STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

☐ Are you presently employed?   ☐ NO   ☐ YES *(If yes, complete the information below)*

NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER

YOUR JOB TITLE OR POSITION

NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER

IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK

STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK

☐ Are you receiving any income from any source not disclosed in your answers to the foregoing questions?   ☐ NO   ☐ YES *(If yes, complete the information below)*

STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK

IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE

☐ List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | NAME AND ADDRESS OF INSTITUTION |
|---|---|
| NAME IN WHICH ACCOUNT IS HELD | NAME IN WHICH ACCOUNT IS HELD |
| ACCOUNT NO.        PRESENT BALANCE ($) | ACCOUNT NO.        PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) |

☐ List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

☐ State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

*www.jud.state.ct.us*

☐ List all real estate in your name which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs *(where possible give street address).*

☐ List your accounts receivable which in total value are clearly sufficient to ensure full satisfaction of the judgment with interest and costs giving a) the name of the party, b) the amount owed, and c) the date the debt was incurred. *(If additional space is needed, attach a separate sheet to this form.)*

## II. EMPLOYER

☐ Is the Judgment Debtor employed by you?        ☐ NO        ☐ YES *(If yes, complete the information below)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| EMPLOYEE'S NORMAL WORKING HOURS | EMPLOYEE'S GROSS SALARY PER HOUR, WEEK, MONTH, OR YEAR |
| THE DATES ON WHICH EMPLOYEE IS PAID FOR BOTH REGULAR AND OVERTIME WORK | |
| NAME, ADDRESS, AND TELEPHONE NO. OF THE BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON WHO DISBURSES EMPLOYEE'S WAGES OR SALARY | |

## III. FINANCIAL INSTITUTION

☐ Does the Judgment Debtor maintain an account of any kind with your institution?        ☐ NO        ☐ YES

*(If yes, complete the information below. You may disclose only whether you hold funds of the judgment debtor on account and the balance of such funds if so held, up to the amount necessary to satisfy the judgment.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR INSTITUTION | |
| ACCOUNT NO. OF EACH ACCOUNT | NAME IN WHICH THE ACCOUNT IS HELD |
| PRESENT BALANCE IN EACH ACCOUNT | |
| IF JOINT ACCOUNT, THE NAME AND ADDRESS OF THE OTHER PERSON(S) | |

## IV. THIRD PERSON IN POSSESSION OF JUDGMENT DEBTOR'S PROPERTY

☒ Are you in possession of nonexempt personal property belonging to the judgment debtor?        ☐ NO        ☐ YES
  *(If yes, complete the following information.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. |
|---|
| DESCRIBE THE PROPERTY, THE REASON YOU ARE HOLDING IT AND ANY CONSIDERATION THAT MAY HAVE PASSED FOR YOUR HOLDING THE PROPERTY. |
| LOCATION OF THE PROPERTY |

## V. SIGNATURE OF PERSON COMPLETING THIS FORM OR AUTHORIZED AGENT

☒ NOTE: Interrogatories served on a judgment debtor shall be signed by such debtor under penalty of false statement.

| SIGNED *(Person completing form or authorized agent)* | PRINT NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|

# EXHIBIT 5

8/6/24, 1:54 PM                                USPS.com® - USPS Tracking® Results

ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …

# USPS Tracking®

FAQs ›

Tracking Number:                                                        Remove ✕

## 9114902307224263276688

Copy        Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 10:47 am on June 24, 2024 in WILMINGTON, DE 19801.

Get More Out of USPS Tracking:

USPS Tracking Plus®

## Delivered
**Delivered, In/At Mailbox**
WILMINGTON, DE 19801
June 24, 2024, 10:47 am

See All Tracking History

What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)

Feedback

Text & Email Updates                                                     ⌄

USPS Tracking Plus®                                                       ⌄

Product Information                                                       ⌄

**See Less** ⌃

Track Another Package

USPS TRACKING #
& CUSTOMER
RECEIPT LABEL (ROLL)

**9114 9023 0722 4263 2766 88**
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

**POST JUDGMENT REMEDIES
INTERROGATORIES**
JD-CV-23 Rev. 11-10
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

**STATE OF CONNECTICUT
SUPERIOR COURT**
*www.jud.ct.gov*



Form JD-CV-23a must be attached to this form

| ☒ Judicial District | ☐ Housing Session | Geographical Area number | At | US District Court of Connecticut | Docket number 3:23-CV-00903-MPS |
|---|---|---|---|---|---|

