UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 SISSON AVENUE, LLC | )<br>)<br>) |
| PLAINTIFF | )   CIVIL ACTION NO.:<br>) |
| V. | )   3:23-CV-00903-MPS<br>) |
| ARON PURETZ | )<br>) |
| DEFENDANT | )<br>)   AUGUST 20, 2024 |

### ORDER RE: MOTION FOR ORDER OF COMPLIANCE

Please take notice the following order entered on August 13, 2024 at 8:46 pm (#68):

> ORDER. Pursuant to Fed. R. Civ. P. 37(a)(1) and (a)(3)(B)(iii) and Conn. Gen. Stat. §52-351b, as incorporated by Fed. R. Civ. P. 69(b), the [67] motion to compel Defendant Aron Puretz to respond to plaintiff's June 18, 2024 post-judgment interrogatories and June 28, 2024 requests for production, and the [67] motion to compel third-party entities to respond to the June 18, 2024 post-judgment interrogatories are GRANTED. The defendant and the third-party entities are ordered to respond to the plaintiff's post-judgment interrogatories and requests for production on or by August 31, 2024.
>
> Signed by Judge Michael P Shea on 8/13/2024. (Pierson, M)

_____
Houston Putnam Lowry, Esq.
Counsel for Plaintiff 145 Sisson Avenue, LLC
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this was mailed on this 20th day of August, 2024 to:

Aron Puretz
43 Fenway Circle
Staten Island, New York 10308-1240

Aron Puretz
11 Forest Drive
Lakewood, NJ  08701

ASYLUM HILL APT LLC
Agent: VCORP SERVICES, LLC
67 Burnside Avenue
East Hartford, CT, 06108

CLEMENS Manager, LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701

CLEMENS PLACE CT LIMITED PARTNERSHIP
526 Westchester Road
Colchester, CT 06415-2228

CLEMENS PLACE CT LIMITED PARTNERSHIP
3 E Evergreen
New City, NY, 10956

- 3 -

Hoyt Bedford Limited Partnership
Agent: Riverside Filings LLC
28 Crystal Street
Wethersfield, CT, 06109

Hoyt Bedford Manager LLC
Agent: VCORP SERVICES, LLC
108 W. 13TH STREET-SUITE 100
WILMINGTON, DE 19801

PAXE GARDEN GP LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701

PAXE GARDEN LIMITED PARTNERSHIP
Agent: Riverside Filings LLC
28 Crystal Street
Wethersfield, CT, 06109

_/s/ Houston Putnam Lowry_
Houston Putnam Lowry, Esq.