UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 145 SISSON AVENUE, LLC | ) | |
| | ) | |
| PLAINTIFF | ) | CIVIL ACTION NO.: |
| | ) | |
| V. | ) | 3:23-CV-00903-MPS |
| | ) | |
| ARON PURETZ | ) | |
| | ) | |
| DEFENDANT | ) | |
| | ) | JUNE 25, 2025 |

## MOTION FOR TURNOVER ORDER AND FORECLOSE INTERESTS

Plaintiff 145 Sisson Avenue, LLC moves for a turnover order and to foreclose Defendant Aron Puretz' interests in the following entities:

| |
|---|
| Hoyt Bedford Manager LLC |
| Hoyt Bedford Limited Partnership |
| Paxe Garden GP LLC |
| Paxe Garden Limited Partnership |
| Clemens Manager LLC |
| Clemens Place CT Limited Partnership |

for the following reasons:

1.    This court ordered a $2,152,787.36 default judgment in favor of Plaintiff 145 Sisson Avenue, LLC against Aron Puretz on April 24, 2024 (#34).

2.    The $2,152,787.36 default judgment was docketed on April 26, 2024 (#37). Interest continues to accrue at 5.27%. This means the following amount is due on the judgment:

| 4/24/2024 | Judgment including costs | $2,153,209.36 |
| 6/25/2025 | Interest at 5.17% | $130,230.23 |
| | Total | $2,283,439.59 |

3.    Plaintiff moved for charging orders on May 3, 2024 (#41).

4.    The motion was referred to Magistrate Judge Thomas O. Farrish (#45).

5.    Plaintiff filed for an additional charging order on May 16, 2024 (#47).

6.    This motion for an additional charging order was also referred to Magistrate Judge Thomas O. Farrish (#48).

7.    Magistrate Judge Thomas O. Farrish issued a recommended ruling on June 17, 2024 (#58).

8.    Plaintiff partially objected to the recommended ruling on June 20, 2024 (#60).

9.    This court approved Magistrate Judge Thomas O. Farrish's recommended ruling on June 3, 2025 (#74).

10.    Plaintiff filed a motion to compel Defendant Aron Puretz to respond to Plaintiff's June 18, 2024 standard post-judgment interrogatories and June 28, 2024 requests for production (#67).

11.    The motion also asked the third parties be compelled to respond to the June 18, 2024 standard post-judgment interrogatories.

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty action\145 Sisson v. Aron Puretz turnover application 2025-06-25.doc

12.   The court ordered a response by August 31, 2024
(#68).

13.   Defendant Aron Puretz and the third parties have not
responded as the court has ordered. No communication of any
kind has been received from any entity.

14.   Plaintiff filed an affidavit of post-judgment
efforts on June 9, 2025 (#75), which is incorporated by
reference.

15.   Since that time, Plaintiff has not located any
additional assets nor has it received any funds.

16.   No funds and no financial information has been
received from any of the entities where a charging order was
issued.

17.   Defendant Aron Puretz has not responded to anything
in this lawsuit (and has pled guilty to engaging in an
extensive, multi-year conspiracy to fraudulently obtain over
$54.7 million in loans and to fraudulently acquire multifamily
and commercial properties).

18.   Defendant Aron Puretz was sentenced by the United
States District Court for the District of New Jersey on
October 30, 2024. This fact appears of record by affidavit
(#71).

19.   Plaintiff does not know the extent of Defendant Aron Puretz' interest in the six entities. It could be nothing and it could be 100%.

20.   The entities who own real estate (Hoyt Bedford Limited Partnership, Paxe Garden Limited Partnership and Clemens Place CT Limited Partnership) appear to be "under water" so their mortgage debts exceed the value of their assets.

21.   Given how real estate investment limited partnerships are traditionally structured, it is unlikely Defendant Aron Puretz has a significant interest in any of the three limited partnerships. Most of the ownership interests would be owned by third party investors (whose identities and ownership interests are unknown to Plaintiff).

22.   If the court allows foreclosure of Defendant Aron Puretz' interest in the six entities, Plaintiff requests the court value Defendant Aron Puretz' interests at $1,000 per entity (for a total of $6,000 credit to be given against the judgment).

Plaintiff 145 Sisson Avenue, LLC moves to foreclose and this court turnover Defendant Aron Puretz' interests in the indicated entities to Plaintiff.

