UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| 145 SISSON AVENUE, LLC | )<br>)<br>) |
| PLAINTIFF | ) CIVIL ACTION NO.:<br>) |
| V. | ) 3:23-CV-00903 MPS<br>) |
| ARON PURETZ | )<br>)<br>) |
| DEFENDANT | )<br>) AUGUST 6, 2025 |

**NOTICE OF NO INTEREST**

Plaintiff 145 Sisson Avenue, LLC has been notified Aron Puretz has no interest in Paxe Garden GP LLC and Paxe Garden Limited Partnership by Andrew R. Machlin, Esq. on August 5, 2025 (see attached letter).

Plaintiff has no basis to contest this claim.

_____
Houston Putnam Lowry, Esq.
Counsel for Plaintiff 145 Sisson Avenue, LLC
FORD & PAULEKAS, LLP
280 Trumbull Street - Suite 2200
Hartford, CT 06103
Direct: (860) 808-4213
Fax: (860) 249-7500
Email: PTL@HPLowry.com
Federal Bar # CT05955

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of this was mailed on this 6th day of August, 2025 to:

Aron Puretz
309 Miller Road
Lakewood, New Jersey 08701-2338

Aron Puretz
FCI Otisville
Two Mile Drive
Otisville, NY 10963

_____
Houston Putnam Lowry, Esq.

- 2 -

G:\2433 Constitution Credit LLC\007 South Green Prtfolio v. Paxe Sisson CT Lmtd Partnership loan\Federal-145 Sisson Guranty action\145 Sisson v. Aron Puretz notice of interest 2025-08-05.doc

# BRACH | EICHLER LLC

Andrew R. Macklin
Direct Dial: 973-447-9670
Direct Fax: 973-618-5597
E-mail: amacklin@bracheichler.com

August 5, 2025

**VIA EMAIL AND REGULAR MAIL**

Houston Putman Lowry, Esq.
Ford & Paulekas, LLP
280 Trumbull Street
Hartford, CT 06103
ptl@hplowry.com

Re:   **145 Sisson Venue, LLC v. Aron Puretz; Civil Action No. 3:32-cv-0903 (MPS)
Charging Order against Paxe Garden Limited Partnership**

Dear Mr. Lowry:

    This firm was counsel to Paxe Garden GP LLC in some litigation that recently concluded in the Superior Court of New Jersey. Our client forwarded us a letter from you dated July 31, 2025 enclosing a Charging Order dated June 3, 2025 arising out of an amended default judgment against Aron Puretz.

    Please be advised that any beneficial interest Mr. Puretz once had in Paxe Garden GP LLC was terminated by a Final Order dated March 5, 2025 by the Hon. Sean Gartner, J.S.C. in the matter of <u>Yisroel Berger, individually and derivatively on behalf of Paxe Garden GP LLC v. Aron Puretz</u> under docket number OCN-C-2-25. A copy of that Final Order is attached for your ready reference.

    As a result of the referenced Final Order, Mr. Puretz no longer owns any interest in Paxe Garden GP LLC or, in turn, Paxe Garden Limited Partnership, and he is entitled to no distributions from either of those entities.

5 Penn Plaza, 23rd Floor
New York, New York 10001
212.896.3974

101 Eisenhower Parkway
Roseland, New Jersey 07068
973.228.5700

777 South Flagler Drive
Suite 800, West Tower
West Palm Beach, Florida 33401
561.899.0177

www.bracheichler.com

BE.16424952.1/PAX008-286881

BRACH | EICHLER LLC

August 5, 2025
Page 2

If you have any questions about the foregoing, please do not hesitate to give me a call.

Very truly yours,

Andrew R. Macklin

ARM:dp
Encl. (3/5/25 Final Order)

cc:   Client

**BRACH EICHLER LLC**
Andrew R. Macklin, Esq. (031582004)
Theodore J. McEvoy, Esq. (036182008)
101 Eisenhower Parkway
Roseland, New Jersey 07068
Phone: 973-228-5700
*Attorneys for Plaintiff*
*Yisroel Berger, individually and derivatively*
*On behalf of Paxe Garden GP LLC*

| | |
|---|---|
| YISROEL BERGER, individually and derivatively on behalf of PAXE GARDEN GP LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARON PURETZ,<br><br>Defendant. | SUPERIOR COURT OF NEW JERSEY<br>CHANCERY DIVISION: OCEAN COUNTY<br>DOCKET NO: OCN-C-2-25<br><br>Civil Action<br><br>**FINAL ORDER** |

      **THIS MATTER** having been opened to the Court by Brach Eichler LLC, counsel for Plaintiff, Yisroel Berger, individually and derivatively on behalf of Paxe Garden GP LLC ("Paxe Garden"), and Plaintiff having filed a Verified Complaint seeking injunctive relief, based upon the facts set forth in the Verified Complaint, and a supporting Memorandum of Law; and Defendant Aron Puretz having been timely served with those papers and given an opportunity to appear at the injunction hearing conducted on February 21, 2025; and the Court having entered an Order Granting Injunctive Relief dated February 24, 2025 removing Defendant Puretz as Manager and expelling him as a Member in Paxe Garden pursuant to N.J.S.A. 42:2C-46(e); and by that Order the Court having set the matter for a continued hearing with respect to Plaintiff's request for an Order declaring Defendant's interest in Paxe Garden transferred to Plaintiff Berger for no cash consideration pursuant to N.J.S.A. 42:2C-47; and Plaintiff having submitted a Certification and

BE.16016018.1/PAX008-286881

supplemental letter brief setting forth the basis for the requested relief; and those supplemental papers and the Order Granting Injunctive Relief having been personally served on Defendant Puretz; and the Court having heard the argument of counsel; and for good cause shown as well as the reasons set forth on the record on March 5, 2025:

IT IS ON THIS 5th DAY OF March, 2025:

**ORDERED** as follows:

1. Defendant Aron Puretz's remaining financial interest in Paxe Garden GP LLC is hereby deemed transferred to Plaintiff Yisroel Berger, such that Plaintiff now owns the entirety of the equity in and is the only Member of that entity;

2. There shall be no cash consideration for the transfer of Defendant's interest; instead, Plaintiff has agreed not to pursue monetary damages or the recovery of legal fees and costs from Defendant, *has assumed and refinanced debt* and that waiver of claims constitutes adequate consideration for the transfer of Defendant's interest in the company; and

3. This constitutes a final order of the Court in this action. All relief granted by this Order and the previous Order Granting Injunctive Relief shall survive the termination of this action.

4. A copy of this Final Order shall be served on Defendant by regular mail and certified mail, RRR, within 5 days of its receipt by Plaintiff. *And overnight courier.*

BY THE COURT:

Hon. Sean Gertner, J.S.C.

(X) unopposed