# EXHIBIT

# A



# Secretary of the State of Connecticut
# Annual Report

## FILING DETAILS

| | | | |
|---|---|---|---|
| Filing Number: | 0012877963 | Report Year Due Date: | 03/31/2025 |
| Filing Fee: | $80.00 | Filed On: | 3/12/2025 3:06:56 PM |

## PRIMARY DETAILS

Business Type:      Foreign
Legal Structure:    LLC
Business Name:      Clemens Manager LLC
Business ALEI:      US-CT.BER:3025591

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Business Email Address: | raservice@vcorpservices.com | agent@getdbo.com |
| NAICS Information: | None | Other Activities Related to Real Estate (531390) |

## BUSINESS LOCATION

| | *Existing Information* | *Updated Information* |
|---|---|---|
| Principal Office Address: | 16 Owen St<br>Hartford, CT<br>06105-4545<br>United States | No update |
| Mailing Address: | PO Box 103<br>Cedarhurst, NY<br>11516<br>United States | No update |
| Office in Jurisdiction: | 239 E 17th St<br>Paterson, NJ<br>07524-2012<br>United States | No update |
| Mailing Address (in State of Formation): | 239 E 17th St<br>Paterson, NJ<br>07524-2012<br>United States | No update |



# Secretary of the State of Connecticut
# Annual Report



# Secretary of the State of Connecticut
# Annual Report

## APPOINTMENT OF REGISTERED AGENT

Type:              Business
Agent's Name:      DBO Services LLC
Agent's ALEI:      US-CT.BER:3086448
Business Address:  85 Willow St, New Haven, CT 06511 United States
Mailing Address:   85 Willow St, New Haven, CT 06511 United States

## NEW AGENT APPOINTMENT ACCEPTANCE

Agent Signature:   Oliver Steinmetz
Title:             Agent
This signature has been executed electronically

## CURRENT PRINCIPAL INFORMATION

This section contains principals already on record who remained the same as part of this report; updates to address or title information is displayed as applicable.

| **Principal Name:** | David Helfgott | |
| | *Existing Information* | *Updated Information* |
| Title: | Member | No Update |
| Business Address: | 16 Owen St, Hartford, CT, 06105-4545, United States | No Update |
| Residence Address: | 16 Owen St, Hartford, CT, 06105-4545, United States | No Update |

## ACKNOWLEGEMENT

 # Secretary of the State of Connecticut
# Annual Report

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:
Name of Authorizer:   David Helfgott
Authorizer Title:   Member

Filer Name:   DBO Services
Filer Signature:   DBO Services
Execution Date:   03/12/2025
*This signature has been executed electronically*

# EXHIBIT B

After Recording, Return To:
Ford & Paulekas, LLP
280 Trumbull Street
Hartford, CT 06103
Attn: Houston Putnam Lowry, Esq.

### STATUTORY QUITCLAIM DEED

To all People to whom these Presents shall come, Greeting:

**KNOW YE THAT CLEMENS PLACE CT LIMITED PARTNERSHIP**, a Connecticut limited partnership having a place of business located in the Town of Cedarhurst, County of Nassau, and State of New York, for the sum of Ten Dollars ($10.00) and other valuable consideration, the receipt which is hereby acknowledged, does hereby grant unto **CLEMENS PLACE REO LLC**, a Connecticut limited liability company having a place of business located at 200 Pemberwick Road, Greenwich, CT 06831, and its successors and assigns, those certain pieces or parcels of land, situated in the City of Hartford, County of Hartford and State of Connecticut, bounded and described in Schedule A attached hereto and made a part hereof.

Signed at Hartford, Connecticut this 5th day of September, 2025.

Witnessed by:                                  Clemens Place CT Limited Partnership

_____                By: Clemens Manager LLC
Name: Matthew H. Fournier                      Its: General Partner

_____                By: _____
Name: Dawn Clayton                             Name: Kyle O'Hehir
                                               Its: Duly Authorized Agent

STATE OF CONNECTICUT      )
                          )  ss.   Hartford
COUNTY OF HARTFORD        )

On this the 5th day of September, 2025, before me, the undersigned officer, personally appeared Kyle O'Hehir as a duly authorized agent of Clemens Manager LLC, the General Partner of Clemens Place CT Limited Partnership, known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument, and acknowledged to me that he executed the foregoing instrument as his free act and the free act and deed of said company for the purposes contained therein.

