IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| 145 Sisson Avenue, LLC<br>*Plaintiff* | : | CIVIL ACTION NO.:<br>3:23-CV-0903 |
| v. | : | |
| Aron Puretz<br>*Defendant* | : | SEPTEMBER 22, 2025 |

### AFFIDAVIT OF DAVID HELFGOTT IN SUPPORT OF EMERGENCY TEMPORARY RESTRAINING ORDER

1. I, David Helfgott, am over eighteen years of age and believe in the obligations of an oath.

2. I am the sole partner of Clemens Manager LLC a New Jersey limited liability company that is duly registered in the state of Connecticut. I am the keeper of records for Clemens Manager LLC, and as such Keeper, I have personal knowledge of all business records of Clemens Manager LLC, and all facts more specifically attested to herein.

3. I am also a beneficiary of the Helfgott Family Trust, the limited partner of Clemens Place CT, LP. In this capacity I have personal knowledge of all business records of Clemens Place CT, LP and all facts more specifically attested to herein.

4. Clemens Manager, LLC is the general partner of Clemens Place CT, LP.

5. On or about August 31, 2025, I received notice of the order on the Motion for Turnover, dated June 3, 2025, in the above captioned action.

6. Aron Puretz does not hold an ownership interest in Clemens Place CT, LP.

7. Aron Puretz does not hold an ownership interest in Clemens Manager, LLC.

8. On September 22, 2025 a Connecticut State Marshal arrived at the apartment complex owned by Clemens Place CT, LP, with a copy of this court's turn over order stating that he was

authorized to forcibly remove the administrative staff from the apartment complex because it had a new owner.

9. In support of the Marshal's representation, the administrative staff was shown a copy of quit claim deed, dated and recorded on September 5, 2025, in the City of Hartford Land Records. A copy of said quitclaim deed is attached to the accompanying motion for an emergency retraining order as Exhibit B.

10. Said quitclaim deed purports to convey the apartment complex from Clemens Place CT, LP to Clemens Place REO, LLC.

11. Said quitclaim deed was signed by a Kyle O'Hehir, purporting to be acting on behalf of Clemens Manager, LLC, which was acting as the general partner of Clemens Place CT, LP.

12. However, this representation in the deed is false. I, David Helfgott, have always been the sole member of Clemens Manager, LLC and I don't know who Mr. O'Hehir is, so he did not have any authority whatsoever to act on behalf of Clemens Manager LLC.

13. If the court does not grant the requested emergency restraining order, Clemens Place CT, LP and Clemens Manager, LLC will suffer irreparable harm.

[SIGNATURE APPEARS ON FOLLOWING PAGE]

CLEMENS MANAGER LLC

*[signature]*
Name: David Helfgott
Its: Sole Member

Subscribed and sworn to before me this ___ day of September, 2025

Notary Public: *[signature]* Devin McMahon
My Commission Expires:
Commissioner of Superior Court