Address of court *(Number, street, town, and zip code)*
**450 Main Street, Suite A012, Hartford, CT 06103**

| Date of judgment 04/25/2024 | Original amount of judgment $2,152,787.36 | Amount due on the judgment $2,152,787.36 |
|---|---|---|

| Name of creditor *(Person or business judgment is for)* 145 Sisson Avenue, LLC | Address of judgment creditor *(Street and town)* 91 South Main Street, Wallingford, CT 06492 |
|---|---|

| Name of judgment debtor *(Person or business judgment is against)* Aron Puretz | Address of judgment debtor *(Street and town)* 43 Fenway Circle, Staten Island, NY 10308-1240 |
|---|---|

Name and address of person believed to have assets of judgment debtor *(if applicable)*
**Hoyt Bedford Manager LLC - Agent: VCORP SERVICES, LLC, 108 W. 13th Street - Suite 100, Wilmington, DE 19801**

| Date interrogatories were served *(Delivered)* 06/18/2024 | Name and address of person that interrogatories must be returned to Houston Putnam Lowry, Esq., 280 Trumbull Street, Floor 22, Hartford, CT 06103 |
|---|---|

## Instructions To:

*Judgment Creditor:*
*Put an "X" in the box next to the questions to be answered on form JD-CV-23a that is attached to this form.*
*Person who received interrogatories:*
*Answer the questions indicated by an "X" on form JD-CV-23a that is attached to this form. You must give information that you have about the assets of the judgment debtor up to an amount clear enough to satisfy the judgment indicated by the "Amount due on the judgment" above. Place your answers in the space provided on the form. If you need more space to answer the questions, use the space on the back of form JD-CV-23a or attach additional sheets to this form.*

## Notice

**Do not file the interrogatories, the notice of interrogatories or the objections to the interrogatories with the court.**
The person who received these interrogatories must answer and return them within 30 days of the date of their service (delivery) to the person named above.

If the person who received these interrogatories does not answer and return them within 30 days or does not within 30 days disclose assets of the judgment debtor that are enough for execution, or if the person who received the interrogatories objects within 30 days, the judgment creditor may ask the court for additional discovery orders that may be necessary to make sure that disclosure is made including (1) an order for compliance with the interrogatories or (2) an order authorizing additional interrogatories. The judgment creditor may ask for and get discovery, including the taking of depositions, from any person served with interrogatories under the procedures for discovery in civil actions without the court ordering it. The court may order additional discovery as justice requires. If the person asked for discovery does not disclose the judgment debtor's assets, that person may be held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing necessary to enforce a court order and for counsel at any discovery hearing required because these interrogatories were not answered.

## Notice Of Rights To Person Served

1. Under Section 52-351b of the General Statutes, you must disclose information about the amount, nature and location of the judgment debtor's assets up to an amount clearly enough in value for full satisfaction of the judgment with interest and costs.

2. Under subsection (d) of Section 52-351b of the General Statutes, any party who must disclose information about the judgment debtor's assets may apply to the court to be protected from annoyance, embarrassment, oppression or undue burden or expense.

3. Certain personal property of the judgment debtor is exempt from execution (cannot be used to satisfy judgment). The following list is a description of common types of property that are exempt from execution from a judgment debtor who is a natural person. (Section 52-352b of the General Statutes).

   (a) Apparel, bedding, foodstuffs, household furniture and appliances that are needed by the judgment debtor to live;
   (b) Tools, books, instruments, farm animals and livestock feed that are needed by the judgment debtor in the course of his or her occupation, or profession, farming operation or farming partnership;
   (c) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;

*(Continued on page 2)*

(d)  Health and disability insurance payments;

(e)  Health aids that are needed by the judgment debtor to work or to keep healthy;

(f)  Worker's compensation, social security, veterans and unemployment benefits;

(g)  Court approved payments for child support;

(h)  Arms (weapons) and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(i)  One motor vehicle worth up to $3,500.00. The value of the motor vehicle must be determined as the fair market value of the motor vehicle minus the amount of all liens and security interests which are on it;

(j)  Wedding and engagement rings;

(k)  Residential utility deposits for one residence and one residential security deposit;

(l)  Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in Section 52-321a of the General Statutes, including, but not limited to, certain trust or retirement income or certain retirement, education, or medical savings accounts;

(m)  Alimony and support, other than child support, but only to the extent that wages are exempt from execution under Section 52-361a of the General Statutes;

(n)  An award under a crime reparations act;

(o)  All benefits allowed by any association of persons in this state to support any of its members that are incapacitated by sickness or infirmity from attending to his or her usual business;

(p)  All moneys that are owed to the judgment debtor from any insurance company on any insurance policy on exempt property, up to the same amount that the property was exempt;

(q)  Burial plot for the judgment debtor and his or her immediate family;

(r)  Transfers of money that cannot be taken back (revoked) to an account held by a debt adjuster licensed under Sections 36a-655 to 36a-665 of the General Statutes for the benefit of creditors of the judgment debtor;

(s)  Any interest of the judgment debtor in any property worth not more than $1,000.00;

(t)  Any interest of the judgment debtor worth not more than $4,000.00 in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or is an individual who the judgment debtor is a dependent of; and

(u)  The homestead (home) of the judgment debtor worth not more than $75,000.00, or, in the case of a money judgment arising out of services provided at a hospital worth not more than $125,000.00, the value must be determined as the fair market value of the real property minus the amount of any statutory or agreed on (consensual) lien which is on the property.