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty action\145 Sisson v. Aron Puretz turnover application 2025-06-25.doc

**NOTICE TO ANY THIRD PARTIES:**
**You are hereby notified of your right pursuant to**
**Connecticut General Statutes §52-356c to a**
**determination of any interest you may claim in the**
**property which is the subject of this turnover order.**

Any person claiming an interest in Defendant Aron Puretz' interests in these entities should be aware a hearing will be held on any such claim on August 25, 2025 at 2:00 pm in Courtroom Three, 450 Main Street, Hartford, Connecticut before Chief Judge Michael P. Shea. A copy of the scheduling order is attached. Any such claim should be filed with the court before the hearing and a copy provided to Plaintiff's counsel.

The court is reminded Connecticut General Statutes §52-356b(d) provides "Unless directed to a person who is before the court, any turnover order shall be personally served and ***shall contain a notice that failure to comply therewith may subject the person served to being held in contempt of court***." [emphasis added]

This matter does not involve disputed issues of law, so no brief is required under Local Rule of Civil Procedure 7(a)(1).

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty action\145 Sisson v. Aron Puretz turnover application 2025-06-25.doc

Houston Putnam Lowry, Esq.
Counsel for Plaintiff 145 Sisson Avenue, LLC
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Mobile: (860) 543-4372
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this was mailed on this 25th day of June, 2025 to:

Aron Puretz
309 Miller Road
Lakewood, New Jersey 08701-2338

Aron Puretz
FCI Otisville
Two Mile Drive
Otisville, NY 10963

Clemens Manager, LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701

Clemens Manager, LLC
139 Ocean Avenue
Lakewood, NJ 08701

Clemens Place CT Limited Partnership
526 Westchester Road
Colchester, CT 06415-2228

Clemens Place CT Limited Partnership
3 E Evergreen
New City, NY, 10956

- 6 -

Hoyt Bedford Limited Partnership
Agent: Riverside Filings LLC
28 Crystal Street
Wethersfield, CT, 06109

Hoyt Bedford Limited Partnership
139 Ocean Avenue
Lakewood, NJ 08701

Hoyt Bedford Manager LLC
Agent: VCORP Services, LLC
108 W. 13TH Street-Suite 100
Wilmington, DE 19801

Paxe Garden GP LLC
Agent: David Helfgott
36 Airport Road
Lakewood, NJ 08701

Paxe Garden Limited Partnership
Agent: Riverside Filings LLC
28 Crystal Street
Wethersfield, CT, 06109

Paxe Garden Limited Partnership
139 Ocean Avenue
Lakewood, NJ 08701

_____
Houston Putnam Lowry, Esq.

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty
action\145 Sisson v. Aron Puretz turnover application 2025-06-25.doc

**ptl@hplowry.com**

| | |
|---|---|
| **From:** | CMECF@ctd.uscourts.gov |
| **Sent:** | Thursday, June 12, 2025 6:52 PM |
| **To:** | CMECF@ctd.uscourts.gov |
| **Subject:** | Activity in Case 3:23-cv-00903-MPS 145 Sisson Avenue, LLC v. Puretz Calendar Entry |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### U.S. District Court

### District of Connecticut

### Notice of Electronic Filing

The following transaction was entered on 6/12/2025 at 6:51 PM EDT and filed on 6/12/2025
**Case Name:**       145 Sisson Avenue, LLC v. Puretz
**Case Number:**     3:23-cv-00903-MPS
**Filer:**
**WARNING: CASE CLOSED on 04/26/2024**
**Document Number:** 76(No document attached)

**Docket Text:**
**NOTICE OF E-FILED CALENDAR: THIS IS THE ONLY NOTICE COUNSEL/THE PARTIES WILL RECEIVE. ALL PERSONS ENTERING THE COURTHOUSE MUST PRESENT PHOTO IDENTIFICATION. Hearing re: Claims set for 8/25/2025 at 02:00 PM in Courtroom Three, 450 Main St., Hartford, CT before Judge Michael P Shea (Sichanh, C)**

**3:23-cv-00903-MPS Notice has been electronically mailed to:**

Houston Putnam Lowry    ptl@hplowry.com, kcamara@fpllp.com

**3:23-cv-00903-MPS Notice has been delivered by other means to:**