In Witness Whereof, I hereunto set my hand.

                                               _____
                                               Notary Public
                                               My Commission Expires:


receipt # 291605
istr # 2025-9065
ocal Tax $0
state Tax $0

VOL 8439 PG 6
09/05/2025 11 30:26 AM
3 Pages
QUIT CLAIM DEED
Eric T. Lusa, Hartford City Clerk
Clerk:BM


Haley Britnell
Notary Public, State of Connecticut
My Commission Expires 01/31/2029

## Schedule A

### Legal Description

**PARCELS ONE THROUGH ELEVEN:**

All those certain pieces or parcels of land with the improvements thereon situated in the City of Hartford, County of Hartford and State of Connecticut, known and designated as Parcels I, II, III, IV, V, VI, VII, VIII, IX, X and XI on that certain map entitled "Clemens Place Hartford, Connecticut INTOWN WEST ASSOCIATES LIMITED PARTNERSHIP Stanley W. Szestowicki, Land Surveyor 277 Goose Lane Tolland, Connecticut (860) 875-3341 September 14, 1998 Sheets 2, 3, 4, 5, 6, 7, 8, 9, 10, 11 and 12 of 12 Certified Substantially Correct by Stanley W. Szestowicki, R.L.S. #7772 recorded as Map Nos. 3248, 3249 (Parcel One), 3250 (Parcel Two), 3251 (Parcel Three), 3252 (Parcel Four), 3253 (Parcel Five), 3254 (Parcel Six), 3255 (Parcel Seven), 3256 (Parcel Eight), 3257 (Parcel Nine), 3258 (Parcel Ten), 3259 (Parcel Eleven) and 3260 in the Hartford Land Records.

**PARCEL TWELVE (415 Farmington Avenue):**

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the City and County of Hartford and State of Connecticut, and being more particularly bounded and described as follows:

| | |
|---|---|
| NORTHERLY: | by land now or formerly of the City of Hartford, 63.00 feet; |
| EASTERLY: | by land now or formerly of the State of Connecticut, 148.00 feet, more or less; |
| SOUTHERLY: | by land now or formerly of the City of Hartford, 62.00 feet, more or less; |
| WESTERLY: | by land now or formerly of 419 Farmington Associates Limited Partnership, 143.00 feet, more or less. |

**PARCEL THRITEEN (419 (a/k/a 419-421) Farmington Avenue):**

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the City of Hartford, County of Hartford, State of Connecticut, commonly known as 419-421 Farmington Avenue and 10-12 Owen Street, as shown on a certain map entitled, "Property of 419 Farmington Associates Limited Partnership 419-421 Farmington Avenue Town of Hartford Connecticut ALCA Survey Associates Carl H Jaeger L.S. 7763 Wethersfield, Conn. Carl H. Jaeger Scale. 1"-20' Date 3/6/86 Sheet 1 of 1", more particularly bounded and described as follows:

COMMENCING at a point in the easterly line of Owen Street so-called, which point is the southwesterly corner of the land described herein and the northwesterly corner of land now or formerly of Intown West Association; thence running easterly along land now or formerly of Intown West Association 63.50 feet to a point; thence northerly along land now or formerly of Intown West Association and 419 Farmington Associates Limited Partnership partly by each

143.53 feet to a point thence westerly along land now or formerly of the City of Hartford 56 0 feet to a point; thence along the arc of a curve to the left having a radius of 7.25, 11.93 feet to a point; thence southerly along the easterly line of Owen Street 130.68 feet to the point and place of beginning.