## INSTRUCTIONS

**JUDGMENT CREDITOR:** Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.
**PERSON SERVED WITH INTERROGATORIES:** Answer the questions indicated by ☒ . You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on this form. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must answer the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| 145 Sisson Avenue, LLC vs. Aron Puretz | 3:23CV903(MPS) |

## I. JUDGMENT DEBTOR

☒ STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

☐ Are you presently employed?   ☐ NO   ☐ YES *(If yes, complete the information below)*

NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER

YOUR JOB TITLE OR POSITION

NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER

IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK

STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK

☐ Are you receiving any income from any source not disclosed in your answers to the foregoing questions?   ☐ NO   ☐ YES *(If yes, complete the information below)*

| STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK |
|---|---|
| IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE | |

☐ List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | NAME AND ADDRESS OF INSTITUTION |
|---|---|
| NAME IN WHICH ACCOUNT IS HELD | NAME IN WHICH ACCOUNT IS HELD |
| ACCOUNT NO.   PRESENT BALANCE ($) | ACCOUNT NO.   PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) |

☐ List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

☐ State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

*www.jud.state.ct.us*

☐ List all real estate in your name which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs *(where possible give street address).*

☐ List your accounts receivable which in total value are clearly sufficient to ensure full satisfaction of the judgment with interest and costs giving a) the name of the party, b) the amount owed, and c) the date the debt was incurred. *(If additional space is needed, attach a separate sheet to this form.)*

## II. EMPLOYER

☐ Is the Judgment Debtor employed by you?     ☐ NO     ☐ YES *(If yes, complete the information below)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| EMPLOYEE'S NORMAL WORKING HOURS | EMPLOYEE'S GROSS SALARY PER HOUR, WEEK, MONTH, OR YEAR |
| THE DATES ON WHICH EMPLOYEE IS PAID FOR BOTH REGULAR AND OVERTIME WORK | |
| NAME, ADDRESS, AND TELEPHONE NO. OF THE BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON WHO DISBURSES EMPLOYEE'S  WAGES OR SALARY | |

## III. FINANCIAL INSTITUTION

☐ Does the Judgment Debtor maintain an account of any kind with your institution?     ☐ NO     ☐ YES

*(If yes, complete the information below. You may disclose only whether you hold funds of the judgment debtor on account and the balance of such funds if so held, up to the amount necessary to satisfy the judgment.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR INSTITUTION | |
| ACCOUNT NO. OF EACH ACCOUNT | NAME IN WHICH THE ACCOUNT IS HELD |
| PRESENT BALANCE IN EACH ACCOUNT | |
| IF JOINT ACCOUNT, THE NAME AND ADDRESS OF THE OTHER PERSON(S) | |

## IV. THIRD PERSON IN POSSESSION OF JUDGMENT DEBTOR'S PROPERTY

☒ Are you in possession of nonexempt personal property belonging to the judgment debtor?     ☐ NO     ☐ YES

*(If yes, complete the following information.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. |
|---|
| DESCRIBE THE PROPERTY, THE REASON YOU ARE HOLDING IT AND ANY CONSIDERATION THAT MAY HAVE PASSED FOR YOUR HOLDING THE PROPERTY. |
| LOCATION OF THE PROPERTY |

## V. SIGNATURE OF PERSON COMPLETING THIS FORM OR AUTHORIZED AGENT

☒ NOTE: Interrogatories served on a judgment debtor shall be signed by such debtor under penalty of false statement.

| SIGNED *(Person completing form or authorized agent)* | PRINT NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|

JD-CV-23a (Page 2 of 2) Rev. 6-2000

# EXHIBIT 6

# PRIORITY MAIL

**FLAT RATE ENVELOPE**

**UNITED STATES POSTAL SERVICE®**

**USPS TRACKING #**



9114 9023 0722 4263 2766 26

LAB400R Aug. 2013
7690-17-000-0669

PRIORITY MAIL
FLAT RATE
ENVELOPE

US POSTAGE PITNEY BOWES

ZIP 06103
02 7H
0001231645
$ 009.85⁰
JUN 18 2024

Attorneys at Law

280 Trumbull Street
Hartford, Connecticut 06103





PAXE GARDEN GP LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER



For international shipments, the maximum weight is 4 lbs.