## PARCEL FOURTEEN (435 Farmington Avenue):

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereof, situated in the City of Hartford, County of Hartford and State of Connecticut, being more particularly bounded and described as follows:

NORTH: by Farmington Avenue, so-called, sixty (60) feet;
EAST: by land now or formerly of Koehler Corporation, one hundred and fifty-five and 33/100 (155.33) feet;
SOUTH: by land now or formerly of the Koehler Corporation, sixty and 174/100 (60.174) feet, and
WEST: by land now or formerly of Max Rosenfield one hundred and fifty and 75/100 (150.75) feet.

## PARCEL FIFTEEN (445 Farmington Avenue):

ALL THAT CERTAIN piece or parcel of land, together with the buildings and improvements thereon, situated in the City of Hartford, County of Hartford, and State of Connecticut, known as 445 Farmington Avenue, and being more particularly bounded and described as follows:

NORTHERLY: by Farmington Avenue, 59.99 feet;

EASTERLY: by land now or formerly of James S. Hurwit, 186.24 feet;

SOUTHERLY: by land now or formerly of Charles R. Rive, et al, 61.50 feet; and

WESTERLY: by land now or formerly of Mark Solomkin, 181.51 feet.

## PARCEL SIXTEEN (17 (a/k/a 17-19) Frederick Street):

A certain piece or parcel of land, with the buildings and improvements thereon, situated in the Town and City of Hartford, known as Nos. 17-19 Frederick Street and being shown on a map entitled "Mortgage Survey Property of Faye L. Glass, August 29, 1986, Hartford, Connecticut, Scale 1" = 20'" Stanley W. Szestowski R.L.S., 623 Talcottville Road, Vernon, Connecticut, which map is being recorded in the Hartford Town Clerk's Office; and being bounded and described as follows:

North: By Frederick Street, Fifty (50) feet;
East: By land now or formerly of the City of Hartford, Ninety-Five and 21/100 (95.21) feet;
South: By land now or formerly of The City of Hartford, Fifty (50) feet;

West: By land now or formerly of The City of Hartford, ninety-five and 1/100 (95.01) feet;

Being the same premises shown on a map entitled "Owen Tract Map No. 2, Property of Max Meyers and Samuel H. Gross and adjoining lands. Scale 1 inch = 50 feet. October, 1920. L.W. Burt & Sons, Civil Engineers

# EXHIBIT C



# Secretary of the State of Connecticut
# Certificate of Organization
Domestic Limited Liability Company

## Filing Details

Filing Number: 0013549055              Filed On:    9/5/2025 11:15:31 AM

## Primary Details

Name of Limited Liability Company: CLEMENS PLACE REO LLC
Business ALEI:                     US-CT.BER:3284863
Business Email Address:            kyle@constitutionmgmt.com
NAICS Information:                 Lessors of Residential Buildings and Dwellings (531110)

## Business Location

Principal Office Address:   200 Pemberwick Rd, Greenwich, CT, 06831-4236, United States
Mailing Address:            200 Pemberwick Rd, Greenwich, CT, 06831-4236, United States

## Appointment of Registered Agent

Type:                 Individual
Agent's Name:         KYLE O'HEHIR
Business Address:     200 Pemberwick Rd, Greenwich, CT, 06831-4236, United States
Residence Address:    200 Pemberwick Rd , Greenwich, CT, 06831-4236, United States
Mailing Address:      200 Pemberwick Rd, Greenwich, CT, 06831-4236, United States

## Agent Appointment Acceptance

Agent Signature:   Kyle O'Hehir
*This signature has been executed electronically*

## Manager or Member Information

| Name | Title | Business Address | Residence Address |
| --- | --- | --- | --- |



# Secretary of the State of Connecticut
# Certificate of Organization

Domestic Limited Liability Company

| KYLE O'HEHIR | Member | 200 Pemberwick Rd, Greenwich, CT, 06831-4236, United States | 200 Pemberwick Rd, Greenwich, CT, 06831-4236, United States |
|---|---|---|---|

## Acknowledgement

I hereby certify and state under penalties of false statement that all the information set forth on this document is true.

I hereby electronically sign this document on behalf of:

Name of Organizer:          KYLE O'HEHIR


Filer Name:                 Ricardo Sims
Filer Signature:            Ricardo Sims
Execution Date:             09/05/2025
*This signature has been executed electronically*