USPS TRACKING #
& CUSTOMER
RECEIPT LABEL (ROLL)

**9114 9023 0722 4263 2766 26**
For Tracking or inquiries go to USPS.com
or call 1-800-222-1811.

POST JUDGMENT REMEDIES
INTERROGATORIES
JD-CV-23 Rev. 11-10
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

STATE OF CONNECTICUT
SUPERIOR COURT
*www.jud.ct.gov*



Form JD-CV-23a must be attached to this form

| | | | | | | Docket number |
|---|---|---|---|---|---|---|
| ☒ Judicial District | ☐ Housing Session | Geographical Area number | At | US District Court of Connecticut | | 3:23-CV-00903-MPS |

Address of court *(Number, street, town, and zip code)*
450 Main Street, Suite A012, Hartford, CT 06103

| Date of judgment | Original amount of judgment | Amount due on the judgment |
|---|---|---|
| 04/25/2024 | $2,152,787.36 | $2,152,787.36 |

Name of creditor *(Person or business judgment is for)*
145 Sisson Avenue, LLC

Address of judgment creditor *(Street and town)*
91 South Main Street, Wallingford, CT 06492

Name of judgment debtor *(Person or business judgment is against)*
Aron Puretz

Address of judgment debtor *(Street and town)*
43 Fenway Circle, Staten Island, NY 10308-1240

Name and address of person believed to have assets of judgment debtor *(If applicable)*
PAXE Garden GP LLC - Agent: David Helfgott, 36 Airport Road, Lakewood, NJ  08701

| Date interrogatories were served *(Delivered)* | Name and address of person that interrogatories must be returned to |
|---|---|
| 06/18/2024 | Houston Putnam Lowry, Esq., 280 Trumbull Street, Floor 22, Hartford, CT 06103 |

## Instructions To:

*Judgment Creditor:*
*Put an "X" in the box next to the questions to be answered on form JD-CV-23a that is attached to this form.*
*Person who received interrogatories:*
*Answer the questions indicated by an "X" on form JD-CV-23a that is attached to this form. You must give information that you have about the assets of the judgment debtor up to an amount clear enough to satisfy the judgment indicated by the "Amount due on the judgment" above. Place your answers in the space provided on the form. If you need more space to answer the questions, use the space on the back of form JD-CV-23a or attach additional sheets to this form.*

## Notice

**Do not file the interrogatories, the notice of interrogatories or the objections to the interrogatories with the court.**
The person who received these interrogatories must answer and return them within 30 days of the date of their service (delivery) to the person named above.

If the person who received these interrogatories does not answer and return them within 30 days or does not within 30 days disclose assets of the judgment debtor that are enough for execution, or if the person who received the interrogatories objects within 30 days, the judgment creditor may ask the court for additional discovery orders that may be necessary to make sure that disclosure is made including (1) an order for compliance with the interrogatories or (2) an order authorizing additional interrogatories. The judgment creditor may ask for and get discovery, including the taking of depositions, from any person served with interrogatories under the procedures for discovery in civil actions without the court ordering it. The court may order additional discovery as justice requires. If the person asked for discovery does not disclose the judgment debtor's assets, that person may be held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing necessary to enforce a court order and for counsel at any discovery hearing required because these interrogatories were not answered.

## Notice Of Rights To Person Served

1. Under Section 52-351b of the General Statutes, you must disclose information about the amount, nature and location of the judgment debtor's assets up to an amount clearly enough in value for full satisfaction of the judgment with interest and costs.

2. Under subsection (d) of Section 52-351b of the General Statutes, any party who must disclose information about the judgment debtor's  assets may apply to the court to be protected from annoyance, embarrassment, oppression or undue burden or expense.

3. Certain personal property of the judgment debtor is exempt from execution (cannot be used to satisfy judgment). The following list is a description of common types of property that are exempt from execution from a judgment debtor who is a natural person. (Section 52-352b of the General Statutes).

    (a) Apparel, bedding, foodstuffs, household furniture and appliances that are needed by the judgment debtor to live;
    (b) Tools, books, instruments, farm animals and livestock feed that are needed by the judgment debtor in the course of his or her occupation, or profession, farming operation or farming partnership;
    (c) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;

*(Continued on page 2)*

(d)  Health and disability insurance payments;

(e)  Health aids that are needed by the judgment debtor to work or to keep healthy;

(f)  Worker's compensation, social security, veterans and unemployment benefits;

(g)  Court approved payments for child support;

(h)  Arms (weapons) and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(i)  One motor vehicle worth up to $3,500.00. The value of the motor vehicle must be determined as the fair market value of the motor vehicle minus the amount of all liens and security interests which are on it;

(j)  Wedding and engagement rings;

(k)  Residential utility deposits for one residence and one residential security deposit;

(l)  Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in Section 52-321a of the General Statutes, including, but not limited to, certain trust or retirement income or certain retirement, education, or medical savings accounts;

(m)  Alimony and support, other than child support, but only to the extent that wages are exempt from execution under Section 52-361a of the General Statutes;

(n)  An award under a crime reparations act;

(o)  All benefits allowed by any association of persons in this state to support any of its members that are incapacitated by sickness or infirmity from attending to his or her usual business;

(p)  All moneys that are owed to the judgment debtor from any insurance company on any insurance policy on exempt property, up to the same amount that the property was exempt;

(q)  Burial plot for the judgment debtor and his or her immediate family;

(r)  Transfers of money that cannot be taken back (revoked) to an account held by a debt adjuster licensed under Sections 36a-655 to 36a-665 of the General Statutes for the benefit of creditors of the judgment debtor;

(s)  Any interest of the judgment debtor in any property worth not more than $1,000.00;

(t)  Any interest of the judgment debtor worth not more than $4,000.00 in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or is an individual who the judgment debtor is a dependent of; and

(u)  The homestead (home) of the judgment debtor worth not more than $75,000.00, or, in the case of a money judgment arising out of services provided at a hospital worth not more than $125,000.00, the value must be determined as the fair market value of the real property minus the amount of any statutory or agreed on (consensual) lien which is on the property.

## INSTRUCTIONS

**JUDGMENT CREDITOR:** Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.
**PERSON SERVED WITH INTERROGATORIES:** Answer the questions indicated by ☒ . You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on this form. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must answer the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| 145 Sisson Avenue, LLC vs. Aron Puretz | 3:23CV903(MPS) |

### I. JUDGMENT DEBTOR

☐ STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

☐ Are you presently employed?   ☐ NO   ☐ YES *(If yes, complete the information below)*

NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER

YOUR JOB TITLE OR POSITION

NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER

IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY  AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK

STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK

☐ Are you receiving any income from any source not disclosed in your answers to the foregoing questions?   ☐ NO   ☐ YES *(If yes, complete the information below)*

| STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK |
|---|---|
| IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE | |

☐ List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | NAME AND ADDRESS OF INSTITUTION |
|---|---|
| NAME IN WHICH ACCOUNT IS HELD | NAME IN WHICH ACCOUNT IS HELD |
| ACCOUNT NO.    PRESENT BALANCE ($) | ACCOUNT NO.    PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) |

☐ List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

☐ State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

*www.jud.state.ct.us*

☐ List all real estate in your name which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs *(where possible give street address).*

☐ List your accounts receivable which in total value are clearly sufficient to ensure full satisfaction of the judgment with interest and costs giving a) the name of the party, b) the amount owed, and c) the date the debt was incurred. *(If additional space is needed, attach a separate sheet to this form.)*

## II. EMPLOYER

☐ Is the Judgment Debtor employed by you?   ☐ NO   ☐ YES *(If yes, complete the information below)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| EMPLOYEE'S NORMAL WORKING HOURS | EMPLOYEE'S GROSS SALARY PER HOUR, WEEK, MONTH, OR YEAR |
| THE DATES ON WHICH EMPLOYEE IS PAID FOR BOTH REGULAR AND OVERTIME WORK | |
| NAME, ADDRESS, AND TELEPHONE NO. OF THE BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON WHO DISBURSES EMPLOYEE'S WAGES OR SALARY | |

## III. FINANCIAL INSTITUTION

☐ Does the Judgment Debtor maintain an account of any kind with your institution?   ☐ NO   ☐YES
*(If yes, complete the information below. You may disclose only whether you hold funds of the judgment debtor on account and the balance of such funds if so held, up to the amount necessary to satisfy the judgment.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR INSTITUTION | |
| ACCOUNT NO. OF EACH ACCOUNT | NAME IN WHICH THE ACCOUNT IS HELD |
| PRESENT BALANCE IN EACH ACCOUNT | |
| IF JOINT ACCOUNT, THE NAME AND ADDRESS OF THE OTHER PERSON(S) | |

## IV. THIRD PERSON IN POSSESSION OF JUDGMENT DEBTOR'S PROPERTY

☒ Are you in possession of nonexempt personal property belonging to the judgment debtor?   ☐ NO   ☐ YES
*(If yes, complete the following information.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. |
|---|
| DESCRIBE THE PROPERTY, THE REASON YOU ARE HOLDING IT AND ANY CONSIDERATION THAT MAY HAVE PASSED FOR YOUR HOLDING THE PROPERTY. |
| LOCATION OF THE PROPERTY |

## V. SIGNATURE OF PERSON COMPLETING THIS FORM OR AUTHORIZED AGENT

☒ NOTE: Interrogatories served on a judgment debtor shall be signed by such debtor under penalty of false statement.

| SIGNED *(Person completing form or authorized agent)* | PRINT NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|
| | | |

JD-CV-23a (Page 2 of 2) Rev. 6-2000

# EXHIBIT 7

USPS.com® - USPS Tracking® Results

**ALERT: FLOODING AND SEVERE WEATHER IN THE SOUTHEAST U.S. MAY IMPACT DELIVERY. …**

# USPS Tracking®

FAQs ⟩

**Tracking Number:**                                                    Remove ✕

# 9114902307224263276657

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered in or at the mailbox at 11:27 am on June 22, 2024 in WETHERSFIELD, CT 06109.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

## Delivered
**Delivered, In/At Mailbox**
WETHERSFIELD, CT 06109
June 22, 2024, 11:27 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates                                                    ⌄

USPS Tracking Plus®                                                      ⌄

Product Information                                                      ⌄

**See Less** ⌃

Track Another Package

Feedback

USPS TRACKING #   **9114 9023 0722 4263 2766 57**
& CUSTOMER    For Tracking or inquiries go to USPS.com
RECEIPT LABEL (ROLL)    or call 1-800-222-1811.



**POST JUDGMENT REMEDIES**
**INTERROGATORIES**
JD-CV-23 Rev. 11-10
Gen. Stat. §§ 52-321a, 52-351b, 52-352b,
52-361a, 52-361b, 52-400a, 52-400c

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

Form JD-CV-23a must be attached to this form

| Judicial ☒ District | ☐ Housing Session | Geographical Area number | At | US District Court of Connecticut | Docket number 3:23-CV-00903-MPS |
|---|---|---|---|---|---|

| Address of court *(Number, street, town, and zip code)* |
|---|
| 450 Main Street, Suite A012, Hartford, CT 06103 |

| Date of judgment 04/25/2024 | Original amount of judgment $2,152,787.36 | Amount due on the judgment $2,152,787.36 |
|---|---|---|

| Name of creditor *(Person or business judgment is for)* 145 Sisson Avenue, LLC | Address of judgment creditor *(Street and town)* 91 South Main Street, Wallingford, CT 06492 |
|---|---|

| Name of judgment debtor *(Person or business judgment is against)* Aron Puretz | Address of judgment debtor *(Street and town)* 43 Fenway Circle, Staten Island, NY 10308-1240 |
|---|---|

| Name and address of person believed to have assets of judgment debtor *(If applicable)* |
|---|
| PAXE Garden Limited Partnership - Agent: Riverside Filings LLC, 28 Crystal Street, Wethersfield, CT 06109 |

| Date interrogatories were served *(Delivered)* 06/18/2024 | Name and address of person that interrogatories must be returned to Houston Putnam Lowry, Esq., 280 Trumbull Street, Floor 22, Hartford, CT 06103 |
|---|---|

## Instructions To:

*Judgment Creditor:*
*Put an "X" in the box next to the questions to be answered on form JD-CV-23a that is attached to this form.*
*Person who received interrogatories:*
*Answer the questions indicated by an "X" on form JD-CV-23a that is attached to this form. You must give information that you have about the assets of the judgment debtor up to an amount clear enough to satisfy the judgment indicated by the "Amount due on the judgment" above. Place your answers in the space provided on the form. If you need more space to answer the questions, use the space on the back of form JD-CV-23a or attach additional sheets to this form.*

## Notice

**Do not file the interrogatories, the notice of interrogatories or the objections to the interrogatories with the court.**
The person who received these interrogatories must answer and return them within 30 days of the date of their service (delivery) to the person named above.

If the person who received these interrogatories does not answer and return them within 30 days or does not within 30 days disclose assets of the judgment debtor that are enough for execution, or if the person who received the interrogatories objects within 30 days, the judgment creditor may ask the court for additional discovery orders that may be necessary to make sure that disclosure is made including (1) an order for compliance with the interrogatories or (2) an order authorizing additional interrogatories. The judgment creditor may ask for and get discovery, including the taking of depositions, from any person served with interrogatories under the procedures for discovery in civil actions without the court ordering it. The court may order additional discovery as justice requires. If the person asked for discovery does not disclose the judgment debtor's assets, that person may be held in contempt of court. Attorney's fees may be allowed for counsel at a contempt hearing necessary to enforce a court order and for counsel at any discovery hearing required because these interrogatories were not answered.

## Notice Of Rights To Person Served

1. Under Section 52-351b of the General Statutes, you must disclose information about the amount, nature and location of the judgment debtor's assets up to an amount clearly enough in value for full satisfaction of the judgment with interest and costs.

2. Under subsection (d) of Section 52-351b of the General Statutes, any party who must disclose information about the judgment debtor's assets may apply to the court to be protected from annoyance, embarrassment, oppression or undue burden or expense.

3. Certain personal property of the judgment debtor is exempt from execution (cannot be used to satisfy judgment). The following list is a description of common types of property that are exempt from execution from a judgment debtor who is a natural person. (Section 52-352b of the General Statutes).

   (a) Apparel, bedding, foodstuffs, household furniture and appliances that are needed by the judgment debtor to live;
   (b) Tools, books, instruments, farm animals and livestock feed that are needed by the judgment debtor in the course of his or her occupation, or profession, farming operation or farming partnership;
   (c) Public assistance payments and any wages earned by a public assistance recipient under an incentive earnings or similar program;

*(Continued on page 2)*

(d)  Health and disability insurance payments;

(e)  Health aids that are needed by the judgment debtor to work or to keep healthy;

(f)  Worker's compensation, social security, veterans and unemployment benefits;

(g)  Court approved payments for child support;

(h)  Arms (weapons) and military equipment, uniforms or musical instruments owned by any member of the militia or armed forces of the United States;

(i)  One motor vehicle worth up to $3,500.00. The value of the motor vehicle must be determined as the fair market value of the motor vehicle minus the amount of all liens and security interests which are on it;

(j)  Wedding and engagement rings;

(k)  Residential utility deposits for one residence and one residential security deposit;

(l)  Any assets or interests of a judgment debtor in, or payments received by the judgment debtor from, a plan or arrangement described in Section 52-321a of the General Statutes, including, but not limited to, certain trust or retirement income or certain retirement, education, or medical savings accounts;

(m)  Alimony and support, other than child support, but only to the extent that wages are exempt from execution under Section 52-361a of the General Statutes;

(n)  An award under a crime reparations act;

(o)  All benefits allowed by any association of persons in this state to support any of its members that are incapacitated by sickness or infirmity from attending to his or her usual business;

(p)  All moneys that are owed to the judgment debtor from any insurance company on any insurance policy on exempt property, up to the same amount that the property was exempt;

(q)  Burial plot for the judgment debtor and his or her immediate family;

(r)  Transfers of money that cannot be taken back (revoked) to an account held by a debt adjuster licensed under Sections 36a-655 to 36a-665 of the General Statutes for the benefit of creditors of the judgment debtor;

(s)  Any interest of the judgment debtor in any property worth not more than $1,000.00;

(t)  Any interest of the judgment debtor worth not more than $4,000.00 in any accrued dividend or interest under, or loan value of, any unmatured life insurance contract owned by the judgment debtor under which the insured is the judgment debtor or is an individual who the judgment debtor is a dependent of; and

(u)  The homestead (home) of the judgment debtor worth not more than $75,000.00, or, in the case of a money judgment arising out of services provided at a hospital worth not more than $125,000.00, the value must be determined as the fair market value of the real property minus the amount of any statutory or agreed on (consensual) lien which is on the property.

## INSTRUCTIONS

**JUDGMENT CREDITOR:** Complete Name of Case and Docket No., put an "X" in the box next to the items to be answered.
**PERSON SERVED WITH INTERROGATORIES:** Answer the questions indicated by [X] . You must disclose assets of the judgment debtor up to an amount clearly sufficient to satisfy the judgment indicated by the "Amount Due Thereon" on the attached form JD-CV-23. Place answers in space provided on this form. If you need more room to answer these questions, use the space on page 2 of attached form JD-CV-23 or attach additional sheets. You must answer the questions and return them to the person named on attached form JD-CV-23 within thirty days of the date of service.

| NAME OF CASE | DOCKET NO. |
|---|---|
| 145 Sisson Avenue, LLC vs. Aron Puretz | 3:23CV903(MPS) |

### I. JUDGMENT DEBTOR

[ ] STATE YOUR NAME, ADDRESS, AND TELEPHONE NO.

[ ] Are you presently employed?     [ ] NO     [ ] YES *(If yes, complete the information below)*

NAME, ADDRESS, AND TELEPHONE NO. OF YOUR EMPLOYER

YOUR JOB TITLE OR POSITION

NAME, ADDRESS OF EACH BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON HAVING RECORDS OF SALARIES OR OTHER SUMS OF MONEY PAID TO YOU BY YOUR PRESENT EMPLOYER

IF YOU RECEIVE ADDITIONAL COMPENSATION FOR OVERTIME, STATE (1) RATE OF OVERTIME PAY  AND (2) THE AVERAGE NO. OF HOURS OF OVERTIME YOU WORK PER WEEK

STATE THE DATE ON WHICH YOU ARE PAID FOR BOTH REGULAR AND OVERTIME WORK

[ ] Are you receiving any income from any source not disclosed in your answers to the foregoing questions?     [ ] NO     [ ] YES *(If yes, complete the information below)*

| STATE THE SOURCE(S) OF SUCH INCOME | AMOUNT RECEIVED EACH WEEK |
|---|---|
| IF THERE ARE ANY PAYMENTS DUE FROM THE ABOVE SOURCE STATE (1) THE AMOUNT DUE AND (2) NAME AND ADDRESS OF PARTY FROM WHOM IT IS DUE | |

[ ] List all banks, savings and loan associations, credit unions or other financial institutions in which you maintain an account of any kind, giving in your answer the following: *(You need only disclose assets clearly sufficient to ensure full satisfaction of the judgment with interest and costs.)*

| NAME AND ADDRESS OF INSTITUTION | NAME AND ADDRESS OF INSTITUTION |
|---|---|
| NAME IN WHICH ACCOUNT IS HELD | NAME IN WHICH ACCOUNT IS HELD |
| ACCOUNT NO.      PRESENT BALANCE ($) | ACCOUNT NO.      PRESENT BALANCE ($) |
| IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) | IF JOINT ACCOUNT GIVE NAME AND ADDRESS OF OTHER PERSON(S) |

[ ] List all nonexempt personal property in which you have an interest, whether legal or beneficial, which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs, including but not limited to (a) cash on hand, (b) household goods and supplies and furnishings, (c) stamp and/or coin collections and other collections, (d) wearing apparel, (e) jewelry, (f) watches, (g) automobiles, (h) trucks, (i) trailers or other motor vehicles, (j) boats, motors and accessories. As to each such item of property give the precise description and location, the approximate value of such property and whether or not such property is subject to any form of security interest, lien or encumbrance. If so, state the name and address of such holder of a security interest, lien or encumbrance, the nature of the instrument evidencing the same and the amount of the instrument. *(If additional space is necessary, attach a separate sheet to this form.)*

[ ] State whether any of your nonexempt personal property is in the hands of a third person. If so, describe the property involved, the person or persons so holding the property, the reason the property is so held and any consideration that may have passed therefor.

*www.jud.state.ct.us*

☐ List all real estate in your name which in total value is clearly sufficient to ensure full satisfaction of the judgment with interest and costs *(where possible give street address).*

☐ List your accounts receivable which in total value are clearly sufficient to ensure full satisfaction of the judgment with interest and costs giving a) the name of the party, b) the amount owed, and c) the date the debt was incurred. *(If additional space is needed, attach a separate sheet to this form.)*

## II. EMPLOYER

☐ Is the Judgment Debtor employed by you?   ☐ NO   ☐ YES *(If yes, complete the information below)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| EMPLOYEE'S NORMAL WORKING HOURS | EMPLOYEE'S GROSS SALARY PER HOUR, WEEK, MONTH, OR YEAR |
| THE DATES ON WHICH EMPLOYEE IS PAID FOR BOTH REGULAR AND OVERTIME WORK | |
| NAME, ADDRESS, AND TELEPHONE NO. OF THE BOOKKEEPER, PAYROLL CLERK OR OTHER PERSON WHO DISBURSES EMPLOYEE'S WAGES OR SALARY | |

## III. FINANCIAL INSTITUTION

☐ Does the Judgment Debtor maintain an account of any kind with your institution?   ☐ NO   ☐ YES
*(If yes, complete the information below. You may disclose only whether you hold funds of the judgment debtor on account and the balance of such funds if so held, up to the amount necessary to satisfy the judgment.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. | |
|---|---|
| NAME, ADDRESS, AND TELEPHONE NO. OF YOUR INSTITUTION | |
| ACCOUNT NO. OF EACH ACCOUNT | NAME IN WHICH THE ACCOUNT IS HELD |
| PRESENT BALANCE IN EACH ACCOUNT | |
| IF JOINT ACCOUNT, THE NAME AND ADDRESS OF THE OTHER PERSON(S) | |

## IV. THIRD PERSON IN POSSESSION OF JUDGMENT DEBTOR'S PROPERTY

☒ Are you in possession of nonexempt personal property belonging to the judgment debtor?   ☐ NO   ☐ YES
*(If yes, complete the following information.)*

| YOUR NAME, ADDRESS, AND TELEPHONE NO. |
|---|
| DESCRIBE THE PROPERTY, THE REASON YOU ARE HOLDING IT AND ANY CONSIDERATION THAT MAY HAVE PASSED FOR YOUR HOLDING THE PROPERTY. |
| LOCATION OF THE PROPERTY |

## V. SIGNATURE OF PERSON COMPLETING THIS FORM OR AUTHORIZED AGENT

☒ NOTE: Interrogatories served on a judgment debtor shall be signed by such debtor under penalty of false statement.

| SIGNED *(Person completing form or authorized agent)* | PRINT NAME OF PERSON SIGNING AT LEFT | DATE SIGNED |
|---|---|---|
| | | |

JD-CV-23a (Page 2 of 2) Rev. 6-2000